JUDGE BUCHWALD

Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

07 CV 5912

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUN 2 1 2007
U.S.D.C. S.D.N.Y.
CASHIERS

HAWKNET LTD.,

      Plaintiff,

-against-

OVERSEAS SHIPPING AGENCIES;
OVERSEAS WORLDWIDE HOLDING
GROUP; HOMAY GENERAL TRADING
CO. LLC; MAJDPOUR BROS CUSTOMS
CLEARANCE, MAJDPOUR BROS
INTERNATIONAL SEA & LAND
TRANSPORT S.A.; GULF OVERSEAS LLC;
GULF OVERSEAS GENERAL TRADING
LLC and MOS OVERSEAS SHIPPING
VERMITTLUNG GMBH,

      Defendants.

RULE 7.1 STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Hawknet Ltd. hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated: New York, NY
    June 21, 2007

            BURKE & PARSONS
            Attorneys for Plaintiff
            HAWKNET LTD.

            By _____
            Keith W. Heard (KH-8578)
            100 Park Avenue
            New York NY 10017-5533
            (212) 354-3800