Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD., <br><br> Plaintiff, <br><br> -against- <br><br> OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC and MOS OVERSEAS SHIPPING VERMITTLUNG GMBH, <br><br> Defendant. | Civ. No. 07 CV 5912 (NRB) <br><br><br> Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, KEITH W. HEARD, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 42 Maher Avenue, Greenwich, Connecticut 06830.

2. At 1:47 pm on the 29th day of June, 2007, I personally served garnishee, Bank of New York, with a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to The Bank of New York;

    (2) the *Ex Parte* Order for Process of Maritime Attachment;

    (3) Order Appointing Special Process Server; and

    (4) Verified Complaint filed in this action.

3. I served garnishee Bank of New York by leaving copies of the foregoing documents at Bank of New York's office and place of business located at 19th floor, 120 Broadway, New York, New York with Jennifer A. Watt, who stated she is employed with garnishee Bank of New York as an "Assistant Treasurer, Legal". Ms. Watt provided me with her business card, a copy of which is attached hereto as Exhibit A.

_____
Keith W. Heard

Subscribed and sworn to before me this
2nd day of July 2007

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9000_0025.doc