Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD.,<br><br>     Plaintiff,<br><br>  -against-<br><br>OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC and MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,<br><br>     Defendant. | Civ. No. 07 CV 5912 (NRB)<br><br><br>Electronically Filed |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )

COUNTY OF NEW YORK )

 I, KEITH W. HEARD, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 42 Maher Avenue, Greenwich, Connecticut 06830.

2. At 2:53 pm on the 29th day of June 2007, I personally served garnishee, Citibank N.A., with a copy of:

   (1) the Process of Maritime Attachment and Garnishment directed to Citibank N.A.;

   (2) the *Ex Parte* Order for Process of Maritime Attachment;

   (3) Order Appointing Special Process Server; and

   (4) Verified Complaint issued in this action.

3. I served garnishee Citibank N.A. by leaving copies of the foregoing documents at Citibank N.A.'s place of business located at One Court Plaza, Long Island City, New York with Russ Abidally who is employed with garnishee Citibank N.A. as "Assistant Vice President, Legal Service Intake Unit" and who confirmed to me that he was authorized to accept service of process on behalf of garnishee Citibank N.A..Mr. Abidally provided me with his business card, a copy of which is attached as Exhibit A.

_____
Keith W. Heard

Subscribed and sworn to before me this
2nd of July 2007

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9000_0026.doc