Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAWKNET LTD.,

     Plaintiff,

  -against-

OVERSEAS SHIPPING AGENCIES;
OVERSEAS WORLDWIDE HOLDING
GROUP; HOMAY GENERAL
TRADING CO. LLC; MAJDPOUR
BROS CUSTOMS CLEARANCE,
MAJDPOUR BROS INTERNATIONAL
SEA & LAND TRANSPORT S.A.; GULF
OVERSEAS LLC; GULF OVERSEAS
GENERAL TRADING LLC and MOS
OVERSEAS SHIPPING
VERMITTLUNG GMBH,

     Defendant.

Civ. No. 07 CV 5912 (NRB)

Electronically Filed

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NEW YORK )

I, WILLIAM F. DOUGHERTY, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 606 Gilbert Avenue, Pearl River, New York 10965.

2. At 1:40 p.m. on the 29th day of June, 2007, I personally served garnishee, Wachovia Bank, a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to Wachovia Bank;

    (2) the *Ex Parte* Order for Process of Maritime Attachment;

    (3) Order Appointing Special Process Server; and

    (4) Verified Complaint issued in this action.

3. I served garnishee Wachovia Bank by leaving copies of the foregoing documents at Wachovia Bank's place of business located at 99 Park Avenue, New York, New York with Lysa Roberts who is employed with garnishee Wachovia Bank as "Financial Center Manager Officer" and who confirmed to me that she was authorized to accept service of process on behalf of garnishee Wachovia Bank.

_____
William F. Dougherty

Subscribed and sworn to before me this
___2nd___ day of __July__ 2007

_____
Notary Public

9000_0027.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010