Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD., <br><br> Plaintiff, <br><br> -against- <br><br> OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC and MOS OVERSEAS SHIPPING VERMITTLUNG GMBH, <br><br> Defendants. | Civ. No. 07 CV 5912 (NRB) <br><br><br> Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )

COUNTY OF NEW YORK )

I, WILLIAM F. DOUGHERTY, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 606 Gilbert Avenue, Pearl River, New York 10965.

2. At 1:43 p.m. on the 29th day of June 2007, I personally served garnishee, HSBC Bank USA, N.A., a copy of:

   (1) the Processes of Maritime Attachment and Garnishment directed to HSBC Bank USA, N.A;

   (2) the Amended *Ex Parte* Order for Process of Maritime Attachment;

   (3) Order Appointing Special Process Server; and

   (4) Verified Complaint issued in this action.

3. I served garnishee HSBC Bank USA, N.A. by leaving copies of the foregoing documents at HSBC Bank USA, N.A.'s place of business located at 101 Park Avenue, New York, New York with Chanté A. Slater who is employed with garnishee HSBC Bank USA, N.A as "Branch Operations Associate" and who confirmed to me that she was authorized to accept service of process on behalf of garnishee HSBC Bank USA, N.A.

_____
William F. Dougherty

Subscribed and sworn to before me this
2nd day of July 2007

_____
Notary Public

9000_0028.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010