

Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

HAWKNET LTD.,

      Plaintiff,

      -against-

OVERSEAS SHIPPING AGENCIES;
OVERSEAS WORLDWIDE HOLDING
GROUP; HOMAY GENERAL
TRADING CO. LLC; MAJDPOUR
BROS CUSTOMS CLEARANCE,
MAJDPOUR BROS INTERNATIONAL
SEA & LAND TRANSPORT S.A.; GULF
OVERSEAS LLC; GULF OVERSEAS
GENERAL TRADING LLC and MOS
OVERSEAS SHIPPING
VERMITTLUNG GMBH,

      Defendants.

ORDER APPOINTING
SPECIAL PROCESS SERVER
PURSUANT TO F.R.C.P.
RULE 4(c)

07 CV 5912 (NRB)

An application having been made by counsel for Plaintiff for an Order appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

NOW, on reading and filing the affidavit of Keith W. Heard sworn to on June 21, 2007, and good cause having been shown, it is hereby

**O R D E R E D** that William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and hereby is appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and the Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who

(based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendants.

Dated: New York NY
      June 29, 2007

                                                    U.S.D.J.

O:\CM\9000_JPS\BP_DOC\9000_0012_AMENDED ORDER RE PROCESS SERVER.DOC