Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD.,<br><br>      Plaintiff,<br><br>  -against-<br><br>OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC and MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,<br><br>      Defendant. | Civ. No. 07 CV 5912 (NRB)<br><br><br><br>Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 2:10 p.m. on the 29th day of June 2007, I personally served garnishee, Mashrebank psc, a copy of:

   (1) the Process of Maritime Attachment and Garnishment directed to Mashrebank psc;

   (2) the *Ex Parte* Order for Process of Maritime Attachment;

   (3) Order Appointing Special Process Server; and

   (4) Verified Complaint issued in this action.

3. I served garnishee Mashrebank psc by leaving copies of the foregoing documents at Mashrebank psc's place of business located at 255 Fifth Avenue, New York, New York with Danielle Delgado, who is employed with garnishee Mashrebank psc as an "Administrative Assistant" to Mohammed Ali, Senior Manager of Finance, who confirmed to me that she was authorized to accept service of process on behalf of garnishee Mashrebank psc.

_____
Michael J. Walsh

Subscribed and sworn to before me this
11th day of September 2007

_____
Notary Public

WILLIAM F. DOUGHERTY
Notary Public, State of New York
No.02DO6121747, Qual. in Rockland County
Certificate Filed in New York County
Commission Expires January 24, 2009

9000_0022.doc