Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD., <br><br>                **Plaintiff,** <br><br> -against- <br><br> OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC and MOS OVERSEAS SHIPPING VERMITTLUNG GMBH, <br><br>                **Defendant.** | Civ. No. 07 CV 5912 (NRB) <br><br><br><br> Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

    I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 1:40 a.m. on the 29th day of June, 2007, I personally served garnishee, Bank of America, a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to Bank of America;

    (2) the *Ex Parte* Order for Process of Maritime Attachment;

    (3) Order Appointing Special Process Server; and

    (4) Verified Complaint issued in this action.

3. I served garnishee Bank of America by leaving copies of the foregoing documents at the law offices of Zeichner, Ellman & Krause LLP, attn: Barry J. Glickman, Esq., at their offices located at 575 Lexington Avenue, New York, New York 10022 with Mike Antonovich who is employed with Zeichner, Ellman & Krause as "Managing Clerk" and who confirmed to me that he was authorized to accept service of process on behalf of garnishee the Bank of America.

_____
Michael J. Walsh

Subscribed and sworn to before me this
11th day of September 2007

_____
Notary Public

WILLIAM F. DOUGHERTY
Notary Public, State of New York
No.02DO6121747, Qual. in Rockland County
Certificate Filed in New York County
Commission Expires January 24, 2009

9000_0020.doc