Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWKNET LTD.,<br><br>                     Plaintiff,<br><br>-against-<br><br>OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC and MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,<br><br>                     Defendant. | Civ. No. 07 CV 5912 (NRB)<br><br>Electronically Filed |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 42 Maher Avenue, Greenwich, Connecticut 06830.

2. At 1:40 pm on the 29th day of June, 2007, I personally served garnishee, American Express Bank Ltd., a copy of:

(1) the Process of Maritime Attachment and Garnishment directed to American Express Bank Ltd.;

(2) the *Ex Parte* Order for Process of Maritime Attachment;

(3) Order Appointing Special Process Server; and

(4) Verified Complaint filed in this action.

3. I served garnishee American Express Bank Ltd. by leaving copies of the foregoing documents at the law offices of Zeichner, Ellman & Krause LLP, attn: Barry J. Glickman, Esq., at their offices located at 575 Lexington Avenue, New York, New York 10022 with Mike Antonovich who is employed with Zeichner, Ellman & Krause as "Managing Clerk" and who confirmed to me that he was authorized to accept service of process on behalf of garnishee the American Express Bank Ltd.

_____
Michael J. Walsh

Subscribed and sworn to before me this
13th day of September 2007

_____
Notary Public

WILLIAM F. DOUGHERTY
Notary Public, State of New York
No.02DO6121747, Qual. in Rockland County
Certificate Filed in New York County
Commission Expires January 24, 2009

9000_0018.DOC

AFFIDAVIT OF SERVICE                                    Page 2 of 2