Buchwald, J

Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Non-Party TOM Shipping
Vermittlung GmbH



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HAWKNET, LTD.,

                      Plaintiff,

  -against-

OVERSEAS SHIPPING AGENCIES,
OVERSEAS WORLDWIDE HOLDING GROUP,
HOMMAY GENERAL TRADING CO., LLC,
MAJDPOUR BROS. CUSTOMS CLEARANCE,
MAJDPOUR BROS. INTERNATIONAL SEA &
LAND TRANSPORT S.A.,
GULF OVERSEAS LLC,
GULF OVERSEAS GENERAL TRADING, LLC, and
MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,

                      Defendants.
------------------------------------------------------------X

07 Civ. 5912 (NRB)
ECF CASE

### ORDER TO SHOW CAUSE
### WHY AN ORDER VACATING AN ATTACHMENT
### OF A NON-PARTY'S PROPERTY SHOULD NOT BE GRANTED

Upon the annexed Declaration of Michael O. Hardison, Esq., dated April 4, 2008 ("Hardison Declaration"), the accompanying Declaration of Assadollah Rahimzadeh dated April 4, 2008 ("Rahimzadeh Declaration"), and the accompanying Memorandum of Law dated April 4, 2008, it is

ORDERED, that Plaintiff Hawknet, Ltd. show cause before the Honorable Naomi R. Buchwald, in Courtroom 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on the __10th__ day of April 2008, at __4:45__ o'clock in the _after_ noon of that day or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to the provisions of Rule E(4)(f) of the Supplemental Rules For Admiralty Or Maritime Claims and case law cited in the accompanying Memorandum of Law; and it is further

ORDERED, that service of a copy of this Order, the annexed Hardison Declaration, the accompanying Rahimzadeh Declaration and the accompanying Memorandum of Law upon counsel for Plaintiff by ~~Federal Express~~ _hand delivery_ on or before April __4__ 2008 _at 4 p.m._ shall be deemed good and sufficient service and notice of this Order and the proceedings to be held pursuant to this Order; and it is further

ORDERED, that answering papers, if any, shall be served upon Eaton & Van Winkle LLP, 3 Park Avenue, New York, New York 10016, Attn: Michael O. Hardison, Esq., and filed with the Court, with a copy to Chambers, together with proof of service so as to be received and filed no later than 12:00 noon on the day prior to the hearing date as set forth above.

Dated: New York, New York
April __4__ 2008

_____
U.S.D.J.