Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Non-Party TOM Shipping
Vermittlung GmbH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HAWKNET, LTD.,

                                              Plaintiff,

   -against-

                                              07 Civ. 5912 (NRB)
OVERSEAS SHIPPING AGENCIES,               ECF CASE
OVERSEAS WORLDWIDE HOLDING GROUP,
HOMMAY GENERAL TRADING CO., LLC,
MAJDPOUR BROS. CUSTOMS CLEARANCE,
MAJDPOUR BROS. INTERNATIONAL SEA &
LAND TRANSPORT S.A.,                              **RULE 7.1 STATEMENT**
GULF OVERSEAS LLC,
GULF OVERSEAS GENERAL TRADING, LLC, and
MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,

                                              Defendants.
-----------------------------------------------------------------x

      Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held in the United States:

                                              **NONE**

Dated: New York, New York
      April 8, 2008

                                        EATON & VAN WINKLE LLP

                          By:    /s/ Michael O. Hardison
                                  Michael O. Hardison

                                3 Park Avenue
                                New York, New York 10016-2078
                                (212) 779-9910

                                Attorneys for Non-Party
                                TOM Shipping Vermittlung GmbH