# Exhibit 2

ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-05912-NRB

Hawknet, Ltd. v. Overseas Shipping Agencies et al
Assigned to: Judge Naomi Reice Buchwald
Demand: $3,677,000
Cause: 28:1333 Admiralty

Date Filed: 06/21/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

Hawknet, Ltd.      represented by   **Keith Wayne Heard**
Burke & Parsons
100 Park Avenue
New York, NY 10017
(212) 354-3800
Email: heard@burkeparsons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Overseas Shipping Agencies

**Defendant**

Overseas Worldwide Holding Group

**Defendant**

Homay General Trading Co., LLC

**Defendant**

Majdpour Bros. Customs Clearance

**Defendant**

Majdpour Bros. International Sea & Land Transport S.A.

**Defendant**

Gulf Overseas General Trading, LLC

**Defendant**

Mos Overseas Shipping Vermittlung GMBH

**Defendant**

Gulf Overseas, LLC

V.

**Garnishee**

**Standard Chartered Bank**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2007 | 1 | COMPLAINT against Mos Overseas Shipping Vermittlung GMBH, Overseas Shipping Agencies, Overseas Worldwide Holding Group, Homay General Trading Co., LLC, Majdpour Bros. Customs Clearance, Majdpour Bros. International Sea & Land Transport S.A., Gulf Overseas General Trading, LLC. (Filing Fee $ 350.00, Receipt Number 619036) Document filed by Hawknet, Ltd..(tro) Additional attachment(s) added on 6/25/2007 (Becerra, Maribel). (Entered: 06/25/2007) |
| 06/21/2007 | | SUMMONS ISSUED as to Mos Overseas Shipping Vermittlung GMBH, Overseas Shipping Agencies, Overseas Worldwide Holding Group, Homay General Trading Co., LLC, Majdpour Bros. Customs Clearance, Majdpour Bros. International Sea & Land Transport S.A., Gulf Overseas General Trading, LLC. (tro) (Entered: 06/25/2007) |
| 06/21/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (tro) (Entered: 06/25/2007) |
| 06/21/2007 | | Case Designated ECF. (tro) (Entered: 06/25/2007) |
| 06/21/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hawknet, Ltd..(tro) Additional attachment(s) added on 6/25/2007 (Becerra, Maribel). (Entered: 06/25/2007) |
| 06/25/2007 | 3 | AMENDED COMPLAINT amending 1 Complaint, against Gulf Overseas, LLC, Mos Overseas Shipping Vermittlung GMBH, Overseas Shipping Agencies, Overseas Worldwide Holding Group, Homay General Trading Co., LLC, Majdpour Bros. Customs Clearance, Majdpour Bros. International Sea & Land Transport S.A., Gulf Overseas General Trading, LLC.Document filed by Hawknet, Ltd. Related document: 1 Complaint, filed by Hawknet, Ltd. (jco) (Entered: 06/28/2007) |
| 06/29/2007 | 10 | EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT directing the clerk to issue a Writ of Maritime Attachment and Garnishment as prayed for in the Complaint. Any persons claiming an interest in the property attached purs. to said Order shall, upon application to the Court, be entitled to a prompt hearing at which plaintiff shall be required to show why the attachment should not be vacated or other relief granted. A copy of this Order shall be attached to and served with the said process of Maritime Attachment and Garnishment. So |

