# Exhibit 2

mv joudi / Tom Shipping Vermitlung, gmbh cp dd 08/02/08
==========================================

M/V "JOUDI"
==========
EX HENG TONG IOLCOS LEGEND-SOUTH GATE-JASMIN
MALTA FLAG, BLT 05/1980 LOGGER TYPE BULKCARRIER
35,295 MTS DWAT ON 10.910M SS
LOA: 177.027M BEAM: 32.272M TPC:46.00
DEPTH MLD: 15.164M CONSTANT: 350MTS EXCL FW
GRT/NRT: 21,386 / 11,835
5 HOHA 5 X 20TS SINGLE BOOM DRCKS, THOMPSON TYPE
GEAR LOCATION: N1- FORE OF HA
TCH 1/ N2- AFT OF 2/
N3 F3/N4-A4/ N5-F5
GEAR OUT-REACH (REGISTER): 5M / MAX ABT: 6.2M
CARGO GOING CYCLE: 180.4 SEC/CYCLE
HATCH SIZE 1-5: 13.87 X 16.13M MC GREGOR/ KVAERNER TYPE
CUBIC CAPACITIES
---------------- (MAIN HOLDS+HATCHES)

| | GRAIN | BALE |
|---|---|---|
| 1) | 266,512 | 261,458 |
| 2) | 328,698 | 322,402 |
| 3) | 334,345 | 327,935 |
| 4) | 331,601 | 325,248 |
| 5) | 303,893 | 298,091 |
| | 1,565,049 | 1,535,134 |

STRENGTH: TANK TOP: 16.00MT/M2 H.CVRS: 2.00MT/M2
M.DECK: 3.59 MT/M2
DISTANCES WLTHC (OPEN CONDITION):
1) FULLY LADEN : 6.49 M
2) LIGHT BALLAST: 12.10 M
3) HEAVY BALLAST: 10.40 M (NO3.HOLD FLOODED)

BUNKER CAPACITIES: 1,740 MT IFO - 225 MT MDO
CLASS: NKK  P+I: SOUTH OF ENGLAND

1) VESSEL FLAG/PORT OF REGISTRY: PANAMA
2) BUILT WHEN (MONTH/YEAR), WHERE: MAY/1980, HYUNDAI / S.KOREA
3) SINGLE DECK, SELF TRIMMING LOGGER TYPE BULK
   CARRIER, SUITABLE FOR GRAB DISCHARGE
4) CLASS / NKK


- ACCT TOM SHIPPING VERMITLUNG, GMBH, GERMANY
- ALL SUBS LIFTED
- 30,000 MT 5 PCT MOLOO GTSP (GRANULAR TRIPPLE SUPER PHOSPHATE)TO BE LOADED AS
  SOLE CARGO IN MAIN HOLDS ONLY
- 1-2SB(S) SELAATA / 1-2SB(S)1 SP IRAN IN CHOPT (INT B.ABBAS/BIK)
- LAY/CAN 20/24 FEB 2008 WITH MIN 10 DAYS NOTICE OF ETA
- LOAD/DISCH: 2,500 MT SATNOON /MON 08 SHEX UU / 3,000 MT THUR AFT/SAT 08
  FHEX EIU
- FRT USD 79.00 PMT FIOST BSS 1/1 PAYABLE WTHN 5 WD -BUT IN ANY CASE BBB-

OF S/R CLEAN ON BOARD BS/L
- DEMURRAGE USD 30,000 HDATSBENDS
- GRABS HIRE, IF REQUIRED TO BE FOR CHARTS' ACCT
- SHIPS GEAR CAN PROVIDE SUFFICIENT ELECTRIC POWER FOR GRABS AND EQUIPMENT FOR MECHANICAL/ELECTRO-HYDRAULIC GRABS
- WAR RISK INSURANCE, IF ANY, TO BE FOR OWNS' ACCT
- ARB/GA LONDON
- OWNERS AGENTS AT LOAPORT - CHARTS' AGENTS DISPORT - OVERSEAS SHIPPING AGENCIES
 (TO BE COMPETITIVE - AGENCY FEE TO BE CHARGED AS PER USUAL PORT TARIFF)
- CP DTLS ON CHARTS GENCON CP 22-1-08
- 2.5 PCT TTL YR END + 1.25 PCT SEA CHALLENGER - LONDON

C/P DETAILS AND ALTERTIONS
==========================
charts proforma cp dtd 22-1-08 which to be logically amended as per main terms agreed and with the following alterations:-

main body
=========

part I
======
3.  plse insert full style of owners
4.  insert as perm/terms
5.  insert MV JOUDI
6.  GT/NT - please advise
7.  as per m/terms
8.  please advise
9.  as per m/terms
10- 26 amend as per negos

PART II
=======

CL 14 : AS PER RECAP AND AS PER LAST LINE CL 21.


RIDER CLAUSES AND ALTERATIONS
=============================

CL 20 : AMEND SHIPS CBM CLEAR GRAIN SPACE
-----

cl 21 :
------
PARA 1 : LINE 1 DELETE 'IRON ORE FINES"
         INSERT "BULK FERTS GTSP".

line 6 after cable delete 'shinc' and insert 'during ordinary office hours on a
    working day. if nor is tendered by vessel before 12:00 local
    time, laytime shall commence to count from 13:00 local time same day. if
    nor is tendered by vessel after 12:00 local time, then laytime shall
    commence to count from 0700 next working day .

line 6 delete from laytime till end of sentence and insert
    'time from noon sat to 08:00 monday (or local equivalent) and from 17:00
    day preceding a holiday till 08:00 next working day following a holiday
    not to count unless used. if used only actual time used to count.'

para 3 : 12 hours (as turntime) delete in full

PARA 4 : LINE 1 DELETE "JM BAXI"
    LINE 2 DELETE 'HALDIA"
    LAST LINE AFTER CHARERERS AGENT INSERT "PDA AND AGENCY FEE MUST BE
COMPETITIVE AND CHARGES AS PER USUAL PORT TARIFF"


cls 22 :
--------

line 3 : delete 'shinc on' insert 'during ordinary office hours
    on a working day. if nor is accepted before 12:00 local time, laytime
    shall commence to count from 17:00 local time same day. if nor
    accepted after 12:00 local time, then laytime shall commence to count
    at 08:00 next working day .

