# Exhibit 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Anlage Z 1 zur AWV

**ZAHLUNGSAUFTRAG IM AUSSENWIRTSCHAFTSVERKEHR**
Meldung nach §§ 59 ff. der Außenwirtschaftsverordnung (AWV)

Ausfertigung für den
Meldepflichtigen (Kontoinhaber)

| 52: An Kreditinstitut | Bankleitzahl | Referenz des Kontoinhabers |
|---|---|---|
| Hamburger Sparkasse AG<br>Auslandszahlungen<br>20454 Hamburg | 2 0 0 5 0 5 5 0<br><br>Konto-Nummer des Kontoinhabers/Einzahlers<br>1 2 8 0 2-8 7 1 1 9 | |

| Zahlung zu Lasten | 1 = Euro-Konto<br>2 = Währungskonto | Keine Angabe bedeutet Zahlung<br>zu Lasten des Euro-Kontoe | |
|---|---|---|---|
| | | | 1 |

| 32: Währung | Betrag | | Zielland | Version |
|---|---|---|---|---|
| USD | 2.406.195,00 | | | 0 0 0 3 |

50: Name des Kontoinhabers/Einzahlers
TOX Shipping Vermittlung GmbH

Straße
Försterweg 22  C/o Rahimzadeh

| Postleitzahl | Ort |
|---|---|
| 22525 | Hamburg |

| 57: Bank des Begünstigten<br>(bevorzugt als S.W.I.F.T.-Code) | BIC (S.W.I.F.T.-Code)<br>BOTKSGSX | Ist sowohl ein S.W.I.F.T.-Code als auch Name<br>und Anschrift der Bank aufgeführt, wird die<br>Zahlung gemäß S.W.I.F.T.-Code ausgeführt |
|---|---|---|

Name des Kreditinstituts
The Bank of Tokyo-Mitsubishi FFJ, Ltd.

Straße
Singapore Branch

Ort/Land

IBAN bzw. Konto-Nr. des Begünstigten und Bank-Code (max. 34 Stellen)
USD A/c 186119

59: Name des Begünstigten
Krooklands Planning PTE LTD.

Straße
32 Wallich Street No.02-58

Ort/Land
Singapore 078880

70: Verwendungszweck (nur für Begünstigten)
M/V JOUDI Freight Charges

Zusätzliche Weisungen für das Kreditinstitut (z. B. zum Weisungsschlüssel)

| Ausführungsart<br>(Keine Angabe bedeutet Standard) | Weisungsschlüssel<br>(Weisungen für Kreditinstitut) | 71: Entgeltregelung (Keine Angabe<br>bedeutet Entgeltteilung) | Bei Zahlungen zu Lasten Währungskonto<br>Entgelte zu Lasten |
|---|---|---|---|
| 0 = Standard (S.W.I.F.T.)<br>1 = Eilig (S.W.I.F.T.)<br>2 = Telefonische<br>Benachrichtigung an Kontoinhaber | 1 = Avis an Bank des Begünstigten<br>2 = Telefonavis an den Begünstigten<br>3 = Telex/Fax-Avis an den Begünstigten<br>4 = Zahlung gegen Legitimation | 0 = Entgeltteilung<br>gleiches Entgelt z.L. Kontoinhaber<br>fremdes Entgelt z.L. Begünstigten<br>1 = alle Entgelte z.L. Kontoinhaber<br>2 = alle Entgelte z.L. Begünstigten | 1 = Euro-Konto<br>2 = Währungskonto<br>(Ohne Weisung wird das zu<br>belastende Konto angesprochen) |

**Meldung nach §§ 59 ff. der Außenwirtschaftsverordnung (AWV)**

| Befreiungen, Erläuterungen und Leistungsverzeichnis siehe Rückseiten | | | | | |
|---|---|---|---|---|---|
| Die Zahlung erfolgte für:<br>Ggf. Zahlungsbetrag aufteilen. | 1. Dienstleistungen, Übertragungen,<br>Kapitaltransaktionen | Felder 105–111 ausfüllen.<br>Kennzahlen anhand des<br>Leistungsverzeichnisses angeben. | | 2. Transithandel | Feld 100 ankreuzen;<br>Meldung auf Vordruck Z 4<br>einreichen. 100 |
| 105: Kennzahl | 106: Land (Erläuterungen beachten) | Länder-Code | 107: Betrag in o.g. Währung (nur angegeben bei mehr als einem Zahlungszweck) | | |
| 108: Kennzahl | 109: Land (Erläuterungen beachten) | Länder-Code | 110: Betrag in o.g. Währung (nur angegeben bei mehr als einem Zahlungszweck) | | |
| 111: Nähere Angaben zu den zugrunde liegenden Leistungen bzw. zum Grundgeschäft (ggf. mit weiteren Betragen) | | | | | |

| | | | Firmennummer | Währung |
|---|---|---|---|---|

Kontoführung/Sicherungsstempel

| Datum | |
|---|---|
| 1 7 0 3 2 0 0 8 | |

Telefon / Durchwahl

Unterschrift / Stempel

**Hamburger Sparkasse**

**1 7 März 2008**

Filiale 200