# Exhibit 4

GESAMTSEITEN 001                                                                  Seite 1 von 1

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| CAUTION    ---   HARDCOPY   ---   HARDCOPY   ---   HARDCOPY   ---   CAUTION |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

MT:                 103 (Single Customer Credit Transfer (Straight Through
                    Processing))
LT:                 HASPDEHHSXXX (HAMBURGER SPARKASSE AG / HAMBURG)
Correspondent:      IRVTUS3NXXXX (BANK OF NEW YORK / NEW YORK,NY)
Priority:           N
TRN:                20080318/0692
Currency/Amount:    USD/2.406.195
Value Date:         20.03.08
SWIFT ACK:          DNFU8603I
                    (DNFU8603I Authentication successful; home BIC='HASPDEHH';
correspondent BIC='IRVTUS3N'; key='B107052026644152';)

MPS-ID:             2427652
Status:             Sent-Messages
User:               Elke Bendt
Print Time:         18.03.08 15:35:30

- - - - - Start Of Message - - - - -
{1:F01HASPDEHHSXXX0000000000}{2:I103IRVTUS3NXXXXN}{3:{113:XXXX}{108:20080318/
0692}{119:STP}}{4:
:20:20080318/0692
:23B:CRED
:32A:080320USD2406195,
:33B:USD2406195,
:50K:/1280287119
TOM SHIPPING VERMITTLUNG GMBH
C/O MOS OVERSEAS SHIPPING VER
NEUER WALL 8
20354 HAMBURG
:56A:BOTKUS3N
:57A:BOTKSGSXXXX
:59:/USDAC186119
BROOKLANDS PLANNING PTE. LTD.
32 WALLICH STREET NO.02-58
SINGAPORE 078880
:70:M/V JOUDI FREIGHT CHARGES
:71A:SHA
- - - - - End Of Message - - - - -

Hamburger Sparkasse

18. März 2008

Filiale 280
```

*Document No. 2*
*Swift of Remittance*