# Exhibit 5

```
20-MAR-2008  12:46        HASPA FOREIGN DEPARTMENT

--- SERVER PRINTOUT ---  SERVER PRINTOUT  --- SERVER PRINTOUT ---

MT:              MT199 SWIFT Output
LT:              HASPDEHHXXX
Correspondent:   IRVTUS3NBXXX
Priority:        N
TRN:             CIS0803189438000
Currency/Amount: /
Value Date:

Last Acting User:
Last Acting Time:
Appl. Queue:

MPS-ID:          2433898
Appl. Status:
Print Time:      20/03/08 15.37.22                    Frau Meier

- - - - - - - - Start Of Message - - - - - - - -
{1:F01HASPDEHHXXX3930973087}{2:O1991037080320IRVTUS3NBXXX7156465690080320153 7N
}{3:{108:CIS0803189438000}}{4:
:20:CIS0803189438000
:79:ATTENTION: COMPLIANCE/LEGAL.
OUR REF CIS0803189438000.
REGARDING YOUR SWIFT INSTRUCTIONS NUMBER
FTS0803189237200 DATED 080318, FOR USD
2,406,195.00 VALUE 080320 IN SAME DAY FUNDS BY
ORDER TOM SHIPPING HAMBURG FOR FURTHER CREDIT TO
BANK OF TOKYO-MITSUBISHI UFJ 1251 AVENUE OF THE
AMERICAS NEW YORK, N.Y. 10020-1104 FOR THE ACCOUNT
OF USDAC186119 SINGAPORE REFERENCE 20080318/0692.
PLS BE ADVISED THIS WIRE IS RESTRAINED TO A WRIT
OF MARITIME ATTACHMENT IN DEIULEMAR COMPAGNIA DI
NAVIGAZIONES SPA V. OVERSEAS WORLDWIDE HOLDING
GROUP,GULF OVERSEAS GENERAL TRADING LLC, GULF
OVERSEAS LLC,OVERSEAS SHIPPING AGENCIES, MOS
OVERSEAS SHIPPING VERMITTLUNG GMBH, MAJDPOUR BROS
CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA
AND LAND TRANSPORT S.A. AND BORU INTERNATIONAL
FREIGHT FORWARDING. THE ATTORNEYS FOR THE
PLAINTIFF ARE CHALOS, O'CONNOR AND DUFFY, LLP.
THEIR PHONE NUMBER IS 516-767-3600.THE DOCKET
NUMBER IS 07-CV-4655. THE JUDGMENT AMOUNT IS
607,887.52USD.AND HAWKNET LTD., V. OVERSEAS
SHIPPING AGENCIES, OVERSEAS WORLDWIDE HOLDING
GROUP,HOMAY GENERAL TRADING CO. LLC,MAJDPOUR BROS
CUSTOMS CLEARANCE,MAJDPOUR BROS INTERNATIONALSEA
AND LAND TRANSPORT S.A.,GULF OVERSEAS LLC,GULF
OVERSEAS GENERAL TRADING MOS OVERSEAS SHIPPING
VERMITTLUNG GMBH.ATTORNEYS BURKE AND PARSONS.
PHONE NO. 212-354-3815,DOCKET NO. 07-CV-5912,
X JUDGMENT AMOUNT 2,762,500.00USD.
REGARDS, MICHELLE SEGURA 315-765-4160 , PLEASE
RESPOND TO FTD-BLOCK ENTITY.

- - - - - - - - End Of Message - - - - - - - - - - - - - - - -
```

Handwritten note: Document No. SWIFT message Received FM New York.