# Exhibit 6

## Michael O. Hardison

| | |
|---|---|
| **From:** | Carl Buchholz [CBuchholz@rawle.com] |
| **Sent:** | Wednesday, March 26, 2008 3:57 PM |
| **To:** | Michael O. Hardison |
| **Cc:** | Lilian Philiposian |
| **Subject:** | FW: |

**Attachments:** Document.pdf



Document.pdf (65 KB)

Mike,

As discussed, this wire was stopped because of the reference to "MOS SHIPPING VER" in the ordering customer details of the wire. If you have any other questions, please advise.

Carl

-----Original Message-----
From: Administrator@rawle.com [mailto:Administrator@rawle.com]
Sent: Wednesday, March 26, 2008 1:16 PM
To: Carl Buchholz
Subject:

-------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

     Sent by:                <Administrator@rawle.com>
     Number of pages:        4
     Document type:          B/W Document
     Attachment File Format:    Adobe PDF

To view this document you need to use the Adobe Acrobat Reader. For free copy of the Acrobat reader please visit:

    http://www.adobe.com

For more information on the HP Digital Sender please visit:

    http://www.digitalsender.hp.com
*********************************************************************************************************
******************

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not

1

the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.
*********************************************************************************************************
********************

**Lilian Philiposian**

Subject:    RE: MARITIME ATTACHMENT  MOS OVERSEAS SHIPPING SHIPPING VERMITTLUNG
            GMBH ▬▬▬▬ $2,406,195.00

| ▬▬▬ | HAMBURGER SPARKASSE | 2,406,1 95.00 | BANK OF TOKYO-MITSUBISHI UFJ | 3/20/2 008 | FP Y | 2 1 |

*Copy for both files*

```
--------------------------+---------------------------
                          |
 Debit Party              |  Debit Party Source
PAY                       | TRN
        FED               |  1
DB:     ▬▬▬▬▬             |        ▬▬▬▬▬▬
                          |        HASPDEHH
 HAMBURGER SPARKASSE       |
                          |
 POSTFACH 11 1549          |
                          |
 D-20454 HAMBURG, GERMANY  |
--------------------------+---------------------------
                          |
                          |
 Ordering Customer        |  Ordering Customer Source
ORG:                      |  2
     ▬▬▬▬▬                |        ▬▬▬▬▬
                          | Name:
 TOM SHIPPING VERMITTLUNG GMBH |    TOM SHIPPING VERMITTLUNG
                          |    GMBH
 C/O MOS OVERSEAS SHIPPING | Addr 1:
 VER                      |    C/O MOS OVERSEAS
                          |    SHIPPING VER
 20354 HAMBURG            | Addr 2:
                          |    NEUER WALL 8
                          | Addr 3:
                          |    20354 HAMBURG
--------------------------+---------------------------
                          |
                          |
 Ordering Bank            |  Ordering Bank Source
OGB:                      |  3
                          |
                          |  Name:
                          |
```

```
                                        Addr 2:

                                        Addr 3:

TYP PMT

DR ADV                                  COM 0
          CHG        PTR                      DR AMT2      0      GLA
DB                                      DB
          ********** NONE                     ********** NONE
          **********                          **********
SI                                      SI
```

```
 Credit Party                            Credit Party Source
PAY                                     TRN
      FED
CR:                                     4
                                                  BOTKUS3N

      BANK OF TOKYO-MITSUBISHI UFJ

      TRUST COMPANY

      1251 AVENUE OF THE AMERICAS

      NEW YORK, N.Y. 10020-1104
```

```
 Account With Party                      Account With Party Source
BBK:                                                BOTKSGSXXXX
                                        5
      BANK OF TOKYO-MITSUBISHI UFJ
      LTD.

      9, RAFFLES PLACE NO. 01-01

      REPUBLIC PLAZA TOWER 1

      SINGAPORE 048619
```

```
 Beneficiary                             Beneficiary Source
BNF:                                    6
                                             2
```

███████

BROOKLANDS PLANNING
PTE LTD.

32 WALLICH STREET
NO.02-58

SINGAPORE 078880

MSG TYPE

CR ADV          ███████

CR              CHG        PTR

                ********* NONE
                ************

SI

                ** DO NOT CONFUSE
                WITH **

                BANK OF TOKYO
                -MITSUBISHI LTD.

                N.Y. WHICH IS
                ABA/███████

BROOKLANDS PLANNING PTE
LTD.

32 WALLICH STREET NO.02-58

SINGAPORE 078880

CR

SI          ********* NONE *********

---

Details of Payment
PAY
        FED
OBI:

        M/V JOUDI FREIGHT CHARGES

Details of Payment Source
TRN
        ███████

7

        M/V JOUDI FREIGHT CHARGES

        SHA

---

Bank to Bank Information
BBI:

Bank to Bank Information Source
8

3



SWIFT

SWIFT

SWIFT ▉ SOURCE:

AMT     2,406,195.00

                        FUNDS
                          S
        ASN ▉
        MSG TYPE
        DET OF CHGSSHA

                ADJ
                XREF
    STATUS     Wait
    Service

O|

                T|
                INSERT
                :

        D| ORGIN: 2008 /
        03 / 18
            D|

P|

                I|
        A|
            O|

E|

                M|
                VERIFY
                :

        T| VALUE: 2008 /
        03 / 20
            C|

R|

                E|
        E|
            S|

S|

                S| FD
                RLS:

        S| DRVAL: 2008 /
        03 / 20

4