# Exhibit 7



**Haspa**
Hamburger Sparkasse

Hamburger Sparkasse • 20454 Hamburg

Postanschrift:
20454 Hamburg

TOM Shipping Vermittlung GmbH
C/O Mr Rahimzadeh
Försterweg 22
22525 Hamburg

Hamburger Sparkasse
20454 Hamburg
Kreditsekretariat
Recht und Abwicklung
Herr Lender
Telefon: 040 3579-7141
Telefax: 040 3579-3875
Unser Zeichen: krs-ra-len
03.04.2008

**Current account no: 1280287119**
**Payment order US-$ 2.406.195,00 per 18.03.2008**

Dear Mr Rahimzadeh,

we herewith confirm that you have handed out the payment order amounting to US-$ 2.406.195,00 stated as follows:

- beneficiary "Brooklands Planning Pte Ltd"
- name and address of payer: "TOM Shipping Vermittlung GmbH C/O Herrn Rahimzadeh, Försterweg 22, 22525 Hamburg"

Additionally we confirm that the following holder of the above mentioned current account and payer concerning the above mentioned payment order is:

"TOM Shipping Vermittlung GmbH C/O Herrn Rahimzadeh, Försterweg 22, 22525 Hamburg"

On the occasion of the opening of the above mentioned account you, Mr Rahimzadeh, were asked for the address of "TOM Shipping Vermittlung GmbH". Maybe you misunderstood the question for the address due to linguistic difficulties and you handed over your business card from your former employer, the "MOS Overseas Shipping Vermittlung GmbH". Following this we copied "C/O MOS Overseas Shipping Vermittlung GmbH, Neuer Wall 8, 20354 Hamburg" into our database.

The account contract dated 29.01.2008 (see attachment) you have signed does not state the address, so the wrong address remained unnoticed. The correct address was copied into our database on the 26.03.2008 after you had handed out the shareholder's agreement.

According to the shareholder's agreement, attested by a German notary, dated 04.09.2007, the business premises of "TOM Shipping Vermittlung GmbH" are: "C/O Mr Rahimzadeh, Försterweg 22, 22525 Hamburg."

Seite 1 von 2

Hamburger Sparkasse AG • Sitz Hamburg • Handelsregister Amtsgericht Hamburg • HRB 80 691 • USt-ID-Nr. DE216540952
Zentrale, Ecke Adolphsplatz / Gr. Burstah, gegenüber der Börse, Hamburg • Bankleitzahl 200 505 50
Telefon 040 3579-0 • Telefax 040 3579-3418 • SWIFT-Adresse HASPDEHHXXX • Internet www.haspa.de
Vorsitzender des Aufsichtsrats: Dr. Karl-Joachim Dreyer • Vorstand: Dr. Harald Vogelsang,
Dr. Friedhelm Steinberg, Dr. Wolfgang Botschatzke, Reinhard Klein, Jörg Wohlers



We do not know of a connection between "TOM Shipping Vermittlung GmbH" and "MOS Overseas Shipping Vermittlung GmbH, Neuer Wall 8, 20354 Hamburg". The Hamburger Sparkasse has got no business relations to "MOS Overseas Shipping Vermittlung GmbH, Neuer Wall 8, 20354 Hamburg".

Yours sincerely

Hamburger Sparkasse

Hamburger Sparkasse AG • Sitz Hamburg • Handelsregister Amtsgericht Hamburg • HRB 80 691 • USt-ID-Nr. DE216540952
Zentrale, Ecke Adolphsplatz / Gr. Burstah, gegenüber der Börse, Hamburg • Bankleitzahl 200 505 50
Telefon 040 3579-0 • Telefax 040 3579-3418 • SWIFT-Adresse HASPDEHHXXX • Internet www.haspa.de
Vorsitzender des Aufsichtsrats: Dr. Karl-Joachim Dreyer • Vorstand: Dr. Harald Vogelsang,
Dr. Friedhelm Steinberg, Dr. Wolfgang Botschatzke, Reinhard Klein, Jörg Wohlers



| Kontonummer: | 1280287119 | | |
|---|---|---|---|
| | - Blatt-Nr.: 1 von 1 | | |
| Kontobezeichnung: | TOM Shipping Vermittlung GmbH | | |
| Beruf/Wirtschaftszweig: | Vermittlung von See- und Landfrachtgeschäften | | |

