# Exhibit 8

Dr. Bernhard v. Schweinitz
Dr. Detlef Thomsen
Dr. Jürgen Bredthauer
Dr. Andre Vollbrecht
Dr. Michael Commichau
Dr. Martin Mulert, LL.M.

NOTARIAT am Gänsemarkt

Gänsemarkt 50
20354 Hamburg
Tel. (040) 35 55 3 - 0
Fax (040) 35 55 3 - 300
info@notariat-amgaensemarkt.de

# Confirmation

regarding

## TOM Shipping Vermittlung GmbH and MOS Overseas Shipping Vermittlung GmbH

I, the Notary Public Dr. Martin Mulert, Hamburg, hereby confirm that

1. TOM Shipping Vermittlung GmbH with registered seat in Hamburg and with a stated capital of EUR 45.000,00 is registered in the Commercial Register of Hamburg under No. HRB 102397 and that Asadollah Rahimzadeh and Rasa Amlashi are registered as managing directors of this company in the Commercial Register;

2. Attached to this Confirmation is a copy of a Shareholders' List of TOM Shipping Vermittlung GmbH which the managing directors of this company handed in to the Commercial Register;

3. MOS Overseas Shipping Vermittlung GmbH with registered seat in Hamburg and with a stated capital of EUR 120.000,00 is registered in the Commercial Register of Hamburg under No. HRB 60389 and that Tofigh Majdpour and Majid Majdpour are registered as managing directors of this company in the Commercial Register;

4. Attached to this Confirmation is a copy of a Shareholders' List of MOS Overseas Shipping Vermittlung GmbH which the managing directors of this company handed in to the Commercial Register.

Hamburg, 31 March 2008

Dr. Martin Mulert, Notary Public



Dok1.doc

LISTE DER GESELLSCHAFTER

der Firma

TOM Shipping Vermittlung GmbH

---

Gesellschafter

| | | |
|---|---|---|
| Herr Asadollah Rahimzadeh, geb. am 24. April 1932, Hamburg, mit einer Stammeinlage in Höhe von | EUR | 15.000,00 |
| Frau Rasa Soufi Amlashi, geb. am 5. September 1985, Hamburg, mit einer Stammeinlage in Höhe von | EUR | 15.000,00 |
| Frau Akram Alizadeh Matanagh, geb. am 24. Januar 1959, Hamburg, mit einer Stammeinlage in Höhe von | EUR | 15.000,00 |
| Stammkapital | EUR | 45.000,00 |

Hamburg, den 04. September 2007

_____        _____
(Asadollah Rahimzadeh)                  (Rasa Soufi Amlashi)

Dr. Bernhard v. Schweinitz
Dr. Detlef Thomsen
Dr. Jürgen Bredthauer
Dr. Andre Vollbrecht
Dr. Michael Commichau
Dr. Martin Mulert, LL.M.

**NOTARIAT** am Gänsemarkt

Gänsemarkt 50
20354 Hamburg

Tel. (040) 35 55 3 - 0
Fax (040) 35 55 3 - 300
info@notariat-amgaensemarkt.de

## LISTE DER GESELLSCHAFTER

der Firma

**MOS Overseas Shipping Vermittlung GmbH**

Anschrift: Neuer Wall 8 in 20354 Hamburg
(Amtsgericht Hamburg, HRB 60389)

---

Gesellschafter:

| | |
|---|---:|
| Herr Tofigh Majdpour, Kaufmann, geb. am 09.08.1950, Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom. | EUR 30.000,00 |
| Herr Sina Majdpour, Kaufmann, geb. am 17.09.1978, Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom. | EUR 30.000,00 |
| Herr Majid Majdpour, Kaufmann, geb. am 27.03.1964, Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom. | EUR 30.000,00 |
| Herr Naser Majdpour, Kaufmann, geb. am 11.03.1958, Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom. | EUR 30.000,00 |
| Stammkapital | EUR 120.000,00 |

Hamburg, den 30. Juni 2004

Geschäftsführer:

_____      _____
Tofigh Majdpour                              Majid Majdpour

Kr 0448 MM - Ges Liste Euroumstellung.DOC

