# EXHIBIT A

10313690 TOM Shipping Vermittlung GmbH 09.13.2007

c/o Mr Rahimzadeh, second floor, Försterweg 22 22525 Hamburg

LAST AMENDED ON 03.26.2008 14:22:06 293446 BY OPERATOR 0003866433

LAST AMENDED ON 03.25.2008 11:58:31 489909 BY OPERATOR 0003866433

LAST AMENDED ON 03.25.2008 11:58:12 989517 BY OPERATOR 0003866433

LAST AMENDED ON 03.25.2008 11:57:24 829270 BY OPERATOR 0003866433

LAST AMENDED ON 03.25.2008 11:56:06 228956 BY OPERATOR 0003866433

LAST AMENDED ON 01.31.2008 16:40:08 982153 BY OPERATOR 0003866433

LAST AMENDED ON 01.30.2008 08:37:24 510507 BY OPERATOR 0003866433

LAST AMENDED ON 01.29.2008 17:47:18 630714 BY OPERATOR 0000000000

LAST AMENDED ON 01.29.2008 15:25:03 064559 BY OPERATOR 0003866433

LAST AMENDED ON 01.29.2008 15:24:52 336280 BY OPERATOR 0003866433

LAST AMENDED ON 01.29.2008 15:22:31 770557 BY OPERATOR 0003866433

LAST AMENDED ON 01.29.2008 15:21:22 989610 BY OPERATOR 0003866433

LAST AMENDED ON 01.29.2008 15:20:54 705059 BY OPERATOR 0003866433

LAST AMENDED ON 01.29.2008 15:20:09 537401 BY OPERATOR 0003866433

04.07.2008 END OF SEARCH        OPERATOR 1 = 0003866433

10313690 TOM Shipping Vermittlung GmbH 13.09.2007
c/o. Herrn Rahimzadeh 2.Stock Försterweg 22 22525 Hamburg

**Haspa**

LETZTE AENDERUNG AM 26.03.2008 14:22:06.293446 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 25.03.2008 11:58:31.489909 VON BEDIENER 0003866433 Sparkasse
LETZTE AENDERUNG AM 25.03.2008 11:58:12.989517 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 25.03.2008 11:57:24.829270 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 25.03.2008 11:56:06.228956 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 31.01.2008 16:40:08.982153 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 30.01.2008 08:37:24.510507 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 29.01.2008 17:47:18.630714 VON BEDIENER 0000000000
LETZTE AENDERUNG AM 29.01.2008 15:25:03.064559 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 29.01.2008 15:24:52.336280 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 29.01.2008 15:22:31.770557 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 29.01.2008 15:21:22.989610 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 29.01.2008 15:20:54.705059 VON BEDIENER 0003866433
LETZTE AENDERUNG AM 29.01.2008 15:20:09.537401 VON BEDIENER 0003866433

07.04.2008 ENDE ABFRAGE        BEDIENER1=0003866433

A

# LAWYERS' AND MERCHANTS' TRANSLATION BUREAU, INC.

### Legal, Financial, Scientific, Technical and Patent Translations

**11 BROADWAY**
**NEW YORK, NY 10004**

## Certificate of Accuracy

### TRANSLATION

From: German   Into English

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**     } S.S.:

On this day personally appeared before me
who, after being duly sworn, deposes and states:

That I, Charles Sitch, Authorized Officer of **LAWYERS' AND MERCHANTS'**
**TRANSLATION BUREAU** declare

That to the best of my knowledge and belief, the attached document, prepared by one
of its translators competent in the art and conversant with the German and English languages,
is a true and correct translation into the English language of the accompanying document.

