# EXHIBIT G

Deed No. 1939/2007
NF
File: NF 1463 MM

**Dr. Bernhard v. Schweinitz**
**Dr. Detlef Thomsen**
**Dr. Jürgen Bredthauer**
**Dr. Andre Vollbrecht**
**Dr. Michael Commichau**
**Dr. Martin Mulert, LL. M.**
**NOTARIAL OFFICE *am Gänsemarkt***
**Gänsemarkt 50**
**20354 Hamburg**

**Tel. (040) 35 55 3 - 0**
**Fax (040) 35 55 3 - 300**
info@notariat-amgaensemarkt.de

[see source for symbol]

COPY

Negotiated in the Free and Hanseatic City of Hamburg

on September 4 (fourth), 2007 (two thousand seven).


The following parties appeared today before me,

the Hamburg notary

**Dr. Martin Mulert**

6

- 2 -

in my office, Gänsemarkt 50:

Mr. Asadollah Rahimzadeh
born April 24, 1932
residing at: Försterweg 22, 22525 Hamburg,
known personally to me, the notary

acting here

a) on his own behalf

b) not in his own name, rather on the basis of the power of attorney dated August 31, 2007 (Notary's deed register No. 1919/2007 of the notary Dr. Martin Mulert), which was present as an original upon notarization and a copy of which is enclosed with this deed as an **Annex**, which I hereby certify, for

Ms. Rasa Soufi Amlashi
born September 5, 1985
residing at: Harvestehuder Weg 79, 20149 Hamburg,

c) acting not in her own name, rather on the basis of the power of attorney dated August 31, 2007 (notary's deed register No. 1920/2007 of the notary Dr. Martin Mulert), which was present as an original upon notarization and a copy of which is enclosed with this deed as an **Annex**, which I hereby certify, for

Ms. Akram Alizadeh Matanagh
born on January 24, 1959
residing at: Harvest 79, 20149 Hamburg,

The party appearing, according to his information and the persuasion of the notary, has a high command of the German language. After having been advised by the notary, the party appearing abstained from the inclusion of an interpreter and the creation and enclosure of a written translation.

For my record, the party appearing declared:

I.

We hereby found a limited liability company and stipulate the articles of association as follows:

§ 1

Company, Headquarters

(1) The name of the company is as follows:

TOM Shipping Vermittlung GmbH

NP 1463 MM - GMBH GRUENDUNG.DOC

- 3 -

(2)    The company has its headquarters in Hamburg.

§ 2

Object of the Company

(1) The object of the company is brokering sea and land cargo transactions and all transactions associated with this with the exception of activities requiring a permit.

(2) The company may acquire interest in other companies, acquire other companies, and create branch offices domestically and abroad.

§ 3

Capital Stock, Capital Contributions

(1)    The capital stock amounts to 45,000.00 EUR (in words: forty five thousand Euros).

(2)    Of this, the following founding partners assume

Mr. Asadollah Rahimzadeh
born on April 24, 1932,
Hamburg,
a capital contribution to the amount of                    15,000.00 EUR

Ms. Rasa Soufi Amlashi,
born on September 5, 1985,
Hamburg,
a capital contribution to the amount of                    15,000.00 EUR

Ms. Akram Alizadeh Matanagh,
born on January 24, 1959,
a capital contribution to the amount of                    15,000.00 EUR

(3)    The contributions are to be made in cash and are due in full effective immediately.

§ 4
Duration, Fiscal Year

(1)  The duration of the company has not been defined.

(2) The fiscal year represents the calendar year.

NF 1463 MM - GMBH GRUENDUNG.DOC

- 4 -

§ 5

Management, Representation

(1)     The company has one or more managing directors. If the company only has one managing director, then this party is entitled to sole representation. In the event of multiple managing directors, two of them or one managing director together with an authorized company signatory are entitled to represent the company. The partners may, however, grant an individual power of representation.

(2)     The managing directors can, by means of a resolution of the partners, be exempted from the restrictions of § 181 *BGB* [German Civil Code]. The sole managing director is exempted from the restrictions of § 181 *BGB*.

(3)     The above paragraphs (1) and (2) apply accordingly to any Liquidator.

(4)     The meeting of the partners may, at any time, make the execution of certain legal transactions or specific types of legal transactions dependant on the prior consent of the meeting of the partners without the power of representation of the managing directors being restricted vis-à-vis third parties.

