# EXHIBIT A

Dr. BERNHARD v. SCHWEINITZ
Dr. DETLEF THOMSEN
Dr. JÜRGEN BREDTHAUER
Dr. ANDRE VOLLBRECHT
Dr. MICHAEL COMMICHAU
Dr. MARTIN MULERT, LL.M.

NOTARE

Gänsemarkt 50 · 20354 Hamburg
Postfach 30 12 80 · 20305 Hamburg
Telefon: (040) 35 55 3-0
Telefax: (040) 35 55 33 00

Urkundenrolle Nr. 1835/2004
NH



# BEGLAUBIGTE
# ABSCHRIFT

Verhandelt in dieser Freien und Hansestadt Hamburg

am 21. (einundzwanzigsten) September 2004 (zweitausendvier)

Vor mir,

dem Hamburgischen Notar

## Dr. Martin Mulert

- 2 -

erschien heute in meinen Amtsräumen, Gänsemarkt 50:

Herr Tofigh Majdpour,
Kaufmann,
geb. am 09.08.1950,
Anschrift: Neuer Wall 8, 20354 Hamburg,
mir, dem Notar, von Person bekannt,

handelnd

a)   für sich persönlich

b)   aufgrund Vollmacht vom 22.02.2004 lfd. Nr. 059898, Serie T/81-12 welche beim Nota-
     riat Nr. 145 zu Teheran auf Seite 152 der Notarsrolle Band 294 unter Nr. 119560 regi-
     striert wurde und bei Beurkundung im Original vorlag und dieser Urkunde als **Anlage** in
     Abschrift, welche hiermit beglaubigt wird, beigefügt ist, für

     1)   Herrn Sina Majdpour,
          Kaufmann,
          geb. am 17.09.1978,
          Anschrift: Neuer Wall 8, 20354 Hamburg,

     2)   Herrn Majid Majdpour,
          Kaufmann,
          geb. am 27.03.1954,
          Anschrift: Neuer Wall 8, 20354 Hamburg,

     3)   Herrn Naser Majdpour,
          Kaufmann,
          geb. am 11.03.1958,
          Anschrift: Neuer Wall 8, 20354 Hamburg.

Der Erschienene ist nach seinen Angaben und nach Überzeugung des Notars der deutschen
Sprache nicht hinreichend mächtig, beherrscht aber die englische Sprache. Der Notar, wel-
cher die englische Sprache ebenfalls beherrscht, übersetzte daraufhin dem Erschienenen
die vorliegende Urkunde Wort für Wort in die englische Sprache. Nach Belehrung durch den
Notar verzichtete der Erschienene auf die Hinzuziehung eines Dolmetschers sowie die An-
fertigung einer schriftlichen Übersetzung und deren Beifügung an die vorliegende Urkunde.

Der Erschienene erklärte, wobei ich, der Notar Wort für Wort ins Englische übersetzte, zu
meinem Protokoll:

I.

Alleinige Gesellschafter der im Handelsregister des Amtsgerichts Hamburg - HRB 60 389 -
 eingetragenen Gesellschaft in Firma

**MOS Overseas Shipping Vermittlung GmbH**

sind nach Erklärung des Erschienenen

- 3 -

a)  Herr Tofigh Majdpour,
    Kaufmann, geb. am 09.08.1950,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    DM   12.500,00

b)  Herr Sina Majdpour,
    Kaufmann, geb. am 17.09.1978,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    DM   12.500,00

c)  Herr Majid Majdpour,
    Kaufmann, geb. am 27.03.1954,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    DM   12.500,00

d)  Herr Naser Majdpour,
    Kaufmann, geb. am 11.03.1958,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    DM   12.500,00

Sämtliche Geschäftsanteile sind nach Erklärung der Erschienenen in voller Höhe eingezahlt.

