# EXHIBIT C



Hilfe  Tastaturbedienung

# HamburgService - Melderegisterauskunft

Für eine Druckversion markieren Sie bitte die Einzel-Ergebnisse oder alle
und klicken auf Druckansicht

☐ alle  ▶ Detail/Druckansicht

Melderegisterauskunft vom: 15.04.2008
Betreff: 2008/05225 WJ

☐ Details/drucken
**Abfragedaten:**
Vorname: Tofigh
Nachname: Majdpour
Geschlecht: männlich
Geburtsdatum: 09.08.1950
Notiz/Az.: 2008/05225 WJ

**Ergebnis:**
Rufname: Tofigh
Nachname: Majdpour
Doktorgrad:

Person wurde mit den Suchdaten gefunden

**Adresse:**
20149 Hamburg, Harvestehuder Weg 79 2.Stock bei Whg. 9

☐ Details/drucken
**Abfragedaten:**
Vorname: Sina
Nachname: Majdpour
Geschlecht: männlich
Geburtsdatum: 17.09.1978
Notiz/Az.: 2008/05225 WJ

**Ergebnis:**
Rufname:
Nachname:
Doktorgrad:

Person ist mit den Daten nicht zu ermitteln

**Adresse:**

☐ Details/drucken
**Abfragedaten:**



Vorname: Majid
Nachname: Majdpour
Geschlecht: männlich
Geburtsdatum: 27.03.1954
Notiz/Az.: 2008/05225 WJ

Ergebnis:
Rufname: Majid
Nachname: Majdpour
Doktorgrad:

Person wurde mit den Suchdaten gefunden

**Adresse:**
22391 Hamburg, Rolfinckstraße 39 EG

☐ Details/drucken
**Abfragedaten:**
Vorname: Naser
Nachname: Majdpour
Geschlecht: männlich
Geburtsdatum: 11.03.1958
Notiz/Az.: 2008/05225 WJ

Ergebnis:
Rufname:
Nachname:
Doktorgrad:

Person ist mit den Daten nicht zu ermitteln

**Adresse:**

☐ alle

[ Druckansicht ]  [ neue Anfragen ]

Kontakt | Impressum | Datenschutz | Hilfe | Tastaturbedienung