# Exhibit 1

```
16/03/2008  19:14    02122257197           AMALIATE ARZI                    PAGE  01


16/03/08-18:50:17                   COFE-2274-058544                              1
------------------------------------------------------------------------------------
                    ------------- Instance Type and Transmission -------------
       Notification (Transmission) of Original sent to SWIFT (ACK)
       Network Delivery Status   : Network Ack
       Priority/Delivery         : Normal
       Message Input Reference   : 1850 080316BMJIIRTHAFED7570427419
       ----------------------------- Message Header ------------------------------
       Swift Input                          : FIN 700 Issue of a Documentary
       Credit
       Sender        : BMJIIRTHFED
                      BANK MARKAZI JOMHOURI ISLAMI IRAN
                      (FOREIGN EXCHANGE DEPARTMENT)
                      TEHRAN IR
       Receiver      : EIHBDEHHXXX
                      EUROPAEISCH-IRANISCHE HANDELSBANK AG
                      HAMBURG DE
       ----------------------------- Message Text --------------------------------
         27: Sequence of Total
             1/1
        40A: Form of Documentary Credit
             IRREVOCABLE
         20: Documentary Credit Number
             FE 86001769
        40E: Applicable Rules
             UCP LATEST VERSION
        31D: Date and Place of Expiry
             080617-HAMBURG
         50: Applicant
             AGRICULTURAL SUPPORT SERVICES
             CO.(ASSC), NO.4,FOURTH ALLEY,
             GANDHI STREET,
             P.O.BOX 15875 - 4397, TEHRAN - IRAN
         59: Beneficiary - Name & Address
             TOM SHIPPING VERMITTLUNG GMBH
             FORSTERWEG 22,22525.
             HAMBURG, GERMANY
        32B: Currency Code, Amount
             Currency          : EUR (EURO)
             Amount            :
        39A: Percentage Credit Amt Toleran
             5/5
        41A: Available With...By... - BIC
             EIHBDEHH
             EUROPAEISCH-IRANISCHE HANDELSBANK AG
             HAMBURG  DE
             BY PAYMENT
        45A: Descriptn of Goods &/or Services
             SHIPMENT OF 30,000 M/TS +- 5 PCT GRANULAR TRIPLE SUPER
             PHOSPHATE
              (GTSP) IN BULK ON THE BASIS OF FOB STOWED AND TRIMMED
             SELAATA
              PORT IN LEBANON BY VESSEL BY TOM SHIPPING VERMITTLUNG GMBH
             UNTIL
              MARCH 15TH,2008 TO BANDAR ABBAS/BANDAR IMAM KHOMEINI IN
             PERSIAN
              GULF WITH THE FREIGHT RATE OF          PER M/T AS PER
             FREIGHT
              PROFORMA INVOICE NO.020208-BJ3752 DD 2008.02.02 AND LETTER
             DD
```

16/03/08-18:50:17                          COFE-2274-058544
                                                                              2

```
              2008.03.10
     46A: Documents Required
          - NON-NEGOTIABLE CLEAN ON BOARD BILL OF LADING IN 1 COPY
          SHOWING L/C NO. FE 86001673
          - FREIGHT INVOICE IN 2 COPIES ISSUED BY THE BENEFICIARY,
          THE
          ORIGINAL SHOULD BE CERTIFIED BY THE CHAMBER OF COMMERCE AND
          LEGALIZED BY THE ISLAMIC REPUBLIC OF IRAN CONSULATE/EMBASSY
          BOTH
          IN BENEFICIARY'S COUNTRY.
     47A: Additional Conditions
          - OUR L/C NO. AND OUR PRINCIPALS NAME SHOULD APPEAR ON THE
          FREIGHT INVOICE.
          - ALL BANKING CHARGES OUTSIDE IRAN TO BE BORNE BY THE
          BENEFICIARY.
          - PARTIAL PAYMENT IS NOT ACCEPTABLE.
          - FREIGHT INVOICE BEARING A DATE OF ISSUANCE PRIOR TO THE
          L/C
          OPENING DATE IS NOT ACCEPTABLE.

          KINDLY NOTIFY THE BENEFICIARY ACCORDINGLY.

          UPON RECEIPT OF THE REQUIRED DOCS STRICTLY COMPLIED WITH
          THE
          TERMS AND CONDITIONS OF THIS L/C YOU ARE AUTHORIZED TO PAY
          THE
          DOCS VALUE AND REIMBURSE YOURSELVES AS INSTRUCTED.
     49: Confirmation Instructions
          WITHOUT
     78: Instr to Payg/Accptg/Negotg Bank
          SIGHT PAYMENT
          FOR PAYMENT YOU ARE AUTHORIZED TO DEBIT OUR ACC.
          UNLESS OTHERWISE EXPRESSLY STATED HEREINABOVE, THE CONTENT
          OF
          FILED 40B IS APPLICABLE.
     ------------------------- Message Trailer -------------------------
     {MAC:3142C480}
     {CHK:56A6AAB214E6}
     PKI Signature: MAC-Equivalent
*End of Message
```