# Exhibit 2

# TOM

## SHIPPING VERMITTLUNG GMBH

TOM Vermittlung GmbH , Försterweg 22, 22525 Hamburg

AGRICULTURAL SUPPORT SERVICES CO. (ASSC)
NO.4, FOURTH ALLEY, GANDHI STREET,
P.O.BOX 15875-4397,
TEHRAN – IRAN

Försterweg 22
D- 22525 Hamburg
Tel.: 040/858507
Fax: 040 – 35716142
e-mail: info@tomshipping.com

COPY

### FREIGHT INVOICE

Ref.No. 170308-TOM-01

DATE: 17.03.2008

SHIPPED : M/V JOUDI
FROM     : SELAATA, LEBANON
TO       : BANDAR ABBAS / BANDAR IMAM KHOMEINI IN PERSIAN GULF
B/L NO.  : 1    31,498.789 M/TS NET DATED: 04.03.2008

DESCRIPTION

L/C NO. FE 86001769 BANK MARKAZI JOMHOURI ISLAMI IRAN
(FOREIGNEXCHANGE DEPARTMENT) TEHRAN IR FREIGHT CHARGES FOR
SHIPMENT OF 30,000 M/TS +- 5 PCT GRANULAR TRIPLE SUPER PHOSPHATE
(GTSP) IN BULK ON THE BASIS OF FOB STOWED AND TRIMMED SELAATA PORT IN
LEBANON BY VESSEL TO BANDAR ABBAS / BANDAR IMAM KHOMEINI IN PERSIAN
GULF WITH THE FREIGHT RATE OF ███████ PER M/T AS PER FREIGHT
PROFORMA INVOICE NO.020208-BJ3752 DD 2008.02.02 AND LETTER DD 2008.03.10.



I/we declare that the before mentioned invoice amount is in conformity with my(our) books.

TOM SHIPPING VERMITTLUNG GMBH
AS CARRIER

TOM
Shipping Vermittlung GmbH