# Exhibit 3

# BILL OF LADING NO.1

## UNIFORM BILL OF LADING 1946
approved by
The Documentary Council of The Baltic and International Maritime Conference.
*To be used with Charter-parties.*
*Code Name: Congenbill.*

Shipped at SELAATA (LEBANON)

in apparent good order and condition by LEBANON CHEMICALS COMPANY S.A.L.

of BEIRUT, LEBANON   on board the good Vessel called the M/V JOUDI

for carriage to BANDAR IMAM KHOMEINI / BANDAR ABBAS / BUSHEHR
CHABAHAR IN PERSIAN GULF OR OMAN SEA
or so near thereto as she may safely get, the following goods: IN BULK

GRANULAR TRIPLE SUPER PHOSPHATE IN BULK   31,498.789   M/TS NET
AS PER P/I NO. ASSC/2008/01
DD, 2008.01.23

CLEAN ON BOARD
"FREIGHT PAYABLE AS PER CHARTER PARTY"
FOB STOWED AND TRIMMED SELAATA (LEBANON)
WITHOUT TRANSHIPMENT

CARRIER: TOM SHIPPING VERMITTLUNG GmbH

L/C NO. FE 86001673 OPENED BY BANK MARKAZI JOMHOURI ISLAMI
IRAN, TEHRAN IR.
APPLICANT: AGRICULTURAL SUPPORT SERVICES CO. (ASSC)
IRANIAN CUSTOMS TARIFF NO. 31031000

NOTIFY:   AGRICULTURAL SUPPORT SERVICES CO. (ASSC)
NO. 4, FOURTH ALLEY, GANDHI STREET,
P.O. BOX 15875 – 4397,
TEHRAN - IRAN

SHIPMENT EFFECTED TO BANDAR IMAM KHOMEINI / BANDAR ABBAS /
BUSHEHR / CHABAHAR IN PERSIAN GULF OR OMAN SEA BY VESSEL

( of which NO TONNAGE on deck at Shippers Risk; the Carrier not being responsible for loss or damage howsoever arising ) which are to be delivered in the like good order and condition at the aforesaid Port of BANDAR IMAM KHOMEINI / BANDAR ABBAS / BUSHEHR / CHABAHAR IN PERSIAN GULF OR OMAN SEA   unto

TO THE ORDER OF BANK MARKAZI JOMHOURI ISLAMI IRAN, TEHRAN, IR
or his or their Assign(s), he or they paying freight at the rate of
(say   per   ) as per Charter-Party, dated 8TH FEBRUARY 2008

All the terms, conditions, liberties, and exceptions of the Charter-Party are herewith incorporated.

This Bill of Lading shall have effect subject to the provisions of any legislation relating to the carriage of goods by sea which incorporates the rules relating to Bills of Lading contained in the International Convention, dated Brussels 25 th August, 1924 and which is compulsorily applicable to the contract of carriage herein contained. Such legislation shall be deemed to be incorporated herein, but nothing herein contained shall be deemed a surrender by the Carrier of any of its rights or immunities or an increase of any of its responsibilities or liabilities thereunder. If any term of this Bill of Lading be repugnant to any extent to any legislation by this clause incorporated, such term shall be void to that extent but no further. Nothing in this Bill of Lading shall operate to limit or deprive the Carrier of any statutory protection or exemption from, or limitation of, liability.

*Freight Advance Received on account of freight:*

FREIGHT
PAYABLE
AS PER CHARTER
PARTY

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed TWO Bills Of Lading all of this tenor and date, any one of which being accomplished the others to be void   SELAATA   the   19 04 MAR 2008

CLEAN ON BOARD
CAPT. AHMAD TRABULSI