| | | |
|---|---|---|
| | | Ordered. (Signed by Judge Naomi Reice Buchwald on 6/29/07) (jco) (Entered: 07/30/2007) |
| 06/29/2007 | 11 | ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c) William F. Dougherty, Christopher H. Dillion, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and hereby is appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and the Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendants. (Signed by Judge Naomi Reice Buchwald on 6/29/07) (jco) (Entered: 07/30/2007) |
| 07/02/2007 | 4 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Server; and Verified Complaint served on Bank of New York on June 29, 2007. Service was accepted by Jennifer A. Watt, Assistant Treasurer, Legal. Document filed by Hawknet, Ltd.. (Heard, Keith) (Entered: 07/02/2007) |
| 07/02/2007 | 5 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Server; and Verified Complaint served on JPMorgan Chase on June 29, 2007. Service was accepted by Linda A. Platone, Legal Specialist, Legal Department. Document filed by Hawknet, Ltd.. (Heard, Keith) (Entered: 07/02/2007) |
| 07/02/2007 | 6 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Server; and Verified Complaint served on Deutsche Bank on June 29, 2007. Service was accepted by Charles Ro, Paralegal. Document filed by Hawknet, Ltd.. (Heard, Keith) (Entered: 07/02/2007) |
| 07/02/2007 | 7 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Server; and Verified Complaint served on Citibank N.A. on June 29, 2007. Service was accepted by Russ Abidally, Assistant Vice President, Legal Service Intake Unit. Document filed by Hawknet, Ltd.. (Heard, Keith) (Entered: 07/02/2007) |
| 07/02/2007 | 8 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Server; and Verified Complaint served on Wachovia Bank on June 29, 2007. Service was accepted by Lysa Roberts, Financial Center Manager Officer. Document filed by Hawknet, Ltd.. (Heard, Keith) (Entered: 07/02/2007) |
| 07/02/2007 | 9 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order |

| | | |
|---|---|---|
| | | Appointing Special Process Server; and Verified Complaint served on HSBC Bank USA, N.A. on June 29, 2007. Service was accepted by Chante A. Slater, Branch Operations Associate. Document filed by Hawknet, Ltd.. (Heard, Keith) (Entered: 07/02/2007) |
| 08/14/2007 | 12 | ANSWER to Writ of Garnishment *of Standard Chartered Bank, Garnishee*. Document filed by Standard Chartered Bank. (Vogel, Joseph) (Entered: 08/14/2007) |
| 09/13/2007 | 13 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Servicer; and Verified Complaint served on Mashrebank psc on June 29, 2007. Service was accepted by Danielle Delgado, Administrative Assistant. Document filed by Hawknet, Ltd.. (Walsh, Michael) (Entered: 09/13/2007) |
| 09/13/2007 | 14 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Servicer; and Verified Complaint served on ABN Amro Bank on June 29, 2007. Service was accepted by Patricia McElveen, Sr. Paralegal. Document filed by Hawknet, Ltd.. (Walsh, Michael) (Entered: 09/13/2007) |
| 09/13/2007 | 15 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Servicer; and Verified Complaint served on Bank of America on June 29, 2007. Service was accepted by Mike Antonovich of Zeichner, Ellman & Krause as Managing Clerk. Document filed by Hawknet, Ltd.. (Walsh, Michael) (Entered: 09/13/2007) |
| 09/13/2007 | 16 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Servicer; and Verified Complaint served on Standard Chartererd Bank on June 29, 2007. Service was accepted by Jennifer Lo, Legal Intern. Document filed by Hawknet, Ltd.. (Walsh, Michael) (Entered: 09/13/2007) |
| 09/13/2007 | 17 | AFFIDAVIT OF SERVICE of Process of Maritime Attachment and Garnishment; Ex Parte Order for Process of Maritime Attachment; Order Appointing Special Process Server; and Verified Complaint served on American Express Bank on June 29, 2007. Service was accepted by Mike Antonovich of Zeichner, Ellman & Krause as Managing Clerk. Document filed by Hawknet, Ltd.. (Walsh, Michael) (Entered: 09/13/2007) |
| 12/27/2007 | 18 | ANSWER to Writ of Garnishment *of Standard Chartered Bank, Garnishee*. Document filed by Standard Chartered Bank. (Vogel, Joseph) (Entered: 12/27/2007) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 03/25/2008 14:37:00 | | | |
| PACER Login: | ev0015 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-05912-NRB |
| Billable Pages: | 3 | Cost: | 0.24 |