line 4 : delete from 'laytime' till end of sentence' and insert
    'time from noon thur to 08:00 saturday and from 17:00 day preceding a
    holiday till 08:00 next working day following a holiday not to count
    even if used.'

para 2 : 12 hours (as turntime) delete in full


CL 23 :
------

para 1-4: to be amended as per m/terms
para 6 : line 2 del'shore crane if any at discharge port to be for charts'
    account' line 3 after' loading' insert and 'discharging'
para 9 : replace iron ore fine ' with 'granular triple super phosphate'


CL 24 : DELETE 30 DAYS 'INSERT '15 DAYS'
-----

CL 25 : RETAIN AS PER CP 'FIRST OPENING AND LAST CLOSING"
-----

CL 29 :
-----

'at loading and discharging ports , all dues, taxes on cargo to be for
charterers' account. all dues, taxes, wharfages on vessel a/o freight to be for owners' account, incl custom
charges, freight tax, canal dues, pilotage fees, entrance/clearance fees, dockage fees/dues/charges, port
handling and all other port charges customarily charged to the vessel.

cls 31:
-------

please insert 'should original bills of lading not be available in time for vessel's arrival at discharging
ports(s), owners agree to discharge and release the cargo against charterers letter of indemnity, worded
as per owners' P+I club's requirements and signed by charterers only'

AND CHRTRS TO SEND COPY OF B/L ISSUED TOGETHER WITH LOI BY FAX FOR OWNERS APPRVL, FAILING WHICH APPRVL WILL BE WITHHELD AND ALL TIME LOST FOR CHRTRS ACCNT" (IN ALTERATION)

cls 38:
=======
para 2 :

delete and insert 'master "OR OWNERS"to cable/fax / email to charterers, shippers and loadport agents notice of arrival on fixing plus 10/7/5 days approximate and 3/2/1/ days definite notice of ETA loadport.

master "OR OWNERS"to cable / fax / email to charterers, receivers and disport agents notice of arrival on sailing, 10/7/5 days approximate and 3/2/1 days definite notice od ETA disport.

cls 41:
------- insert vessel's description

CL 42:
------
INSERT AFTER FREIGHT PAYMENT 'AND CONFIRM RECEIVED BY OWNERS BANK"
DELETE LAST PARA 'IF FREIGHT BENEFICIARY ...UNTIL END OF PARA REMITTING FREIGHT"

cls 46 : delete (as duplicate)
------

cls 46 : owners guarantee vessel is not balck listed by Arab boycott office
------

cls 47 :
-------
Owners guarantee that vessels derricks are working properly.
Stoppages, if any, to be for Owners time + expenses. In case of gear deficiency owners to hire shore crane, and loading rate to become according to actual rate that shore crane can achieve.

=END=

thanks&b.regards.

George Lemos
Dir Tel: +44 (0)20 7758 3488
After Office Contact: +44 (0)7785 376662

---

Sea Challenger Maritime Limited is registered in England, number: 3571833. The registered office is 19 Cornerways, 1 Daylesford Avenue, London SW15 5QP

| 1. Shipbroker | RECOMMENDED<br>THE BALTIC AND INTERNATIONAL MARITIME COUNCIL<br>UNIFORM GENERAL CHARTER (AS REVISED 1922, 1976 and 1994)<br>(To be used for trades for which no specially approved form is in force.<br>CODE NAME : "GENCON"<br>Part I |
|---|---|
| | 2. Place and date<br>22 JANUARY 2008 |
| 3. Owners/ Place of business (Cl. 1) | 4. Charterers / Place of business (Cl. 1) |
| 5. Vessel's name (Cl. 1) | 6. GT / NT (Cl 1.) |
| 7. DWT all told on summer load line in metric tons (abt) (Cl. 1)<br>43369 | 8. Present position (Cl. 1) |
| 9. Expected ready to load (abt) (Cl. 1.)<br>20-30 JANUARY 2008 ( it will be narrowed later ) | |
| 10. Loading port or place (Cl. 1)<br>2sp 1/2 SA 1sb Haldia + 1sb Paradip or Vizag , where Charterers confirm<br>2nd load port min 11.70 MTRS SW departure draft AAAA | 11. Discharging port or place (Cl. 1)<br>1SPB main port - N china/c.china/s.china, where Charterers confirm min 11.70<br>MTRS SW arrival draft AAAA. River ports are excluded |
| 12. Cargo (also state quantity and margin in Owners' option, if agreed; if full and complete cargo not agreed state "part cargo" (Cl. 1)<br>40000 mt 10% MOLOO Iron ore in Bulk. | |
| 13. Freight rate (also state whether freight prepaid or payable on delivery)<br>(Cl.4)<br>USD       PMT FIOST basis 2/1 for S. China upto xiamen<br>USD       PMT FIOST basis 2/1 for C. China upto Shanghai<br>USD       PMT FIOST basis 2/1 for N. China above shanghai | 14. Freight payment (state currency and method of payment; also<br>beneficiary and bank account) (Cl. 4)<br>AS PER RIDER CLAUSE |
| 15. State if vessel's cargo handling gear shall not be used (Cl. 5)<br>SEE CLAUSE -23 | 16. Laytime (if separate laytime for load and disch is agreed, fill in a)<br>and b). If total laytime for load and disch., fill in c) only) (Cl.6) |
| 17. Shipper/Place of business (Cl. 6) | a) Laytime for loading<br>- SEE CLAUSE -23 |
| 18. Agents (loading) (Cl. 6)<br>OWNERS AGENTS LOAD PORT - | b) Laytime for discharging<br>- SEE CLAUSE -23 |
| 19. Agents (discharging) (Cl. 6)<br>OWNERS NOMINAED AGENT | c) Total laytime for loading and discharging |
| 20. Demurrage rate and manner payable (loading and discharging) (Cl. 7)<br>USD | 21. Canceling date (Cl. 9)<br>30 JANUARY |
| | 22. General Average to be adjusted at (Cl. 12) |
| 23. Freight Tax (state it for the Owners' account (Cl. 13 (c)) | 24. Brokerage commission and to whom payable (Cl. 15)<br>5 PCT IAC on freight only |
| 25. Law and Arbitration (state 19 (a), 19 (b) or 19 (c) of Cl. 19; if 19 (c)<br>agreed also state Place of Arbitration) (If not filled in 19 (a) shall apply)<br>(Cl. 19)   ARBITRATION IN LONDON AND ENGLISH LAW TO APPLY | |
| (a) State maximum amount for small claims/ shortened arbitration (Cl. 19) | 26. Additional clauses covering special provision, if agreed |