Für das obengenannte Konto gelten folgende Zeichnungsbefugnisse

| Vorname, Zuname | Geburtsdatum Eigenschaft | zeichnet | VA |
|---|---|---|---|
| Asadollah Rahimzadeh  Asadollah | 24.04.1932 Geschäftsführer | X A-Rahimzadeh | E |

Sonderverfügungsberechtigung:
nicht vorhanden

29.01.2008    1. _____    2. _____
                                    Meier, Dagmar
       Dieses U-Blatt wurde erstellt in    889_Filiale_280

*) VA = Verfügungsart des Zeichnungsberechtigten
 Es zeichnet:  E = einzeln, A = Mit einem anderen Zeichnungsberechtigten gemeinsam, B = mit einem anderen
        Zeichnungsberechtigten zu A gemeinsam, S = Sonderverfügung gemäß Vereinbarung mit Kontoinhaber

| Kontonummer: | 1280287119 | |  |
|---|---|---|---|
| | - Blatt-Nr.: 1 von 1 | | |
| Kontobezeichnung: | TOM Shipping Vermittlung GmbH | | |
| Beruf/Wirtschaftszweig: | Vermittlung von See- und Landfrachtgeschäften | | |

| | Vorname, Zuname | Geburtsdatum | Verfügungseigenschaft | VA*) |
|---|---|---|---|---|
| 001 | Asadollah Rahimzadeh | 24.04.1932 | Geschäftsführer | E |

*Asadollah* [handwritten]

Sonderverfügungsberechtigung:
nicht vorhanden

29.01.2008    X  *A. Rahimzadeh* [signature]
_____
TOM Shipping Vermittlung GmbH

**Hamburger Sparkasse**

29.01.2008    1. _[signature]_    2. _[signature]_
                                    Meier, Dagmar

| | |
|---|---|
| Kontonummer: | 1280287119 |
| Kontobezeichnung: | TOM Shipping Vermittlung GmbH |
| Beruf/Wirtschaftszweig: | Vermittlung von See- und Landfrachtgeschäften |



## Girovertrag mit der Hamburger Sparkasse

**Der/die Kontoinhaber trifft/treffen mit der Sparkasse folgende Vereinbarungen:**

1. Unterhält der Kontoinhaber mehrere Konten, so bildet jedes Kontokorrentkonto ein selbstständiges Kontokorrent. Kontoauszüge/Rechnungsabschlüsse erteilt die Sparkasse derzeit

per Kontoauszugsdrucker / jeweils monatlich zum Ultimo / elektronisch im OnlineBanking

**2. Bei Gemeinschaftskonto**

Einzelverfügungsberechtigung: Sind mehrere Personen Kontoinhaber, so ist jede von ihnen berechtigt, über das Kontoguthaben sowie einen eingeräumten Kreditrahmen zu verfügen und das Konto bei einer entsprechenden Duldung durch die Sparkasse auch darüber hinaus in Anspruch zu nehmen (geduldete Kontoüberziehungen). Ferner ist jeder Kontoinhaber berechtigt, Dritte zu bevollmächtigen.
Jeder Kontoinhaber haftet auch für solche Verbindlichkeiten, die durch Verfügungen eines anderen Mitkontoinhabers oder dessen Bevollmächtigten über das Konto entstanden sind. Dies gilt auch für Kontoüberziehungen in einem der Kontoverbindung angemessenen Rahmen.
Jeder Kontoinhaber kann im Einvernehmen mit der Sparkasse und mit Wirkung für die Zukunft das Konto insoweit umwandeln, als die Kontoinhaber nur noch gemeinschaftlich Rechte aus dem Gemeinschaftskonto geltend machen. Die Sparkasse wird die anderen Kontoinhaber über die Umwandlung unterrichten.
Im Todesfalle kann der überlebende Ehegatte/Lebenspartner gem. LPartG als Kontomitinhaber das Konto auflösen oder auf seinen Namen umschreiben lassen

Nur gemeinschaftliche Verfügung.