**SUBSCRIBED AND SWORN TO BEFORE ME**
**THIS**

APR 0 9 2008

*Susan Tapley*

**Susan Tapley**
Notary Public, State of New York
No. 01TA4999804
Qualified in Queens County
Certificates filed in New York County
    and Kings County
Commission expires July 27, 2010

# EXHIBIT B

| Transaction statement | Client | Account holder | Account | Hamburger Sparkasse | Time of printing |
|---|---|---|---|---|---|
| | TOM Shipping Vermittlung Gmb | TOM Shipping Vermittlung Gmb | 1280287119 | 20050550 | 04.07.2008 |
| | | | | | 11:22:18 |

All transactions from 01.29.2008 to 04.07.2008

| Status | Date of entry | Value date | Receiver/client | Purpose/wording of entry | Amount in EUR |
|---|---|---|---|---|---|
| | | | | | Opening balance on 02.29.2008 |
| | | | | | 0.00 |
| | 02.29.2008 | 02.29.2008 | FOREIGN CURRENCY GIRO ACCOUNT-F | AZV-REF-20080229/2362 | -7.50 |
| | | | | | Balance on 03.03.2008 |
| | | | | | -7.50 |
| | 03.03.2008 | 03.01.2008 | ACCOUNT BALANCING | SERVICE PRICE GIRO ACCOUNT | -4.95 |
| | | | | | Balance on 03.17.2008 |
| | | | | | -12.45 |
| | 03.17.2008 | 03.17.2008 | TOM SHIPPING VERMITTLUNG GM | TRANSFER | 1,600,000.00 |
| | | | | | Balance on 03.18.2008 |
| | | | | | 1,599,987.55 |
| | 03.18.2008 | 03.18.2008 | BROOKLANDS PLANNING PTE LTD | AZV-REF 20080318/0692 | -1,528,184.77 |

| | | | | Balance on 03.19.2008 71,802.78 |
|---|---|---|---|---|
| 03.19.2008 | 03.19.2008 | HK 959730121 | AZV-REF 20080319/0933 | -30.00 |
| | | | | Balance on 04.01.2008 71,772.78 |
| 04.01.2008 | 04.01.2008 | ACCOUNT BALANCING | CREDIT INTEREST | 34.21 |
| 04.01.2008 | 04.01.2008 | ACCOUNT BALANCING | SERVICE PRICE GIRO ACCOUNT | -5.25 |
| 04.01.2008 | 04.01.2008 | FOREIGN CURRENCY GIRO ACCOUNT-F | AZV-REF 20080401/2480 | -7.50 |
| | | | | Final balance on 04.01.2008 71,794.24 |

Page two of two

Explanation regarding status: 'Rück' or 'mRück' = the transaction was returned

'Um' = the transaction was transferred

# Haspa
Hamburger Sparkasse

| Umsatzübersicht | Auftraggeber TOM Shipping Vermittlung Gmb | Kontoinhaber TOM Shipping Vermittlung Gmb | Konto 1280287119 | Hamburger Sparkasse 20050550 | Druckzeitpunkt 07.04.2008 11:22:18 |
|---|---|---|---|---|---|

**Alle Umsätze vom 29.01.2008 - 07.04.2008**

| Status | Buchungstag | Valuta | Empfänger / Auftraggeber | Verwendungszweck / Buchungstext | Betrag in EUR |
|---|---|---|---|---|---|
| | | | | Anfangssaldo vom 29.02.2008 | 0,00 |
| | 29.02.2008 | 29.02.2008 | FREMDWAEHRUNGS-GIROKONTO-F | AZV-REF 20080229/2362 | -7,50 |
| | | | | Saldo vom 03.03.2008 | -7,50 |
| | 03.03.2008 | 01.03.2008 | RECHNUNGSABSCHLUSS | SERVICEPREIS GIROKONTO | -4,95 |
| | | | | Saldo vom 17.03.2008 | -12,45 |
| | 17.03.2008 | 17.03.2008 | TOM SHIPPING VERMITTLUNG GM | UEBERTRAG | 1.600.000,00 |
| | | | | Saldo vom 18.03.2008 | 1.599.987,55 |
| | 18.03.2008 | 18.03.2008 | BROOKLANDS PLANNING PTE LTD | AZV-REF 20080318/0692 | -1.528.184,77 |
| | | | | Saldo vom 19.03.2008 | 71.802,78 |
| | 19.03.2008 | 19.03.2008 | HK 9593730121 | AZV-REF 20080319/0933 | -30,00 |
| | | | | Saldo vom 01.04.2008 | 71.772,78 |
| | 01.04.2008 | 01.04.2008 | RECHNUNGSABSCHLUSS | HABENZINSEN | 34,21 |
| | 01.04.2008 | 01.04.2008 | RECHNUNGSABSCHLUSS | SERVICEPREIS GIROKONTO | -5,25 |
| | 01.04.2008 | 01.04.2008 | FREMDWAEHRUNGS-GIROKONTO-F | AZV-REF 20080401/2480 | -7... |
| | | | | Endsaldo vom 01.04.2008 | 71.794... |