§ 6

Meeting of the Partners

(1)     The meetings of the partners generally take place at the headquarters of the company.

(2)     The meetings of the partners are generally called by the management in writing. The time, place, and agenda are to be specified. The notice period amounts to two weeks. The date of forwarding and the date of the meeting are not counted in this respect.

(3) The partners shall pass their resolutions generally at the meetings of the partners. They may, however, also be made in writing, by telephone, or in another manner providing all partners agree to such a procedure.

Resolutions passed are to be recorded by the management and are to be forwarded to the partners. They may only be objected to within one month following the receipt of the record by way of action.

(4) The resolutions originate with a basic majority of the votes submitted to the extent these articles of association or an imperative statutory provision prescribes another majority. Every € 50.00 of the face value for a business share grants one vote. In the event of a tie vote, a motion shall be deemed rejected.

(5) Deputy representation is only permissible through another partner or through a person obliged to maintain professional secrecy. The representation requires a written power of attorney.

NF 1463 MM - GMBH GRUENDUNG.DOC

- 5 -

§ 7

Annual Report, Allocation of Profits

(1)    The annual report is to be compiled by the management within the statutory period following the passing of the fiscal year and to be promptly submitted to the partners for assessment.

The partners are to assess the annual report within the statutory period and to deliberate regarding the allocation of profits.

(2) The partners are entitled to the distribution of profits unless the meeting of the partner rules by means of a basic majority of the votes submitted on the formation of reserves and/or profits carried forward.

§ 8

Assignment of Business Shares

(1)    The assignment of business shares and partial business shares as well as any other disposition thereof requires - with the exception of dispositions benefiting fellow partners - the consent of the company for their validity. Internally, this may only be granted if a corresponding unanimous resolution of the partners is in place.

(2)    The provisions of § 17 GmbH Act remain unaffected.

(3)    If a partner wishes to sell his/her business share, but is denied the necessary permission to do so as per (1) or does not issue his written request to do so within one month, then he may request that the other partners perform the redemption or order the transfer of the business share to another buyer, whom they specify, by means of a resolution. § 12 applies to the fee. If such a resolution is not provided to the partner within the passing of another month, then the assignation no longer requires permission as per Paragraph (1) Clause 1.

§ 9

Inheritance of Business Shares

(1)    The business shares are inheritable.

(2)    If the business share is assigned to a collective body of persons due to death, then they are obliged to appoint a collective representative, who exercises their rights arising from the business share in a uniform manner. As long as a collective representative has not been appointed, their rights are drawn from the business share.

(3) No permission from the company is necessary to divide a business share among the heirs of a deceased partner.

NF 1463 MM - GMBH GRUENDUNG.DOC

- 6 -

§ 10

Exemption from the Ban on Competition

The partners and the managing directors are generally permitted to conduct ancillary activities and transactions. To the extent such transactions may affect the business area of the company, the meeting of the partners shall decide regarding exemption from the ban on competition and shall stipulate its nature and scope as well as any remuneration in this regard.

§ 11

Redemption of Business Shares

(1)    The business share of a partner may be redeemed if

(a)    the partner agrees to this or requests redemption (§ 8 Para. 3).

(b)    insolvency proceedings concerning his/her state are initiated or their initiation is denied due to insufficient assets

(c)    a creditor of the partner levies execution targeting the business share and the execution has not been lifted within six weeks or

(d)    another good reason corresponding to § 133 HGB [German Commercial Code] is in place.

(2)    In place of the redemption, the meeting of the partners may also order the transfer of the business share to a buyer, which it stipulates.

(3)    The redemption and the order of the transfer occur through the management on the basis of a unanimous resolution of the partners; the partner affected by this does not have a right to vote.

§ 12

Redemption Fee

(1)    In exchange for the redemption or transfer, the affected partner is entitled to a fee. This is determined on the basis of a balance sheet, in which all asset items of the company are to be applied at their true value while dissolving undisclosed reserves. Any good will does not come into consideration.

(2)    The effective date of the balance sheet is the day, on which the event takes place, which authorizes the resolution regarding the redemption or transfer.

(3)    The fee is to be paid in 6 equal installments. The first installment is due for payment 6 months following the declaration of the redemption by the management of the company. The following installments are each to be paid 6 months following the due day of the previous installment.