Am 30.06.2004 (UR.Nr. 1231/2004 des Notars Dr. Martin Mulert) hat die Gesellschafterver-
sammlung der Gesellschaft die Umstellung des Stammkapitals auf Euro und die Erhöhung
des Stammkapitals von Euro 25.565,60 um Euro 94.435,40 auf Euro 120.000,00 beschlos-
sen sowie § 3 der Satzung der Gesellschaft neu gefasst. Die Euroumstellung sowie die Ka-
pitalerhöhung nebst Satzungsänderungen wurden noch nicht zur Eintragung in das Handels-
register angemeldet.

Ausgehend von der Eintragung der vorgenannten Kapitalerhöhung in das Handelsregister
sind an der Gesellschaft die Gesellschafter zukünftig wie folgt beteiligt:

a)  Herr Tofigh Majdpour,
    Kaufmann, geb. am 09.08.1950,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    EUR  30.000,00

b)  Herr Sina Majdpour,
    Kaufmann, geb. am 17.09.1978,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    EUR  30.000,00

c)  Herr Majid Majdpour,
    Kaufmann, geb. am 27.03.1954,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    EUR  30.000,00

d)  Herr Naser Majdpour,
    Kaufmann, geb. am 11.03.1958,
    Wohnort: Hamburg, mit einem Geschäftsanteil in Höhe von nom.    EUR  30.000,00

Der Beteiligte erklärt, daß ihm der Inhalt der vorgenannten Urkunde vom 30.06.2004
(UR-Nr. 1231/2004 des Notars Dr. Martin Mulert), die bei Beurkundung in Urschrift vorgele-
gen hat, bekannt ist. Nach Belehrung über die Bedeutung des Verweisens verzichtete der
Beteiligte ausdrücklich auf das Vorlesen sowie auf das Beifügen dieser anderen Niederschrift
an das Protokoll vom heutigen Tag.

- 4 -

II.

Die Gesellschafter sind erschienen, um unter Verzicht auf alle gesetzlichen und satzungs-
mäßigen Form- und Fristvorschriften für die Einberufung und Durchführung eine

### Gesellschafterversammlung

der Gesellschaft abzuhalten. Sie beschließen:

§ 5 der Satzung wird aufgehoben und wie folgt neu gefaßt:

„§ 5
Geschäftsführung

1.   Die Gesellschaft hat einen oder mehrere Geschäftsführer. Sind mehrere Geschäftsfüh-
     rer bestellt, so sind jeweils zwei von ihnen gemeinschaftlich oder einer von ihnen ge-
     meinschaftlich mit einem Prokuristen zur Vertretung der Gesellschaft befugt. Hat die
     Gesellschaft nur einen Geschäftsführer, so vertritt dieser die Gesellschaft allein.

2.   Einzelvertretungsbefugnis kann erteilt werden.

3.   Die Geschäftsführer können von den Beschränkungen des § 181 BGB befreit werden,
     und zwar auch für den Fall, daß alle Geschäftsanteile von einem Gesellschafter ge-
     halten werden oder von einem Gesellschafter und daneben der Gesellschaft.

4.   Durch Gesellschafterbeschluß können Geschäftsführer und Gesellschafter vom Wett-
     bewerbsverbot generell oder für bestimmte Fälle oder Tätigkeiten befreit werden."

III.

Sämtliche Gesellschafter der Gesellschaft bevollmächtigen hiermit unter Befreiung von den
Beschränkungen des § 181 BGB

          Herrn Peter Ramin,
          Herrn Dieter Rüpcke,
          Herrn Wolfgang Nickel,
          Frau Christiane Holtzmann,
          Herrn Martin Lafrenz,
          sämtlich Bürovorsteher,
          Gänsemarkt 50, 20354 Hamburg,
          - und zwar einen jeden für sich allein -,

die vorgenannten Beschlüsse zu ändern, zu ergänzen und zum Handelsregister anzumel-
den.