Copyright published by The Baltic<br>And International Maritime<br>Conference (BIMCO), Copenhagen

It is mutually agreed that this contract shall be performed subject to the conditions contained in this Charter which shall include part I well as part II . In the event of a conflict of conditions, the provision of part I shall prevail over those of part II to the extent of such conflict

| Signature (Owners) | Signature (Charterers) |
|---|---|
| | |

Printed and sold by Fr. G. Knudtzon Ltd., 55 Toldbodgade, DK-1253 Copenhagen K. Telefax +45 33 93 11 84 by authority of The Baltic and Maritime Council (BIMCO), Copenhagen

1. It is agreed between the party mentioned in Box 3 as the Owners of the Vessel named in Box 5, of the GT/NT indicated in Box 6 and carrying about the number of metric tons of deadweight capacity all told on summer loadline stated in Box 7, now in position as stated in Box 8 and expected ready to load under this Charter Party about the date indicated in Box 9, and the party mentioned as the Charterers in Box 4 that:
The said Vessel shall, as soon as her prior commitments have been completed, proceed to the loading port(s) or place(s) stated in Box 10 ~~or so near thereto as she may safely get and lie always afloat, and there~~ load a full and complete cargo (if shipment of deck cargo agreed same to be at Charterers' risk and responsibility) as stated in Box 12, which the Charterers bind themselves to ship, and being so loaded the Vessel shall proceed to the discharging port(s) or place(s) stated in Box 11 as ordered on signing Bill(s) of Lading, or so near thereto as she may safely get and lie always afloat, and there deliver the cargo

2. **Owners' Responsibility Clause**
The Owners are to be responsible for loss of or damage to the goods or for delay in delivery of the goods only in case the loss, damage or delay has been caused by personal want of due diligence on part of the Owners or their Manager to make the Vessel in all respects seaworthy and to secure that she is properly manned, equipped and supplied or by the personal act or default of the Owners or their Manager
~~And the Owners are not responsible for loss, damage or delay arising from any other cause whatsoever, even from the neglect or default of the Owners or crew or some other person employed by the Owners on board or ashore for whose acts they would, but for this clause, be responsible, or from unseaworthiness of the Vessel on loading or commencement of the voyage or at any time whatsoever~~

3. **Deviation Clause**
The Vessel has liberty to call at any port or ports in any order, for any BUNKER purpose,
to sail without pilots, to tow and/or assist Vessels in all situations DISTRESS, and also to
deviate for the purpose of saving life ~~and/or property~~ BUT OWNERS/MASTER TO CABLE CHRTRS IMMEDIATELY OF SUCH AN EVENT.

4. **Payment of Freight – SEE RIDERS**
(a) ~~The freight at the rate stated in Box 13 shall be paid in cash calculated on the intaken quantity of cargo.~~
(b) ~~Prepaid. If according to Box 13 freight is to be paid on shipment, it shall be deemed earned and non-returnable, Vessel and/or cargo lost or not lost. Neither the Owners nor their agents shall be required to sign or endorse Bill(s) of Lading showing freight prepaid unless the freight due to the Owners has actually been paid.~~
(c) ~~On delivery. If according to Box 13 freight, or part thereof, is payable at destination it shall not be deemed earned until the cargo is thus delivered. Notwithstanding the provisions under (a), if freight or port thereof is payable on delivery of the cargo the Charterers shall have the option of paying the freight on delivered weight/quantity provided such option is declared before breaking bulk and the weight/quantity can be ascertained by official weighing machine, joint draft survey or tally.~~
~~Cash for Vessel's ordinary disbursements at the port of loading to be advanced by the Charterers, if required, at highest current rate of exchange, subject to two (2) per cent to cover insurance and other expenses.~~

5. **Loading/Discharging Costs**
(a) **Costs/Risks - SEE RIDERS**
~~The cargo shall be brought into the holds, loaded, stowed and/or trimmed, tallied, lashed and/or secured and taken from the holds and discharged by the Charterers, free of any risk, liability and expense whatsoever to the Owners. The Charterers shall provide and lay all dunnage material as required for the proper stowage and protection of the cargo on board, the Owners allowing the use of all dunnage available on board. The Charterers shall be responsible for and pay the cost of removing their dunnage after discharge of the cargo under this Charter Party and time to count until dunnage has been removed.~~
(b) ~~Cargo Handling Gear~~
~~Unless the Vessel is gearless or unless it has been agreed between the parties that the Vessel's gear shall not be used and stated as such in Box 15, the Owners shall throughout the duration of loading/discharging give free use of the Vessel's cargo handling gear and of sufficient motive power to operate all such cargo handling gear. All such equipment to be in good working order. Unless caused by negligence of the stevedores, time lost by breakdown of the Vessel's cargo handling gear or motive power - pro rata the total number of cranes/winches required at that time for the loading/discharging of cargo under this Charter Party - shall not count as laytime or time on demurrage. On request the Owners shall provide free of charge cranemen/winchmen from the crew to operate the Vessel's cargo handling gear, unless local regulations prohibit this, in which latter event shore labourers shall be for the account of the Charterers. Cranemen/winchmen shall be under the Charterers' risk and responsibility and as stevedores to be deemed as their servants but shall always work under the supervision of the Master.~~
(c) ~~Stevedore Damage~~
~~The Charterers shall be responsible for damage (beyond ordinary wear and tear) to any part of the Vessel caused by Stevedores. Such damage shall be notified as soon as reasonably possible by the Master to the Charterers or their agents and to their Stevedores, failing which the Charterers shall not be held responsible. The Master shall endeavour to obtain the Stevedores' written acknowledgement of liability.
The Charterers are obliged to repair any stevedore damage prior to completion of the voyage, but must repair stevedore damage affecting the Vessel's seaworthiness at once before the Vessel sails from the port where such damage was caused or found. All additional expenses incurred shall be for the account of the Charterers and any time lost shall be for the account of and shall be paid to the Owners by the Charterers at the demurrage rate.~~