**3. Kontovollmacht**

Die auf dem Unterschriftenblatt als Zeichnungsberechtigte genannten Personen sind in der dort angegebenen Weise bevollmächtigt, über das Kontoguthaben sowie einen eingeräumten Kreditrahmen zu verfügen. Ferner können sie das Konto bei entsprechender Duldung durch die Sparkasse auch darüber hinaus in Anspruch nehmen (geduldete Kontoüberziehung), soweit dies in einem der Kontoverbindung angemessenen Rahmen bleibt.
Die Vollmacht schließt das Recht ein, für den Kontoinhaber Scheckverbindlichkeiten[1] zu begründen sowie Kontoauszüge, Kontoabrechnungen und sonstige das Konto betreffende Schriftstücke entgegenzunehmen, zu prüfen und anzuerkennen. Die Beschränkungen des § 181 BGB gelten für den/die Bevollmächtigte/n nicht.
Die Vollmacht gilt der Sparkasse gegenüber, bis ihr ein schriftlicher Widerruf zugeht, sie erlischt auch nicht mit dem Tode des Vollmachtgebers.

**4. Gerichtstand**

Soweit sich die Zuständigkeit des allgemeinen Gerichtsstandes der Sparkasse nicht bereits aus § 29 ZPO ergibt, kann die Sparkasse ihre Ansprüche an ihrem allgemeinen Gerichtsstand verfolgen, wenn der im Klageweg in Anspruch zu nehmende Kontoinhaber Kaufmann oder eine juristische Person im Sinne der Nr.6 AGB ist oder bei Vertragsabschluss keinen allgemeinen Gerichtsstand im Inland hat oder später seinen Wohnsitz oder gewöhnlichen Aufenthaltsort aus der Bundesrepublik Deutschland verlegt oder sein Wohnsitz oder gewöhnlicher Aufenthalt im Zeitpunkt der Klageerhebung nicht bekannt ist.

**5. Allgemeine Geschäftsbedingungen**

Es wird ausdrücklich darauf hingewiesen, dass die derzeit geltenden Allgemeinen Geschäftsbedingungen der Sparkasse Bestandteil der gesamten Geschäftsverbindung sind. Für einzelne Geschäftsbeziehungen gelten ergänzend oder abweichend besondere Bedingungen, z.B. für den Überweisungsverkehr, den Scheckverkehr, den kartengestützten Zahlungsverkehr, den Sparverkehr, für Wertpapiergeschäfte, auf die die Sparkasse im zutreffenden Fall ausdrücklich hinweisen wird. Die Allgemeinen Geschäftsbedingungen einschließlich der genannten besonderen Bedingungen können in den Kassenräumen eingesehen werden und werden auf Wunsch zur Verfügung gestellt.

[1] Soll die Vollmacht das Recht einschließen, für den Kontoinhaber Wechselverbindlichkeiten zu begründen, ist dies unter Nr. 6 ausdrücklich zu vereinbaren.

☒ Ja ☐ Nein    Dieses Konto wird für meine (unsere) eigene Rechnung geführt und nicht für einen anderen wirtschaftlich Berechtigten.

☒ Ja ☐ Nein    Ich (Wir) möchte(n) den Service der Haspa nutzen, auch telefonisch und/oder per Telefax informiert und beraten zu werden.

| 29.01.2008 | _A-Rahimjah_ | TOM Shipping Vermittlung GmbH |
|---|---|---|
| (Datum) | Unterschrift des/der Kontoinhabers | |