Erläuterung zum Status: Rück oder mRück: der Umsatz wurde zurückgegeben. Um: der Umsatz wurde umgebucht

# LAWYERS' AND MERCHANTS' TRANSLATION BUREAU, INC.

## Legal, Financial, Scientific, Technical and Patent Translations

### 11 BROADWAY
### NEW YORK, NY 10004

# Certificate of Accuracy

### TRANSLATION

From:  German   Into English

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**          } s.s.:

On this day personally appeared before me
who, after being duly sworn, deposes and states:

That I, Charles Sitch, Authorized Officer of **LAWYERS' AND MERCHANTS'
TRANSLATION BUREAU** declare

That to the best of my knowledge and belief, the attached document, prepared by one
of its translators competent in the art and conversant with the German and English languages,
is a true and correct translation into the English language of the accompanying document.

**SUBSCRIBED AND SWORN TO BEFORE ME**
**THIS**

APR 0 9 2008

Susan Tapley
Notary Public, State of New York
No. 01TA4999804
Qualified in Queens County
Certificates filed in New York County
    and Kings County
Commission expires July 27, 2010

# EXHIBIT C

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Anlage 2 zur AWV    **ZAHLUNGSAUFTRAG IM AUSSENWIRTSCHAFTSVERKEHR**    Ausfertigung für den Meldepflichtigen (Kontoinhaber)
Meldung nach §§ 59 ff. der Außenwirtschaftsverordnung (AWV)

| 52: An Kreditinstitut | Bankleitzahl | Referenz des Kontoinhabers |
|---|---|---|
| Hamburger Sparkasse AG | 2 0 0 5 0 5 5 0 | |
| Auslandszahlungen | Konto-Nummer des Kontoinhabers/Einzahlers | |
| 20454 Hamburg | 1 2 8 0 2 - 8 7 1 1 9 | |

| Zahlung zu Lasten | 1 = Euro-Konto<br>2 = Währungskonto | Keine Angabe bedeutet Zahlung<br>zu Lasten des Euro-Kontos [1] | | Zielland | Version<br>0 0 0 3 |
|---|---|---|---|---|---|

52: Währung  Betrag
USD    2.906.195,00

56: Name des Kontoinhabers/Einzahlers
ROM Shipping Vermittlung GmbH

Straße
Försterweg 22  C/o Rahimzadeh

Postleitzahl    Ort
22525    Hamburg

57: Bank des Begünstigten (bezeugt als S.W.I.F.T.-Code)    BIC (S.W.I.F.T.-Code)    Ist sowohl der S.W.I.F.T.-Code als auch Name und Anschrift der Bank ausgefüllt, wird die Zahlung gemäß S.W.I.F.T.-Code ausgeführt.
BOTKSGSX

Name des Kreditinstituts
The Bank of Tokyo-Mitsubishi FFJ, Ltd.

Straße
Singapore Branch

Ort/Land

Konto-Nr. des Begünstigten und Bank-Code (max. 34 Stellen)
RFJ. A/c 185119

59: Name des Begünstigten
Brooklands Planning PTE LTD.