- 7 -

(4)    The respective outstanding component of the fee is to be compounded from the day the redemption is declared by the management at 5 % p.a.

§ 13

Grouping of Business Shares

Multiple business shares, which have been paid in full, belonging to the same partner can be grouped into one business share with the consent of the applicable partner by means of a resolution of the partners.

§ 14

Publications

The publications of the company are only made in the electronic Bundesanzeiger [German Federal Gazette].

§ 15

Jurisdiction

The jurisdiction for all potential disputes resulting from this agreement constitutes the headquarters of the company to the extent this is permitted by law.

§ 16

Costs and Expenses

The costs and expenses of the foundation shall be borne by the company up to a sum of 3,500.00 EUR; any foundation costs exceeding this amount shall be borne by the partners in relation to their capital contributions.

II.

Resolution of the Partners

As founders and the first partners, we shall, from now on, hold a meeting of the partners and rule on the following:

1.    The following persons will be named the first managing directors of the company:

    Mr. Asadollah Rahimzadeh,
    born on April 24, 1932,
    residing at: Försterweg 22, 22525 Hamburg

NF 1463 MM – GMBH GRUENDUNG.DOC

- 8 -

Ms. Rasa Soufi Amlashi,
borne September 5, 1985
residing at: Harvestehuder Weg 79, 20149 Hamburg

The managing directors are each continually entitled to individual representation and are continually
exempted from the restrictions o f § 181 BGB.

2. The business premises of the company are located at:
c/o Mr. Rahimzadeh, Försterweg 22, 22525 Hamburg.

III.

Power of Attorney

We hereby empower

    Mr. Peter Ramin,
    Mr. Deiter Rüpcke,
    Mr. Wolfgang Nickel,
    Ms. Petra Drews,
    Ms. Nicole Freckmann,
    Ms. Jessica Eichmann,

all employees of the notarial office, Gänsemarkt 50, 20354 Hamburg,

that is, each individually, with exemption from the restrictions of § 181 BGB, to change the provisions
agreed upon in the above articles of association both substantively and formally on behalf of all partners
and to supplement, to make unanimous resolutions for its amendment and to register this.

The power of attorney is unrestricted vis-à-vis third parties. Internally, the parties empowered are
instructed to only use this power of attorney if the management of the company has approved a change
or supplement.

The power of attorney will be granted independent of the validity of this deed. It shall expire with the
entry of the company in the commercial register.

IV.

Notes

The notary is to point out that

a) the limited liability company originates as such first upon entry in the commercial register and those
acting in its name prior to entry are liable personally,

b) each partner is liable for deficits if the value of the company assets upon entry of the company in the
commercial register is less than the share capital,

– 9 –

c)     the partners and the managing directors are, under certain circumstances, obliged to provide compensation and are responsible with respect to penal legislation in the event of false information or damage to the company through capital contributions or founding expenditure,

d)     partner loans replacing capital will, under certain circumstances, be treated as liable capital,

e)     obligations to make capital contributions cannot be fulfilled by means of hidden contributions in kind (e.g. offsetting or prepayments),

f)     joint and several liability exists with respect to the capital contributions as well as for costs and expenses,

g)     the parties paid in are responsible for evaluating the fiscal consequences of this agreement and the notary assumes no guarantee in this respect.

Read, approved, and signed

signed Asadollah Rahimzadeh

(SEAL) signed Dr. Mulert, notary

NF 1463 MM - GMBH GRUENDUNG.DOC

[Commercial]register B of the registration court Hamburg    **Official printout**    Company number    HRB 102397
**Accessed on 11/13/2007 10:54**    **Page 1 of 2**