Die Bevollmächtigten sind jedoch verpflichtet, vor einer etwaigen Änderung oder Ergänzung
das Einverständnis des Vollmachtgebers einzuholen, ohne daß die Vollmacht dadurch im
Außenverhältnis eingeschränkt wird.

Die Vollmacht erlischt mit der Eintragung der Satzungsänderung in das Handelsregister.

- 5 -

Die Niederschrift wurde dem Erschienenen nebst Anlage vorgelesen, von dem Notar laufend übersetzt, von allen Beteiligten genehmigt und wie folgt unterschrieben:





**begl. Abschrift**

پرویز پیشگاه گیلانی (ش. پروانه ۵۰۸۵)

مترجم رسمی زبان آلمانی، دادگستری ج ا. ایران

شماره ۲۸۲۲۲۲

تهران، خ. انقلاب، بین م. فردوسی و م. استاد نجات‌اللهی، #۷۰۵ (تلفن: ۸۸۰۰۰۷۱)

شماره دفتر مترجم

دارالترجمه فردوسی (شماره ۱۶۶)

P. Pishgah-Gilani, offiz. Übersetzer/Dolmetscher für Deutsch↔Persisch
Uz. Nr. 5085



AMTLICH BEGLAUBIGTE ÜBERSETZUNG AUS DEM PERSISCHEN

Islamische Republik
Justizbehörde
Landesorganisation für Registrierung von Urkunde und Immobilien

Notariat nr. 145 zu Teheran
**Dokumentenart: Vollmacht**
Lfd. Nr.: 059898, Serie T/81-12
Diese Urkunde ist am 22.02.04 beim Notariat Nr. 145 zu Teheran auf Seite 152 der Notarsrolle Band 294 unter Nr. 119560 registriert worden.

**Vollmachtsgeber:** 1- Herr Majid MAJDPOUR, Sohn von Jafar, Inhaber des in Tabriz ausgestellten Personalausweises Nr. 6, geboren im Jahr 1954, 2- Herr **Naser MAJDPOUR**, Sohn von Jafar, Inhaber des in von Tabriz ausgestellten Personalausweises Nr. 948, geboren im Jahre 1957, 3-Herr **Sina MAJDPOUR**, Sohn von Tofigh, Inhaber des in Tabriz ausgestellten Personalausweises Nr. 2278, geboren im Jahre, 1978, alle wohnhaft in Teheran, Kheradmand Shomali Strasse Nr. 135

**Vollmachtsnehmer:** Herr **Tofigh MAJDPOUR**, Sohn von Jafar, Inhaber des in Tabriz ausgestellten Personalausweises Nr. 270, geboren im Jahr 1950, wohnhaft in Teheran unter der oben angegebenen Anschrift.

**Vollmachtsgegenstands:** Vorstellig werden bei Ämtern, Anstalten, Behörden und zuständigen Stellen in Deutschland zur Erhöhung des Gesellschaftskapitals und sonstigen Beschlussauffassungen im Bezug der Firma MOS OVERSEAS SHIPPING Vermittlung GmbH, registriert unter Nr. 60389 in Hamburg, und überhaupt Beschlussfassung über die seitens der Vollmachtgeber in jeder Hinsicht, Unterschreibung der Papier, Unterlagen, Protokolle und sonstigen Dokumenten und Abwicklung aller betreffenden gesetzlichen Formalitäten, so dass in keiner Phase und in keinem Fall die Anwesenheit der Vollmachtsgeber in Deutschland notwendig wird.

**Vollmachtsbereich:** Bei der Durchführung aller Formalitäten und Maßnahmen Abwicklung des Vollmachtsgegenstands ist der o.g. Vollmachtnehmer uneingeschränkt bevollmächtigt und alle seine Unterschriften und Maßnahmen sind diesbezüglich wie die Unterschritten und Maßnahmen der Vollmachtsgeber gültig und wirksam.