6. **Laytime – SEE RIDERS**
~~* (a) Separate laytime for loading and discharging~~
~~The cargo shall be loaded within the number of running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used; in which event time actually used shall count.
The cargo shall be discharged within the number of running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time actually used shall count.~~
~~* (b) Total laytime for loading and discharging~~
~~The cargo shall be loaded and discharged within the number of total running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time actually used shall count.~~
(c) **Commencement of laytime (loading/discharging)**
Laytime for loading and discharging shall commence at 13.00 hours, if notice of readiness is given up to and including 12.00 hours, and at 6 hours next working day if notice given during office hours after 12.00 hours. Notice of readiness at loading port to be given to the Shippers named in Box 17 or if not named, to the Charterers or their agents named in Box 18. Notice of readiness at the discharging port to be given to the Receivers or, if not known, to the Charterers or their agents named in Box 19.
If the loading/discharging berth is not available on the Vessel's arrival at or off the port of loading/discharging, the Vessel shall be entitled to give notice of readiness within ordinary office hours on arrival there, whether in free pratique or not, whether customs cleared or not. Laytime or time on demurrage shall then count as if she were in berth and in all respects ready for loading/ discharging provided that the Master warrants that she is in fact ready in all respects. Time used in moving from the place of waiting to the loading/ discharging berth shall not count as laytime.
If, after inspection, the Vessel is found not to be ready in all respects to load/ discharge time lost after the discovery thereof until the Vessel is again ready to load/discharge shall not count as laytime

Time used before commencement of laytime shall NOT count

* Indicate alternative (a) or (b) as agreed in Box 16.

7. **Demurrage – SEE RIDERS**
~~Demurrage at the loading and discharging port is payable by the Charterers at the rate stated in Box 20 in the manner stated in Box 20 per day or pro rata for any part of a day. Demurrage shall fall due day by day and shall be payable upon receipt of the Owners' invoice.
In the event the demurrage is not paid in accordance with the above, the Owners shall give the Charterers 96 running hours written notice to rectify the failure. If the demurrage is not paid at the expiration of this time limit and if the Vessel is in or at the loading port, the Owners are entitled at any time to terminate the Charter Party and claim damages for any losses caused thereby.~~

8. **Lien Clause**
The Owners shall have a lien on the cargo for freight and all sub-freight payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering same.

9. **Cancelling Clause**
(a) Should the Vessel not be ready to load (whether in berth or not) on the cancelling date indicated in Box 21, the Charterers have the option of cancelling this Charter Party
(b) Should the Owners anticipate that, despite the exercise of due diligence, the Vessel will not be ready to load by the cancelling date, they shall notify the Charterers thereof without delay stating the expected date of the Vessel's readiness to load and asking whether the Charterers will exercise their option of cancelling the Charter Party, or agree to a new cancelling date.
Such option must be declared by the Charterers within 48 running hours after the receipt of the Owners' notice. If the Charterers do not exercise their option of cancelling, then this Charter Party is deemed to be amended such that the seventh day after the new readiness date stated in the Owners' notification to the Charterers shall be the new cancelling date.
The provisions of sub-clause (b) of this Clause shall operate only once, and in case of the Vessel's further deviation, the Charterers shall have the option of cancelling the Charter Party as per sub-clause (a) of this Clause.

10. **Bill(s) of Lading – SEE RIDERS**
Bill(s) of Lading shall be presented and signed by the Master as per the "Congenbill" Bill(s) of Lading form, Edition 1994, without prejudice to this Charter Party or by the Owners' agents provided written authority has been given by the Owners to the agents, a copy of which is to be furnished to the Charterers. The Charterers shall indemnify the Owners against all consequences or liabilities that may arise from the signing of Bill(s) of Lading as presented to the extent that the terms or contents of such Bill(s) of Lading impose or result in the imposition of more onerous liabilities upon the Owners than those assumed by the Owners under this Charter Party

11. **Both-to-Blame Collision Clause**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Owners in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Owners against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Owners The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

PART II
"Gencon" Charter (As Revised 1922, 1976 and 1994)