Straße
32 Wallich Street No.02-58

Ort/Land
Singapore 078860

70: Verwendungszweck (nur für Begünstigten)
M/V JOHDI Freight Charges

Zusätzliche Weisungen für das Kreditinstitut (z.B. zum Weisungsschlüssel)

| Ausführungsart<br>(Keine Angabe bedeutet Standard) | Weisungsschlüssel<br>(Weisungen für Kreditinstitut) | 71: Entgeltregelung (Keine Angabe bedeutet Entgeltteilung) | Bei Zahlungen zu Lasten Währungskonto<br>Entgelte zu Lasten |
|---|---|---|---|
| 0 = Standard (S.W.I.F.T.)<br>1 = Eilig (S.W.I.F.T.)<br>2 = Vorbuchung<br>3 = Zahlung an Kontoinhaber | 1 = Avis an Bank des Begünstigten<br>2 = Telefonavis an den Begünstigten<br>3 = Telex-/Fax-Avis an den Begünstigten<br>4 = Zahlung gegen Legitimation | 0 = Entgeltteilung<br>1 = Entgelte z.L. Kontoinhaber<br>2 = alle Entgelte z.L. Begünstigten | 1 = Euro-Konto<br>2 = Währungskonto<br>(Ohne Weisung wird das<br>belastende Konto angesprochen) |

**Meldung nach §§ 59 ff. der Außenwirtschaftsverordnung (AWV)**

Befreiungen, Erläuterungen und Leistungsverzeichnis siehe Rückseiten

| Die Zahlung erfolgte für:<br>Ggf. Zahlungsbetrag aufteilen. | 1. Dienstleistungen, Übertragungen,<br>Kapitaltransaktionen | Felder 105-111 ausfüllen.<br>Kennzahlen anhand des<br>Leistungsverzeichnisses angeben. | | 2. Transithandel | Feld 100 ankreuzen,<br>Meldung auf Vordruck Z 4<br>einreichen | 100 |
|---|---|---|---|---|---|---|
| 105: Kennzahl | 106: Land (Erläuterungen beachten) | | Länder-Code | 107: Betrag in o.g. Währung (bei angaben bei mehr als einem Zahlungszweck) | | |
| 108: Kennzahl | 109: Land (Erläuterungen beachten) | | Länder-Code | 110: Betrag in o.g. Währung (bei angaben bei mehr als einem Zahlungszweck) | | |
| 111: Nähere Angaben zu den zugrunde liegenden Leistungen bzw. zum Grundgeschäft (ggf. mit weiteren Beträgen) | | | | | | |

Firmennummer    Währung

Kontoführung / Sicherungsstempel

Datum
1 7 0 3 2 0 0 8

Telefon / Durchwahl

Unterschrift / Stempel

**Hamburger Sparkasse**

**1 2 März 2008**

# EXHIBIT D



# EXHIBIT E



# EXHIBIT F

Willst du mit mir gehen?

DasTelefonbuch.
  Alles im einen

DeTeMedien and
**TVG** Verlag



SCHLUSS
MIT
LANGEM
SUCHEN!

*** Testen Sie jetzt unseren kostenlosen Firmeneintrag. ***

Home    My Telephone Book    Services    Deutsch    Français    Türkçe    Español

**Find**



| Find | Region finder |
| Expert mode | Expert mode |

**Subjects**

- ☐ Post codes
- ☐ Area codes
- ☐ International information
- ☐ Emergency services for pharmacies

- ☐ Emergency numbers
- ☐ Citizen's information
- ☐ Regional company offers





No entry found for your input in the field "Name/Term". Please check your entry or use our input aids

Name/Term or telephone number*:

TOM  Shipping Vermittlung GmbH

Place:

Hamburg

* For the enquiry with telephone number (inverse search) there is
no need to enter the town. Further information

| Find |

Masthead · Data protection notice · Conditions of use · Link Tips · Help · FAQ · DasÖrtliche · GelbeSeiten



F-1





| Name | Street, House number | Post code, Place | Telephone number |
|------|---------------------|------------------|------------------|
| MOS Overseas Shipping Vermittlung ... | Neuer Wall 8 | 20354 Hamburg | 040 3 48 03 26 |
| MOS Overseas Shipping Vermittlung ... | Neuer Wall 8 | 20354 Hamburg | 040 3 48 03 25Fax |

powered by

F-2