-> This printout will not be signed and is deemed a certified copy <-

| Number of the entry | a) Name b) Headquarters, office, branch offices c) Object of the company | Capital stock or share capital | a) General representation provision b) Executive, managing bodies, managing directors, personally liable partners, managing directors, authorized representatives, and special power of representation | Powers of attorney | a) Legal form, start, statutes or articles of association b) Other legal relationships | a) Day of entry b) Comments |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) TOM Shipping Vermittlung GmbH  b) Hamburg  c) Brokerage of sea and land cargo transactions and all associated transactions with the exception of activities requiring a permit. | 45,000.00 EUR | a) If the company only has one managing director, then this party is entitled to sole representation. In the event of multiple managing directors, then the company will be represented by two managing directors or by one managing director together with an authorized company signatory. Sole power of representation may be granted. The managing directors may be empowered to execute legal transactions in the name of the company for their own account or as a representative of a third party. The sole managing director is authorized to carry out legal transactions in the name of the company for his own account or as a representative of a third party.  b) Managing director: Rahimzadeh, Asadoliah, Hamburg, 04/24/1932 solely authorized representative, with the authority to execute legal transactions in the name of the company for his own account or as a representative of a third party.  Managing director: Amlashi, Rasa, Hamburg, 09/05/1985, solely authorized representative, with the authority to execute legal transactions in the name of the company for her own account or as a representative of a third party. | | a) Limited liability company  Articles of association dated 09/04/2007 | a) 09/13/2007 Kruse |

[Commercial]register B of the registration court Hamburg          **Official printout**                    Company number:    **HRB 102397**
                                                        **Accessed on 11/13/2007 10:54**                    **Page 2 of 2**
                                                -> **This printout will not be signed and is deemed a certified copy** <-

| Number of the entry | a) Name b) Headquarters, office, branch offices c) Object of the company | Capital stock or share capital | a) General representation provision b) Executive, managing bodies, managing directors, personally liable partners, managing directors, authorized representatives, and special authorization to represent | Powers of attorney | a) Legal form, start, statutes or articles of association b) Other legal relationships | a) Day of entry b) Comments |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

Hamburg, 11/13/2007
The printout affirms the content from the commercial register
Hell, senior court official
Bailiff of the court                    [signature]                [seal]
                                                                   *[illegible]*
                                                                   Hamburg

UR-Nr. 1939/2007
NF
Akte: NF 1463 MM

Dr. Bernhard v. Schweinitz
Dr. Detlef Thomsen
Dr. Jürgen Bredthauer
Dr. Andre Vollbrecht
Dr. Michael Commichau
Dr. Martin Mulert, LL.M.

N O T A R I A T  am Gänsemarkt

Gänsemarkt 50
20354 Hamburg

Tel. (040) 35 55 3 – 0
Fax (040) 35 55 3 – 300

info@notariat-amgaensemarkt.de



## ABSCHRIFT

Verhandelt in dieser Freien und Hansestadt Hamburg

am 04. (vierten) September  2 0 0 7  (zweitausendsieben).

Vor mir,

dem Hamburgischen Notar

## Dr. Martin Mulert

- 2 -

erschien heute in meinen Amtsräumen, Gänsemarkt 50:

Herr Asadollah Rahimzadeh,
geb. am 24. April 1932,
wohnhaft: Försterweg 22, 22525 Hamburg,
mir, dem Notar, von Person bekannt,

hier handelnd

a)   für sich persönlich,

b)   handelnd nicht im eigenen Namen, sondern aufgrund der Vollmacht vom 31. August
2007 (UR Nr. 1919/2007 des Notars Dr. Martin Mulert), die bei Beurkundung im Origi-
nal vorlag und dieser Urkunde als **Anlage** in Abschrift, welche ich hiermit beglaubige,
beigefügt ist, für

Frau Rasa Soufi Amlashi,
geb. am 5. September 1985,
wohnhaft: Harvestehuder Weg 79, 20149 Hamburg,

c)   handelnd nicht im eigenen Namen, sondern aufgrund der Vollmacht vom 31. August
2007 (UR Nr. 1920/2007 des Notars Dr. Martin Mulert), die bei Beurkundung im Origi-
nal vorlag und dieser Urkunde als **Anlage** in Abschrift, welche ich hiermit beglaubige,
beigefügt ist, für

Frau Akram Alizadeh Matanagh,
geb. am 24. Januar 1959,
wohnhaft: Harvestehuder Weg 79, 20149 Hamburg.

Der Erschienene ist nach seinen Angaben und nach Überzeugung des Notars der deutschen
Sprache sehr gut kundig. Nach Belehrung durch den Notar verzichtete der Erschienene auf
die Hinzuziehung eines Dolmetschers und die Anfertigung und Beifügung einer schriftlichen
Übersetzung.

Der Erschienene erklärte zu meinem Protokoll:

I.