Diese Urkunde ist auf Vordrucken Nr. 059899 und 059898 der Serie D/ 82 erstellt und beurkundet worden.

Unterschrift der Vollmachtsgeber
Dat.: 24.02.04
Notariat Nr. 145: Unterschrift & Stempel des Notars

FÜR DIE RICHTIGKEIT DER ÜBERSETZUNG
DEN 24.02.04, VOLLMACHT-059898



## Legalisation

Gesehen zur Legalisation der vorstehenden / umseitigen
Unterschrift und das Amtssiegels des

iranischen Außenministeriums

gemäß § 13 Abs. 2 Konsulargesetz.

Mit dieser Legalisation ist keine Bestätigung der
Zuständigkeit des Ausstellers zur Aufnahme, der
Landesüblichkeit der Form und der Richtigkeit
Richtigkeit und gültige Regelden ausländischen
Urkunde verbunden.

Botschaft der Bundesrepublik Deutschland



Teheran, den    2 6. Feb. 2004
                              (Unterschrift)

Döbele, KS
                    (Namenszeichnung)
als Konsularbeamter gem. § 13 Abs. 1 KG

J S  Reg.-Nr. 1080104

Gebühr  430.000,—          (Tarif 2907 231)



24 FEB 2004.

R1 3923

the authenticity of the seal & signature
without any consideration
to the contents.



قوة قضائیة

سازمان ثبت اسناد و املاک کشور

برگ معاملات نیم برگی

نوع سند: وکالتنامه

دفتر اسناد رسمی شماره: ۱۴۵ ت (۸۱-۱۲) اختصاصی (۱۸) کد

وجوهیکه طبق مقررات بر...
سند دریافت شده بشرح زیر...

| | در آمد حق الثبت | | ریال |
| حق التحریر | | | ریال |
| بهای اوراق و قبوض اقساط | | | ریال |
| بهای | | | ریال |
| جمع کل | | | ریال |

محل امضای دفتریار و مهر دفترخانه

۱۲۰ ریال

۰۵۹۸۹۸

...

ذکر: تبصره ۳ ماده ۳۴ قانون اصلاح قانون ثبت – در کلیه اسناد رسمی بایستی اقامتگاه اشخاص بطور وضوح قید شود.

اقامتگاه متعاملین همان است که در سند قید شده و مادام که تغییر اقامتگاه خود را قبل از صدور اجرائیه بدائره اجرا یا دفترخانه قبل از ابلاغ به اجرا با نشانی صحیح و ذکر شماره پلاک محل اقامت اعم از خانه و مهمانخانه و غیره که بتوان اجرائیه را به آنجا ابلاغ کرد اطلاع ندهند کلیه برگها و اخطاریه های اجرائی بمحلی که در سند قید شده ابلاغ میشود و متعهد نمیتواند بعذر عدم اطلاع متعذر گردد.

دفتر اسناد رسمی مکلفند قبل از صدور اجرائیه مراتب را به آخرین نشانی متعهد از طریق پست سفارشی بااو اطلاع دهند تا برگهای اجرائی را به ضمیمه قبض پست سفارشی جهت ابلاغ اجرائیه و عملیات اجرائی به ثبت محل ارسال دارند.

هر گاه محل اقامت متعهد در سند قید نشده و یا بجهات دیگر محل اجرای اسناد رسمی نباشد ثبت محل موضوع اجرائیه را بطریق انتشار یکنوبت در یکی از جراید کثیرالانتشار محل یا در نزدیکتر بمحل آگهی خواهد نمود.

Die Übereinstimmung der vorstehenden Abschrift mit der Urschrift wird hiermit beglaubigt.

Hamburg, den 24. September 2004



Notar

57 11

## Bescheinigte Neufassung des
## Gesellschaftsvertrages
## der Gesellschaft in Firma
## MOS Overseas Shipping Vermittlung GmbH

--------------------------------------------------------------------------------

### § 1
### Firma, Sitz

1.   Die Firma der Gesellschaft lautet:

MOS Overseas Shipping Vermittlung GmbH.