| | | |
|---|---|---|
| 12. | **General Average and New Jason Clause** | 178 |
| | General Average shall be adjusted in London unless otherwise agreed in Box 22 according to York/Antwerp Rules 1994 and any subsequent modification thereof. Proprietors of cargo to pay the cargo's share in the general expenses even if same have been necessitated through neglect or default of the Owners' servants (see Clause 2). | 179-183 |
| | If General Average is to be adjusted in accordance with the law and practice of the United States of America, the following Clause shall apply: "In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Owners are not responsible, by statute, contract or otherwise, the cargo shippers, consignees or the owners of the cargo shall contribute with the Owners in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving Vessel is owned or operated by the Owners, salvage shall be paid for as fully as if the said salving Vessel or Vessels belonged to strangers. Such deposit as the Owners, or their agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Owners before delivery." | 184-198 |
| 13. | **Taxes and Dues Clause – SEE RIDERS** | 199 |
| | (a) ~~On Vessel~~ – The Owners shall pay all dues, charges and taxes customarily levied on the Vessel, howsoever the amount thereof may be assessed. | 200-201 |
| | (b) ~~On cargo~~ – The Charterers shall pay all dues, charges, duties and taxes customarily levied on the cargo, howsoever the amount thereof may be assessed. | 202-204 |
| | (c) ~~On freight~~ – Unless otherwise agreed in Box 23, taxes levied on the freight shall be for the Charterers' account. | 205-206 |
| 14. | **Agency** | 207 |
| | In every case the Owners ~~TO~~ shall appoint AND EMPLOY ~~his own~~ Agent NOMINATED BY CHRTRS both at the port of loading and the port of discharging | 208-209 |
| 15. | **Brokerage** | 210 |
| | A brokerage commission at the rate stated in Box 24 on the freight, deadfreight and demurrage earned is due to the party mentioned in Box 24. | 211-212 |
| | In case of non-execution at least 1/3 of the brokerage on the estimated amount of freight to be paid by the party responsible for such non-execution to the Brokers as indemnity for the latters' expenses and work. In case of more voyages the amount of indemnity to be agreed. | 213-216 |
| 16. | **General Strike Clause** | 217 |
| | (a) If there is a strike or lock-out affecting or preventing the actual loading of the cargo, or any part of it, when Vessel is ready to proceed from her last port or at any time during the voyage to the port or ports of loading or after her arrival there, the Master or the Owners may ask Charterers to declare, that they agree to reckon the laydays as if there were no strike or lock-out. Unless the Charterers have given such declaration in writing (by telegram, if necessary) within 24 hours, the Owners shall have the option of cancelling this Charter Party. If part cargo has already been loaded, the Owners must proceed with same, (freight payable on loaded quantity only) having liberty to complete with other cargo on the way for their own account. | 218-227 |
| | (b) If there is a strike or lock-out affecting or preventing the actual discharging of the cargo on or after Vessel's arrival at or off port of discharge and same has not been settled within 48 hours, the Charterers shall have the option of keeping the Vessel waiting until such strike or lock-out is at and end and against paying half demurrage after expiration of the time provided for discharging until the strike or lock-out terminates and thereafter full demurrage shall be payable until the completion of discharging, or of ordering the Vessel to a safe port where she can safely discharge without risk of being detained by strike or lock-out. Such orders to be given within 48 hours after the Master or the Owners have given notice to Charterers of the strike or lock-out affecting the discharge. On delivery of the cargo at such port, all conditions of this Charter Party and of the Bill(s) of Lading shall apply and Vessel shall receive the same freight as if she had discharged at the original port of destination, except that if the distance of the substituted port exceeds 100 nautical miles, the freight on the cargo delivered at the substituted port to be increased in proportion. | 228-243 |
| | (c) Except for the obligations described above, neither the Charterers nor the Owners shall be responsible for the consequences of any strikes or lock-outs preventing or affecting the actual loading or discharging of the cargo. | 244-246 |
| 17. | **War Risks ("Voywar 1993")** | 247 |
| (1) | For the purpose of this Clause, the words, | 248 |
| | (a) The "Owners" shall include the shipowners, bareboat Charterers, disponent Owners, managers or other operators who are charged with the management of the Vessel, and the Master; and | 249-251 |
| | (b) "War Risks" shall include any war (whether actual or threatened), act of war, civil war, hostilities, revolution, rebellion, civil commotion, warlike operations, the laying of mines (whether actual or reported), acts of piracy, acts of terrorists, acts of hostility or malicious damage, blockades (whether imposed against all Vessels or imposed selectively against Vessels of certain flags or ownership, or against certain cargoes or crews or otherwise howsoever), by any person, body, terrorist or political group, or the Government of any state whatsoever, which in the reasonable judgement of the Master and/or the Owners, may be dangerous or are likely to be or to become dangerous to the Vessel, her cargo, crew or other persons on board the Vessel. | 252-262 |
| (2) | If at any time before the Vessel commences loading, it appears that, in the reasonable judgement of the Master and/or the Owners, performance of the Contract of Carriage, or any part of it, may expose, or is likely to expose, the Vessel, her cargo, crew or other persons on board the Vessel to War Risks, the Owners may give notice to the Charterers cancelling this Contract of Carriage, or may refuse to perform such part of it as may | 263-268 |
| | expose, or may be likely to expose, the Vessel, her cargo, crew or other persons on board the Vessel to War Risks; provided always that if this Contract of Carriage provides that loading or discharging is to take place within a range of ports, and at the port or ports nominated by the Charterers the Vessel, her cargo, crew, or other persons onboard the Vessel may be exposed, or may be likely to be exposed, to War Risks, the Owners shall first require the Charterers to nominate any other safe port which lies within the range for loading or discharging, and may only cancel this Contract of Carriage if the Charterers shall not have nominated such safe port or ports within 48 hours of receipt of notice of such requirement. | 269-278 |
| (3) | The Owners shall not be required to continue to load cargo for any voyage, or to sign Bill(s) of Lading for any port or place, or to proceed or continue on any voyage, or on any part thereof, or to proceed through any canal or waterway, or to proceed to or remain at any port or place whatsoever, where it appears, either after the loading of the cargo commences, or at any stage of the voyage thereafter before the discharge of the cargo is completed, that, in the reasonable judgement of the Master and/or the Owners, the Vessel, her cargo (or any part thereof), crew or other persons on board the Vessel (or any one or more of them) may be, or are likely to be, exposed to War Risks. If it should so appear, the Owners may by notice request the Charterers to nominate a safe port for the discharge of the cargo or any part thereof, and if within 48 hours of the receipt of such notice, the Charterers shall not have nominated such a port, the Owners may discharge the cargo at any safe port of their choice (including the port of loading) in complete fulfilment of the Contract of Carriage. The Owners shall be entitled to recover from the Charterers the extra expenses of such discharge and, if the discharge takes place at any port other than the loading port, to receive the full freight as though the cargo has been carried to the discharging port and if the extra distance exceeds 100 miles, to additional freight which shall be the same percentage of the freight contracted for as the percentage which the extra distance represents to the distance of the normal and customary route, the Owners having a lien on the cargo for such expenses and freight. | 279-301 |
| (4) | If at any stage of the voyage after the loading of the cargo commences, it appears that, in the reasonable judgement of the Master and/or the Owners, the Vessel, her cargo, crew or other persons on board the Vessel may be, or are likely to be, exposed to War Risks on any part of the route (including any canal or waterway) which is normally and customarily used in a voyage of the nature contracted for, and there is another longer route to the discharging port, the Owners shall give notice to the Charterers that this route will be taken. In this event the Owners shall be entitled, if the total extra distance exceeds 100 miles, to additional freight which shall be the same percentage of the freight contracted for as the percentage which the extra distance represents to the distance of the normal and customary route. | 302-313 |
| (5) | The Vessel shall have liberty:- | 314 |
| | (a) to comply with all orders, directions, recommendations or advice as to departure, arrival, routes, sailing in convoy, ports of call, stoppages, destinations, discharge of cargo, delivery or in any way whatsoever which are given by the Government of the Nation under whose flag the Vessel sails, or other Government to whose laws the Owners area subject, or any other Government which so requires, or any body or group acting with the power to compel compliance with their orders or directions. | 315-321 |
| | (b) to comply with the orders, directions or recommendations of any war risks underwriters who have the authority to give the same under the terms of the war risks insurance. | 322-324 |
| | (c) to comply with terms of any resolution of the Security Council of the United Nations, any directives of the European Community, the effective orders of any other Supranational body which has the right to issue and give the same, and with national laws aimed at enforcing the same to which the Owners are subject, and to obey the orders and directions of those who are charged with their enforcement. | 325-330 |
| | (d) to discharge at any other port any cargo or part thereof which may render the Vessel liable to confiscation as a contraband carrier. | 331-332 |
| | (e) to call at any other port to change the crew or any part thereof or other persons on board the Vessel there is reason to believe that they may be subject to internment, imprisonment or other sanction. | 333-335 |
| | (f) where cargo has not been loaded or has been discharged by the Owners under any provisions of this Clause, to load other cargo for the Owners' own benefit and carry it to any other port or ports whatsoever, whether backwards or forwards or in a contrary direction to the ordinary or customary route. | 336-340 |
| (6) | If in compliance with any of the provision of sub-clauses (2) to (5) of this Clause anything is done or not done, such shall not be deemed to be a deviation, but shall be considered as due fulfilment of the Contract of Carriage. | 341-344 |
| 18. | **General Ice Clause** | 345 |
| | Port of loading | 346 |
| | (a) In the event of the loading port being inaccessible by reason of ice when the Vessel is ready to proceed from her last port or at any time during the voyage or on Vessel's arrival or in case frost sets in after Vessel's arrival, the Master for fear of being frozen in is at liberty to leave without cargo, and this Charter Party shall be null and void. | 347-351 |
| | (b) If during loading the Master, for fear of Vessel being frozen in, deems it advisable to leave, he has liberty to do so with what cargo he has on board and to proceed to any other port or ports with option of completing cargo for the Owners' benefit for any port or ports including port of discharging. Any part cargo thus loaded under the Charter Party to be forwarded to destination at the Vessel's expense but against payment of freight, provided that no extra expenses be thereby caused to the Charterers, freight being paid on quantity delivered (in proportion if lumpsum), all other conditions as per Charter Party. | 352-360 |
| | (c) In case of more than one loading port, and if one or more of the ports are closed by ice, the Master of the Owners to be at liberty either to load the part cargo at the open port and fill up elsewhere for their own account as under section (b) or to declare the Charter Party null and void unless Charterers agree to load full cargo at the open port. | 361-365 |