Wir errichten hiermit eine Gesellschaft mit beschränkter Haftung und legen den Gesell-
schaftsvertrag wie folgt fest:

§ 1

Firma, Sitz

(1)   Die Firma der Gesellschaft lautet:

TOM Shipping Vermittlung GmbH.

- 3 -

(2)   Die Gesellschaft hat ihren Sitz in Hamburg.

§ 2

Gegenstand des Unternehmens

(1)   Der Gegenstand des Unternehmens ist die Vermittlung von See- und Landfrachtge-
       schäften und alle damit im Zusammenhang stehenden Geschäfte, mit Ausnahme er-
       laubnispflichtiger Tätigkeiten.

(2)   Die Gesellschaft kann sich an anderen Unternehmen beteiligen, andere Unternehmen
       erwerben und Zweigniederlassungen im In- und Ausland errichten.

§ 3

Stammkapital, Stammeinlagen

(1)   Das Stammkapital beträgt EUR     45.000,00 (in Worten: Euro fünfundvierzigtausend).

(2)   Hierauf übernehmen als Gründungsgesellschafter

Herr Asadollah Rahimzadeh,
geb. am 24. April 1932,
Hamburg,
eine Stammeinlage in Höhe von                         EUR     15.000,00

Frau Rasa Soufi Amlashi,
geb. am 5. September 1985,
Hamburg,
eine Stammeinlage in Höhe von                         EUR     15.000,00

Frau Akram Alizadeh Matanagh,
geb. am 24. Januar 1959,
Hamburg,
eine Stammeinlage in Höhe von                         EUR     15.000,00.

(3)   Die Einlagen sind in bar zu leisten und sofort in voller Höhe fällig.

§ 4

Dauer, Geschäftsjahr

(1)   Die Dauer der Gesellschaft ist unbestimmt.

(2)   Das Geschäftsjahr ist das Kalenderjahr.

- 4 -

§ 5

Geschäftsführung. Vertretung

(1) Die Gesellschaft hat einen oder mehrere Geschäftsführer. Hat die Gesellschaft nur einen Geschäftsführer, so ist dieser einzelvertretungsberechtigt. Bei mehreren Geschäftsführern sind je zwei von ihnen oder ein Geschäftsführer gemeinsam mit einem Prokuristen zur Vertretung der Gesellschaft berechtigt. Die Gesellschafter können jedoch durch Beschluss Einzelvertretungsbefugnis verleihen.

(2) Geschäftsführer können durch Gesellschafterbeschluss von den Beschränkungen des § 181 BGB befreit werden. Der alleinige Geschäftsführer ist von den Beschränkungen des § 181 BGB befreit.

(3) Die vorstehenden Absätze (1) und (2) gelten entsprechend für jeden Liquidator.

(4) Die Gesellschafterversammlung kann jederzeit durch Beschluss die Vornahme bestimmter Rechtsgeschäfte oder bestimmter Arten von Rechtsgeschäften von der vorherigen Zustimmung der Gesellschafterversammlung abhängig machen, ohne dass die Vertretungsmacht der Geschäftsführer im Außenverhältnis beschränkt ist.

§ 6

Gesellschafterversammlung

(1) Die Gesellschafterversammlungen finden grundsätzlich am Sitz der Gesellschaft statt.

(2) Die Gesellschafterversammlungen werden durch die Geschäftsführung schriftlich einberufen. Zeit, Ort und Tagesordnung sind anzugeben. Die Frist beträgt zwei Wochen. Der Tag der Absendung und der Tag der Versammlung zählen nicht mit.

(3) Die Gesellschafter fassen ihre Beschlüsse grundsätzlich in Gesellschafterversammlungen. Sie können aber auch schriftlich, fernmündlich oder auf sonstige Art gefasst werden, wenn alle Gesellschafter mit dem Verfahren einverstanden sind.

Gefasste Beschlüsse sind von der Geschäftsführung zu protokollieren und den Gesellschaftern zu übersenden. Sie können nur innerhalb eines Monats ab Zugang des Protokolls durch Klage angefochten werden.

(4) Die Beschlüsse kommen mit einfacher Mehrheit der abgegebenen Stimmen zustande, soweit nicht dieser Gesellschaftsvertrag oder eine zwingende gesetzliche Bestimmung eine andere Mehrheit vorschreibt. Je EUR 50,00 des Nennbetrages eines Geschäftsanteils gewähren eine Stimme. Bei Stimmengleichheit gilt ein Antrag als abgelehnt.