2.   Der Sitz der Gesellschaft ist Hamburg.

### § 2
### Gegenstand des Unternehmens

1.   Der Gegenstand des Unternehmens ist die Vermittlung von Seefrachtgeschäften.

2.   Die Gesellschaft kann sich an anderen Unternehmen beteiligen, andere Unternehmen erwerben und Zweigniederlassungen im In- und Ausland errichten.

### § 3
### Stammkapital

Das Stammkapital der Gesellschaft beträgt Euro 120.000,00
(in Worten: Euro einhundertzwanzigtausend).

### § 4
### Geschäftsjahr

Das Geschäftsjahr ist das Kalenderjahr.

### § 5
### Geschäftsführung

1.   Die Gesellschaft hat einen oder mehrere Geschäftsführer. Sind mehrere Geschäftsführer bestellt, so sind jeweils zwei von ihnen gemeinschaftlich oder einer von ihnen gemeinschaftlich mit einem Prokuristen zur Vertretung der Gesellschaft befugt. Hat die Gesellschaft nur einen Geschäftsführer, so vertritt dieser die Gesellschaft allein.

2.   Einzelvertretungsbefugnis kann erteilt werden.

- 2 -

3. Die Geschäftsführer können von den Beschränkungen des § 181 BGB befreit werden, und zwar auch für den Fall, daß alle Geschäftsanteile von einem Gesellschafter gehalten werden oder von einem Gesellschafter und daneben der Gesellschaft.

4. Durch Gesellschafterbeschluß können Geschäftsführer und Gesellschafter vom Wettbewerbsverbot generell oder für bestimmte Fälle oder Tätigkeiten befreit werden.

§ 6
Übertragung von Geschäftsanteilen

Zur Übertragung von Geschäftsanteilen oder Teilen eines Geschäftsanteils ist die Zustimmung aller Mitgesellschafter erforderlich. § 17 GmbHG bleibt unberührt.

§ 7
Jahresabschluß, Gewinnverwendung

1. Der Jahresabschluß und der Lagebericht sind von der Geschäftsführung innerhalb der gesetzlichen Frist nach Ablauf eines Geschäftsjahres (§ 264 Abs. 1 HGB) aufzustellen und unverzüglich den Gesellschaftern zur Feststellung vorzulegen.

   Die Gesellschafter haben den Jahresabschluß innerhalb der gesetzlichen Frist festzustellen und über die Ergebnisverwendung zu beschließen (§ 42 a Abs. 2 GmbHG).

2. Die Gesellschafter haben Anspruch auf Gewinnausschüttung, es sei denn, die Gesellschafterversammlung beschließt mit einfacher Mehrheit der abgegebenen Stimmen die Bildung von Rücklagen und/oder Gewinnvorträgen.

3. Der Gewinn wird im Verhältnis der Geschäftsanteile verteilt.

§ 8
Veröffentlichungen

Die Veröffentlichungen der Gesellschaft erfolgen im Bundesanzeiger.

§ 9
Kosten

Die Kosten der Gründung bis zu einem Betrag von DM 3.000,00 hat die Gesellschaft zu tragen.

-----------------------------------------------------------------------------------

PF 0448 MM - BEST. SATZUNG.DOC

Hierdurch bescheinige ich, der Hamburgische Notar Dr. Martin Mulert, Gänsemarkt 50, 20354 Hamburg, gemäß § 54 GmbH-Gesetz, daß die geänderten Bestimmungen des Gesellschaftsvertrages mit dem Beschluß über die Änderung des Gesellschaftsvertrages und die unveränderten Bestimmungen mit dem zuletzt zum Handelsregister eingereichten vollständigen Wortlaut des Gesellschaftsvertrages übereinstimmen.

Hamburg, den 24. September 2004



Notar