This Charter Party is a computer and precise generated copy of the original GENCON (as revised 1922, 1976 and 1994) form, which can be modified, amended or added to only by the striking out of original characters or the insertion of new characters, such characters being clearly highlighted by underlining, use of colour or use of larger font and marked as having been made to the Knowle of end user at its proprietor and not by the author.

PART II
"Gencon" Charter (As Revised 1922, 1976 and 1994)

|  |  |  |
|---|---|---|
|  | ~~Port of discharge~~ | 356 |
|  | ~~(a) Should ice prevent Vessel from reaching port of discharge the~~ | 357 |
|  | ~~Charterers shall have the option of keeping Vessel waiting until the re-~~ | 358 |
|  | ~~opening of navigation and paying demurrage, or ordering the Vessel to a safe~~ | 359 |
|  | ~~and immediately accessible port where she can safely discharge without risk of~~ | 370 |
|  | ~~detention by ice. Such orders to be given within 48 hours after the Master or the~~ | 371 |
|  | ~~Owners have given notice to Charterers of the impossibility of reaching port~~ | 372 |
|  | ~~of destination.~~ | 373 |
|  | ~~(b) If during discharging the Master for fear of Vessel being frozen in deems~~ | 374 |
|  | ~~it advisable to leave, he has liberty to do so with what cargo he has on board and~~ | 375 |
|  | ~~to proceed to the nearest accessible port where she can safely discharge.~~ | 376 |
|  | ~~(c) On delivery of the cargo at such port, all conditions of the Bill(s) of Lading shall~~ | 377 |
|  | ~~apply and Vessel shall receive the same freight as if she had discharged at~~ | 378 |
|  | ~~the original port of destination, except that if the distance of the substituted port~~ | 379 |
|  | ~~exceeds 100 nautical miles, the freight on the cargo delivered at the substituted~~ | 380 |
|  | ~~port to be increased in proportion.~~ | 381 |
| 19. | **Law and Arbitration** | 382 |
| * | (a) This Charter Party shall be governed by and construed in accordance with | 383 |
|  | English law and any dispute arising out of this Charter Party shall be referred to | 384 |
|  | arbitration in London in accordance with the Arbitration Acts 1950 and 1979 or | 385 |
|  | any statutory modification or re-enactment thereof for the time being in force | 386 |
|  | Unless the parties agree upon a sole arbitrator, one arbitrator shall be | 387 |
|  | appointed by each party and the arbitrators so appointed shall appoint a third | 388 |
|  | arbitrator, the decision of the three-man tribunal thus constituted or any two of | 389 |
|  | them, shall be final. On the receipt by one party of the nomination in writing of | 390 |
|  | the other party's arbitrator, that party shall appoint their arbitrator within | 391 |
|  | fourteen days, failing which the decision of the single arbitrator appointed shall | 392 |
|  | be final. | 393 |
|  | For disputes where the total claimed by either party does not exceed the | 394 |
|  | amount stated in Box 25** the arbitration shall be conducted in accordance | 395 |
|  | with the Small Claims Procedure of the London Maritime Arbitrators | 396 |
|  | Association. | 397 |
| * | (b) This Charter Party shall be governed and construed in accordance with | 398 |
|  | Title 9 of the United States Code and the Maritime Law of the United States and | 399 |
|  | should any dispute arise out of this Charter Party, the matter in dispute shall be | 400 |
|  | referred to three persons at New York, one to be appointed by each of the | 401 |
|  | parties hereto, and the third by the two so chosen; their decision or that of any | 402 |
|  | two of them shall be final, and for purpose of enforcing any award, this | 403 |
|  | agreement may be made a rule of the Court. The proceedings shall be | 404 |
|  | conducted in accordance with the rules of the Society of Maritime Arbitrators, | 405 |
|  | Inc. | 406 |
|  | For disputes where the total amount claimed by either party does not exceed | 407 |
|  | the amount stated in Box 25** the arbitration shall be conducted in accordance | 408 |
|  | with the Shortened Arbitration Procedure of the Society of Maritime Arbitrators, | 409 |
|  | Inc. | 410 |
| * | (c) Any dispute arising out of this Charter Party shall be referred to arbitration at | 411 |
|  | the place indicated in Box 25, subject to the procedures applicable there. The | 412 |
|  | laws of the place indicated in Box 25 shall govern this Charter Party. | 413 |
|  | (d) If Box 25 in Part I is not filled in, sub-clause (a) of this Clause shall apply | 414 |
| * | (a), (b) and (c) are alternatives; indicate alternative agreed in Box 25 | 415 |
| ** | *Where no figure is supplied in Box 25 in Part I, this provision only shall be void but* | 416 |
|  | *the other provisions of this Clause shall have full force and remain in effect.* | 417 |

This Charter Party is a computer generated copy of the original GENCON (as revised 1922, 1976 and 1994) form, which can be modified, amended or added to only by the striking out of original characters or the insertion of new characters, such characters being clearly highlighted by underlining, use of colour or use of larger font and marked as having been made by the licensee of and user as appropriate and not by the author.