(5) Stellvertretung ist nur durch einen anderen Gesellschafter oder durch eine zur Berufsverschwiegenheit verpflichtete Person zulässig. Der Vertreter bedarf einer schriftlichen Vollmacht.

- 5 -

## § 7

### Jahresabschluss, Gewinnverwendung

(1) Der Jahresabschluss ist von der Geschäftsführung innerhalb der gesetzlichen Frist nach Ablauf eines Geschäftsjahres aufzustellen und unverzüglich den Gesellschaftern zur Feststellung vorzulegen.

Die Gesellschafter haben den Jahresabschluss innerhalb der gesetzlichen Frist festzustellen und über die Ergebnisverwendung zu beschließen.

(2) Die Gesellschafter haben Anspruch auf Gewinnausschüttung, es sei denn, die Gesellschafterversammlung beschließt mit einfacher Mehrheit der abgegebenen Stimmen die Bildung von Rücklagen und/oder Gewinnvorträgen.

## § 8

### Abtretung von Geschäftsanteilen

(1) Die Abtretung von Geschäftsanteilen und Teilgeschäftsanteilen sowie jede sonstige Verfügung hierüber bedarf — mit Ausnahme von Verfügungen zugunsten von Mitgesellschaftern — zu ihrer Wirksamkeit der Zustimmung der Gesellschaft. Diese darf im Innenverhältnis nur erteilt werden, wenn ein entsprechender einstimmig gefasster Gesellschafterbeschluss vorliegt.

(2) Die Bestimmungen des § 17 GmbH-Gesetz bleiben unberührt.

(3) Will ein Gesellschafter seinen Geschäftsanteil veräußern, wird ihm jedoch die erforderliche Genehmigung gemäß Absatz (1) verweigert oder nicht binnen eines Monats seit seinem schriftlichen Antrag erteilt, so kann er verlangen, dass die anderen Gesellschafter durch Beschluss entweder die Einziehung vornehmen oder die Übertragung des Geschäftsanteils auf einen von ihnen bestimmten Erwerber anordnen. Für das Entgelt gilt § 12. Wird dem Gesellschafter ein solcher Beschluss nicht innerhalb eines weiteren Monats zugestellt, so bedarf die Abtretung nicht mehr der Zustimmung gemäß Absatz (1) Satz 1.

## § 9

### Vererbung von Geschäftsanteilen

(1) Die Geschäftsanteile sind vererblich.

(2) Fällt der Geschäftsanteil von Todes wegen mehreren Personen gemeinschaftlich zu, so sind diese verpflichtet, einen gemeinsamen Vertreter zu bestellen, der ihre Rechte aus dem Geschäftsanteil einheitlich ausübt. Solange ein gemeinsamer Vertreter nicht bestellt ist, ruhen ihre Rechte aus dem Geschäftsanteil.

(3) Zur Teilung eines Geschäftsanteils unter den Erben eines verstorbenen Gesellschafters ist keine Genehmigung der Gesellschaft erforderlich.

- 6 -

## § 10

### Befreiung vom Wettbewerbsverbot

Den Gesellschaftern und den Geschäftsführern sind Nebentätigkeiten und Nebenge-
schäfte grundsätzlich gestattet. Soweit solche Geschäfte den Geschäftsbereich der
Gesellschaft berühren können, entscheidet die Gesellschafterversammlung über die
Befreiung vom Wettbewerbsverbot und legt dessen Art und Umfang sowie das etwaige
Entgelt fest.

## § 11

### Einziehung von Geschäftsanteilen

(1)  Der Geschäftsanteil eines Gesellschafters kann eingezogen werden, wenn

  (a)  der Gesellschafter zustimmt oder die Einziehung verlangt (§ 8 Absatz 3),

  (b)  ein Insolvenzverfahren über sein Vermögen eröffnet oder die Eröffnung mangels
  Masse abgelehnt worden ist,

  (c)  ein Gläubiger des Gesellschafters die Zwangsvollstreckung in den Geschäftsan-
  teil betreibt und die Vollstreckungsmaßnahme nicht innerhalb von sechs Wochen
  aufgehoben worden ist oder

  (d)  ein sonstiger wichtiger Grund entsprechend § 133 HGB vorliegt.