### CLAUSE 20
Owners guarantee 52650 cbm clear grain space being clean available and suitable for the intended cargo in bulk. This grain space is guaranteed by Owners to be easily accessible.

### CLAUSE 21
NOR/LAYTIME AT LOADPORT:-
At Loadports, master/agents to serve NOR after vessel's arrival at customary waiting anchorage of the designated load ports with cargo holds / hatches covers dry and clean, free from previous cargo and fit in all respects to receive the bulk iron ore fines as certified by Independent surveyors appointed by the Charterers and NOR to be tendered by fax / e-mail / cable SHINC . WIPON / WIBON / WICCON / WIFPON. Laytime to count as per Gencon ( 13.00 Hrs if NOR tendered before noon and 09.00 Hrs next working day if NOR tendered afternoon unless sooner commenced.)

If hatches upon inspection found unclean, master to clean the hatches to the satisfaction of the surveyors and time from rejected until passed again not to count as laytime.

12 hours (as turn time) after notice of readiness which to be tendered any time day night Sundays holidays included / Fridays holidays included . (7 days a week include holidays) at both ends

Owners agent load ports,jm baxi who must work very closely with charterers/shippers to ensure immediate berthing at haldia and responsible for quick despatch of vessel.
Charterers agent disport.

### CLAUSE 22
NOR/LAYTIME AT DISCHARGE PORT:
Master/agents to serve NOR after vessel's arrival at customary waiting anchorage of the designated discharge port and NOR to be tendered by fax / e-mail / cable on shinc WIPON / WIBON / WICCON / WIFPON. Laytime to count as per Gencon ( 13.00 Hrs if NOR tendered before noon and 09.00 Hrs next working day if NOR tendered afternoon unless sooner commenced.)

12 hours (as turn time) after notice of readiness which to be tendered any time day night Sundays holidays included / Fridays holidays included . (7 days a week include holidays) at both ends

### CLAUSE 23
LOAD /DISCHARGE TERMS

At Haldia and anchorage :- Cargo to be loaded at the rate of 7000 MT per weather working day Sunday holiday included unless used basis 4 X 25 Ts Cranes SWL capacity prorata if less.

At Paradip ;- Cargo to be loaded at the rate of 7000 MT per weather working day Sunday holiday included unless used basis 4 X 25 Ts Cranes SWL capacity prorata if less.

At Vizag ;- Cargo to be loaded at the rate of 7000 MT per weather working day Sunday holiday included unless used basis 4 X 25 Ts Cranes SWL capacity prorata if less.

At discharge port : Cargo to be discharged at the rate of 10000 MT per weather working day Sunday holiday included

Laytime non-reversible between load and discharge port.

```
Any grabs time and hire ( if any ) to be at Charterers  account /
responsibility at both ends. Shore crane if any at discharge port to be
chrtrs account . Understand loading take place by Ship's crane, however,
only in case of ship's crane breakdown then Shore crane to be used on
Owners account sub to same to be ordered by Master of sub vsl.
```

Any trimming required in excess of what can be possible with the grabs is to be for owners account and time, owners to provide all equipment and crew as on board to facilitate the loading/discharging operations. Provided port regulation permit, if berthing, loading discharging is prevented or delayed by or as a consequence of the terms and conditions of such prevention or delay and the owners shall reimburse charterers / shippers / receivers for any proven damages and / or directly related expenses caused thereby. Time lost for draft survey to be shared equally between Owners and Charterers at both ends

Waiting for berth due to port congestion to count as Laytime. Waiting for tide to shift from waiting anchorage to berth not to count as laytime. Waiting for tide to haul out / or to sail from first load port to second load port not to count as laytime. ```Shifting between  first
load port berth to anchorage and/ or anchorage to anchorage , port to port
owners a/c and time. If any additional shifting ordered by chrtrs , same
to be chrtrs a/c and time."```

Owners confirm that vessel is suitable in all respects for carrying Iron Ore Fines.

Owners confirm that vessel's cranes are compatible for grabs loading/discharge.

Shore cranes if used due to ship cranesbreak down, shall be on owners cost/account subject to be ordered by Master. Vessel must supply adequate power to all grabs (Max 4 cranes and Grabs simultaneously) ( Power required for usage of hydraulic grabs 440 volts each) Time lost if any due to power shortage will be counted on owners a/c. If owners employ the generator to make grab working, then time to be counted in full. Time lost in employing generator not to count as lay time..

Quantity of cargo to be ascertained as per joint draft survey which time/cost of such survey time/cost of such operation to be shared equally between owners and charterers both ends.

The vessel is to be loaded / stowed by the Charterers but master to be responsible for stowage and supervision.

Charterers shall not be liable for any delay in loading and / or discharging caused in whole or part by act of God, political disturbances, rebellion, mobilization, revolution, insurrection, acts of public enemy, strike, riots and civil commotion, sabotage, fire, floods, earthquake, act of Govt. of any other cause comprehended in the force majure.

## CLAUSE 24
DEMURRAGE / DISPATCH

Demurrage if incurred will be at the rate of USD 30000 per day prorata / Half Despatch Working (or Weather) Time Saved both ends and same to be settled within 30 days after completion of discharge and true and rightful delivery of cargo to the receiver delivery and receipt of relevant documents such as SOF and NOR etc. for both load and discharge ports duly signed by shipper (load port) and receiver (discharge port) or their agents respectively.

## CLAUSE 25
Vessel has hatch covers complete in good operational condition. First opening and last closing of hatches, including removal and lifting of hatch beams and rigging of gears to be performed by ship's crew at Owners risk expense and time, provided local authorities permit it.

## CLAUSE 26
The stevedores although appointed and paid by Charterers, shippers or receivers or their agents are to be regarded for as the servants of the Owners and to remain under the direction and control of the master, who will be responsible for proper loading, stowage, discharging, stability, trim and the seaworthiness of the vessel. If stevedores not permitted to work by port authority due to failure of the master/owners to comply, with local port regulations Laytime not to count until permitted.