(2)  Anstelle der Einziehung kann die Gesellschafterversammlung auch die Übertragung
des Geschäftsanteils auf einen von ihr bestimmten Erwerber anordnen.

(3)  Die Einziehung und die Anordnung der Übertragung erfolgen durch die Geschäftsfüh-
rung aufgrund eines einstimmigen Beschlusses der Gesellschafter; der betroffene Ge-
sellschafter hat kein Stimmrecht.

## § 12

### Einziehungsentgelt

(1)  Gegen Einziehung oder Übertragung steht dem betroffenen Gesellschafter ein Entgelt
zu. Es ergibt sich aus einer Bilanz, in der sämtliche Gegenstände des Vermögens der
Gesellschaft mit ihrem wahren Wert unter Auflösung stiller Reserven anzusetzen sind.
Ein etwaiger Firmenwert (good will) bleibt außer Betracht.

(2)  Bilanzstichtag ist der Tag, an dem das Ereignis eintritt, das zu dem Beschluss über die
Einziehung oder Übertragung berechtigt.

(3)  Das Entgelt ist in 6 gleichen Teilbeträgen zu zahlen. Der erste Teilbetrag ist 6 Monate
nach Erklärung der Einziehung durch die Geschäftsführung der Gesellschaft zur Zah-
lung fällig. Die folgenden Teilbeträge sind jeweils 6 Monate nach Fälligkeit des voraus-
gehenden Teilbetrages zu zahlen.

- 7 -

(4)   Der jeweils offenstehende Teil des Entgeltes ist vom Tage der Erklärung der Einzie-
      hung durch die Geschäftsführung an mit 5 % p.a. zu verzinsen. Die Zinsen sind mit der
      jeweils nächsten Rate des Entgelts fällig.

§ 13

Zusammenlegung von Geschäftsanteilen

Mehrere voll eingezahlte Geschäftsanteile desselben Gesellschafters können mit Zustim-
mung des betroffenen Gesellschafters durch Gesellschafterbeschluss zu einem Geschäfts-
anteil zusammengelegt werden.

§ 14

Bekanntmachungen

Die Veröffentlichungen der Gesellschaft erfolgen nur im elektronischen Bundesanzeiger.

§ 15

Gerichtsstand

Gerichtsstand für alle etwaigen Streitigkeiten aus diesem Vertrage ist der Sitz der Gesell-
schaft, soweit dieses gesetzlich zulässig ist.

§ 16

Kosten und Abgaben

Die Kosten und Abgaben der Gründung trägt die Gesellschaft bis zu einem Betrag von
EUR 3.500,00; etwa darüber hinausgehende Gründungskosten tragen die Gesellschafter im
Verhältnis ihrer Einlagen.

II.

Gesellschafterbeschluss

Als Gründer und erste Gesellschafter halten wir nunmehr eine Gesellschafterversammlung
ab und beschließen folgendes:

1.    Zu ersten Geschäftsführern der Gesellschaft werden bestellt:

      Herr Asadollah Rahimzadeh,
      geb. am 24. April 1932,
      wohnhaft: Försterweg 22, 22525 Hamburg

- 8 -

Frau Rasa Soufi Amlashi,
geb. am 5. September 1985,
wohnhaft: Harvestehuder Weg 79, 20149 Hamburg

Die Geschäftsführer sind jeweils stets einzelvertretungsberechtigt und stets von den
Beschränkungen des § 181 BGB befreit.

2. Die Geschäftsräume der Gesellschaft befinden sich:
c/o Herrn Rahimzadeh, Försterweg 22, 22525 Hamburg.

III.

Vollmacht

Wir bevollmächtigen hiermit

Herrn Peter Ramin,
Herrn Dieter Rüpcke,
Herrn Wolfgang Nickel,
Frau Petra Drews,
Frau Nicole Freckmann,
Frau Jessica Eichmann,

sämtlich Notariatsmitarbeiter, Gänsemarkt 50, 20354 Hamburg,

und zwar einen jeden für sich allein, unter Befreiung von den Beschränkungen des § 181
BGB, die in dem vorstehenden Gesellschaftsvertrag vereinbarten Bestimmungen sowohl
materiell als auch formell für sämtliche Gesellschafter zu ändern und zu ergänzen, entspre-
chende Abänderungsbeschlüsse einseitig zu fassen und zur Anmeldung zu bringen.