Charterers not liable for any stevedores or third party damage to and by vessel except stevedore damage to vessel. Stevedores damages if any to be directly settled between master and stevedores at load and discharge ports. In case master not able to settle his claim directly with stevedores then Charterers to assist owners best possible in settlement of such claim. However charterers shall remain responsible for settlement of such damage.

Master to give written notice of any damage to Charterers/ receivers or their agents within 24 hours of such occurrence but certainly prior to departure from the port, failure of which will render the claim non-existent / expired.

### CLAUSE 27
The vessel is to work day and night including Saturday afternoon, Sundays and holidays as required by the Charterers or their agents giving free use of vessel gears, winches power on board. Vessel is also to supply light for night work as on board to carry out loading / discharging operations.

### CLAUSE 28
Overtime to the account of the party ordering it. Ship officers and crew overtime to be always for Owners account.

### CLAUSE 29
OAP- Over Age Premium due to vessel age if any on cargo insurance by shipper to be for Charterers account.

### CLAUSE 30
Lighterage if any to be for Charterers time and account bends.

### CLAUSE 31

### CLAUSE 32
The owners guarantee that the vessel is entered with a first class PNI club and to maintain full PNI coverage for the duration of this fixture.
Copies of certificates to be provided to Charterers prior loading such as .
    a. PNI Club
    b. Hull & Machinery Certificate
    c. ISPS
    d. Class certificate
    e. Certificate of registry etc ...

### CLAUSE 33
Bimco ISM clause incorporated in cp / Bimco ISPS clause incorporated in cp

Bimco double banking clause to apply for anchorage loading operations if any.
Bimco double banking clause to apply for anchorage.

### CLAUSE 34
1) Owners confirm that vessel has full insurance to cover for compensation in relation to Wreck removal expenses and Pollution damage caused by spillage of oil or any hazardous and noxious substances from a protection and indemnity (P&I) which is a member of an international group of P&I club or a club duly approved by the govt. of India.
2) Owners warrant vessel has a valid IOPP certificate.
Owners confirm vessel has full P&I cover for the duration of the c/p.
Owners confirm they are familiar with the hold/hatch/hatch cover condition requirements applying for the loading/carriage/discharge of iron ore fines.
Owners confirm they are aware of the strict cleanliness/hold/hatch cover condition requirements applying for the loading of bulk iron ore fines.
3) owners warrant vsl is and will be maintained sd/gc, steel floored, suitable for grab/pipe load / disch;-tight/staunch and in every way suitable to perform the voyage;
absolutely weather tight complying with all rules and regulations at load/discharge ports in terms of load/carriage/discharge of Iron Ore Fines in bulk and has on board all relevant certificates equipped with hatches which are in proper working order.
4) Owners warrant vsl has no centre line beams or bulkheads or obstructions in holds.
Owners confirm vessel has no log stanchions, pillars or other obstructions.
5) Vessel will not change name/flag/class/ownership or P&I club during the currency of this c/p w/o charterers' prior written consent;
6) Vessel/owners have no outstanding judgments /arrest order, encumbrances, liens or claims pending against them.
7) Vessel has not been detained within the last 6 months

### CLAUSE 35
Nothing herein stated is to be construed as a demise of the vessel to the Charterers. The Owners to remain responsible for the navigation of the vessel, personal injury and cargo claim to the extent that the full and complete cargo as loaded is delivered safely at the discharge port.

### CLAUSE 36

This Fixture to be treated private and confidential and not to be reported to any third party.

This fixture is independent of any other fixture of any vessels directly or indirectly connected between owners / disponent owners/managers / operators and Charterers and that no any outstanding claims if pending thereon shall have any bearing on this fixture.

### CLAUSE 37
New Jason Clause, New both to blame collision clause, P & I Bunkering clause, General Paramount, York Antwerp rules 1974, BIMCO ISM clauses are deemed to be incorporated in this charter party.

### CLAUSE 38
Notices: Upon completion of loading, owners to provide time frame by which vessel would arrive at discharge port for discharging cargo from the date of sailing from loadport.

Master/owners to cable / fax / email to Charterers / shippers and Loadport agents on fixing and due to vessel ETA first load port which is by 25 january 2008, hence pre advise notices to be given basis 5/3/2 and definite 24 hours at Load port as per vessel location and circumstances and on sailing from Load port 7/5/3/2 days approx and 48/24 hours definite ETA notices disport both to discharging port Owners agents and to Charterers / receivers.

### CLAUSE 39
Owners agree not to load any other cargo under / over deck and vessel to sail directly to the discharge port in geographical shipping route after loading nominated cargo safe for navigational requirements, supplies bunkers requirement and emergencies.

### CLAUSE 40
Negotiation and fixture to be kept strictly private and confidential by all parties involved.
### CLAUSE 41

VESSEL DESCRIPTION.

## CLAUSE 42

FRT PAYMENT:

FREIGHT PAYMENT: 100 pct freight less commission to be deducted and to be paid to owner's nominated bank account within          banking days after completion of loading, signing and releasing full set of original" clean on board " bs/l  marked "freight payable as per charter party." or " freight collect" as the case may be upon loading owners should release freight payable as per charter party bill of lading/s and upon remitting by charterers 100% freight

payment ,owners must immediately release freight prepaid bill of lading if so required by shipper . prior authority must be given by owners and master to charterers nominated agents to sign / release bills of lading on behalf of the master.freightt to be deemed earned upon completion of loading.
non-returnable, non-discountable, vessel n/o cargo lost or not lost, on payment of freight.

Freight to be remitted to owners banking details as follows:


OWNS BANK ACC:




If freight beneficiary is disponent owners or any other party other than head owners then they should provide a letter of authority from head owners favoring freight beneficiary to collect the freight under this charter party. Copy of such authority to be provided to charterers before remitting freight.


CLAUSE 43




**CLAUSE 44**

ARBITRATION.

Any dispute under this C/P shall be referred to arbitration in London as per English law. One Arbitrator to be nominated by Owners and other by Charterers. If such arbitrators cannot agree, then dispute has to be referred to the decision of an umpire, who shall be appointed by the said arbitrators. Arbitrators shall be shipping commercial men.

Any charter party dispute must be made in writing within 3 months of final discharge, and where this provision is not complied with the dispute shall be extinguished and cease to exist

**CLAUSE 45**

Deleted

**CLAUSE 46**

Over age premium – Over age premium to be for charterers account (if any)

**********

| OWNERS | CHARTERERS |
|---|---|