Die Vollmacht ist im Außenverhältnis unbeschränkt. Im Innenverhältnis werden die Bevoll-
mächtigten angewiesen, von dieser Vollmacht nur Gebrauch zu machen, wenn die Ge-
schäftsführung der Gesellschaft einer Änderung oder Ergänzung zugestimmt hat.

Die Vollmacht wird unabhängig von der Wirksamkeit dieser Urkunde erteilt. Sie erlischt mit
Eintragung der Gesellschaft im Handelsregister.

IV.

Hinweise

Der Notar hat darauf hingewiesen, dass

a) die Gesellschaft mit beschränkter Haftung als solche erst mit der Eintragung in das
Handelsregister entsteht und die vor Eintragung in ihrem Namen Handelnden persön-
lich haften,

b) jeder Gesellschafter für Fehlbeträge haftet, wenn der Wert des Gesellschaftsvermö-
gens bei Eintragung der Gesellschaft in das Handelsregister niedriger ist als das
Stammkapital,

NF 1463 MM - GMBH GRUENDUNG.DOC

- 9 -

c)   die Gesellschafter und Geschäftsführer bei falschen Angaben oder Schädigung der
Gesellschaft durch Einlagen oder Gründungsaufwand u. U. ersatzpflichtig und straf-
rechtlich verantwortlich sind,

d)   kapitalersetzende Gesellschafterdarlehen u. U. wie haftendes Kapital behandelt wer-
den,

e)   Bareinlageverpflichtungen nicht durch verdeckte Sacheinlagen (z.B. Verrechnungen
oder Vorausleistungen) erfüllt werden können,

f)   bezüglich der Stammeinlagen sowie für Kosten und Abgaben eine gesamtschuldneri-
sche Haftung besteht,

g)   es allein Sache der Beteiligten ist, die steuerlichen Folgen dieses Vertrages zu über-
prüfen und der Notar insoweit keine Gewähr übernimmt.

Vorgelesen, genehmigt und unterschrieben:

gez. Asadollah Rahimzadeh

(SIEGEL)   gez. Dr. Mulert, Notar

Handelsregister B des Amtsgerichts Hamburg

Amtlicher Ausdruck
Abruf vom 13.11.2007 10:54

Nummer der Firma;
Seite 1 von 2

HRB 102397

->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) TCM Shipping Vermittlung GmbH b) Hamburg c) Vermittlung von See- und Landfrachtgeschäften und alle damit im Zusammenhang stehenden Geschäfte, mit Ausnahme erlaubnispflichtiger Tätigkeiten. | 45.000,00 EUR | a) Ist nur ein Geschäftsführer vorhanden, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer vorhanden, so wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer gemeinsam mit einem Prokuristen vertreten. Alleinvertretungsbefugnis kann erteilt werden. Geschäftsführer können ermächtigt werden, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte vorzunehmen. Der jeweilige Geschäftsführer ist befugt, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte vorzunehmen. b) Geschäftsführer: Rahrozadeh, Asedollah, Hamburg, *24.08.1952, einzelvertretungsberechtigt; mit der Befugnis, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. Geschäftsführer: Ambachi, Reza, Hamburg, *05.09.1985 einzelvertretungsberechtigt; mit der Befugnis, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | a) Gesellschaft mit beschränkter Haftung Gesellschaftsvertrag vom 04.09.2007 | a) 13.09.2007 Kruse |

HRB 102397

Nummer der Firma:
Seite 2 von 2

... des Amtsgerichts Hamburg

Amtlicher Ausdruck
Abruf vom 13.11.2007 10:54

-> Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift.-

| Nummer der Eintragung ng | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

Hamburg, 13.11.2007
Der Ausdruck bezeugt den Inhalt des Handelsregisters.
Holl, Justizobersekretär/
Urkundsbeamter der Geschäftsstelle



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON DC

City of New York, State of New York, County of New York

I, Anne Lutz, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the document: "Company Articles" from German into English

Signature

Sworn to before me this
March 27, 2008

Signature, Notary Public

Katharine L Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012

Stamp, Notary Public

# EXHIBIT H



# EXHIBIT I



# EXHIBIT J



# EXHIBIT K

