# Exhibit 4

**ZAHLUNGSAUFTRAG IM AUSSENWIRTSCHAFTSVERKEHR**
Meldung nach §§ 59 ff. der Außenwirtschaftsverordnung (AWV)

Anlage Z 1 zur AWV

52: An Kreditinstitut

**eihbank**
Europäisch-Iranische Handelsbank AG
Depenau · 20095 Hamburg
Tel: +49 (40) 32 10 9-0
Fax +49 (40) 32 10 9-890
S.W.I.F.T.-Adr.: EIHBDEHH

Dem Kreditinstitut mit Blatt 2 einzureichen

Bankleitzahl: 2 0 3 1 0 3 0 0

Referenz des Kontoinhabers

Konto-Nummer des Kontoinhabers/Einzahlers: 0 0 4 1 4 6 0 0 0 8

Zahlung zu Lasten:  1 = Euro-Konto  2 = Währungskonto    **1**   Keine Angabe bedeutet Zahlung zu Lasten des Euro-Kontos

32: Währung   Betrag
EUR.     1.600.000,00

Zielland

Version   0 0 0 2

50: Name des Kontoinhabers/Einzahlers
Tom Shipping Vermittlung GmbH

Straße
Försterweg 22  C/o Rahimzadeh

Postleitzahl   Ort
22525        Hamburg

57: Bank des Begünstigten (bevorzugt als S.W.I.F.T.-Code)   BIC (S.W.I.F.T.-Code)

Name des Kreditinstituts
Hamburger Spar Kasse Großer Burstah

Straße
BLZ 200 505 50

Ort / Land
Hamburg

IBAN bzw. Konto-Nr. des Begünstigten und Bank Code (max. 27 Stellen, bei maschineller Beschriftung max. 35 Stellen)
1280287119

59: Name des Begünstigten
Tom Shipping Vermittlung GmbH

Straße
Försterweg 22

Ort / Land
Hamburg

70: Verwendungszweck (nur für Begünstigten)
Übertrag

Zusätzliche Weisungen für das Kreditinstitut (z. B. zum Weisungsschlüssel)

Meldung nach §§ 59 ff. der Außenwirtschaftsverordnung (AWV)

Befreiungen, Erläuterungen und Leistungsverzeichnis siehe Rückseiten

17.03.2008

```
                                                    eih              ■

                                            Depensu 2
                                            D-20095 Hamburg
                                            BLZ   : 20310300
                                            SWIFT: EIHBDEHHXXX
                                            Tel.  : +49(40)32 109-0
                                            Fax   : +49(40)32 109-89
                                            Telex: 2 163 067 dihd
                                            E-Mail: info@eihbank.de
    TOM SHIPPING VERMITTLUNG GMBH           Ihr Sachbearbeiter
    FOERSTERWEG 22                          FRAU RADELOFF
                                            Tel.Durchwahl: -806
    22525 HAMBURG                           17.03.2008



    Unsere Ref.: ZV/AZV/000902487           Ihre Ref.: ./.

    B E L A S T U N G S A N Z E I G E       Zahlungsauftrag



    Ausfuehr.betrag   EUR     1.600.000,00  Auftraggeber:
                                            TOM SHIPPING VERMITTLUNG GMBH
    Gesamtbetrag      EUR     1.600.000,00  FOERSTERWEG 22
                                            22525 HAMBURG
    Wir belasten Ihrem
    Konto             EUR          41460008 Beguenstigter:
    Valuta                       17.03.2008 TOM SHIPPING VERMITTLUNG GMBH
                                            FOERSTERWEG 22, HAMBURG
                                            /1280287119

                                            Bank des Beguenstigten:
                                            HAMBURGER SPARKASSE AG
                                            HAMBURG

                                            Verwendungszweck:
                                            UEBERTRAG

Fuer Gebietsansaessige: "AWV - Meldepflichten beachten
                        - entgeltfreie Auskunft Nr. 0800-1234111"

Europaeisch-Iranische Handelsbank AG

Gueltig ohne Unterschrift.
Zur Buchungs- und Abrechnungsautomatisierung sind Ihre Daten in
unserem IT-System gespeichert. Die Anforderungen des
Bundesdatenschutzes sind erfuellt.
```



| | LFD. RQ. | VA | AUSZ-NR. | BL-NR | KONTO NR. |
|---|---|---|---|---|---|
| | | F 0 | 3 | 1 | 00 41460 008 |
| | | USPATCH STATEMENT NO. SHEET NO. | | | ACCOUNT NO. |

| BUCHUNGSTAG/DATE OF ENTRY | TEXT | REFERENZ/REFERENCE | PER | VALUTA/VALUE | UMSATZ/TURNOVER |
|---|---|---|---|---|---|
| | UBERWEISUNG AZV/000902487 UEBERTRAG | ZV/AZV/000902487 | 751 | 17.03 | 1.600.000,00- |

Europäisch-Iranische Handelsbank AG • Postfach 10 13 04 • D-20008 Hamburg

FIRMA
TOM SHIPPING VERMITTLUNG GMBH
C/O HERRN ASADOLLAH RAHIMZADEH

FÖRSTERWEG 22

22525 HAMBURG

**Tagesauszug / Daily Statement**

| LETZTE BUCHUNG/LAST ENTRY | SALDOVORTRAG/OLD BALANCE |
|---|---|
| 29.02.08 | 5,00- |
| BUCHUNGSTAG/DATE OF ENTRY | NEUER SALDO/NEW BALANCE |
| 17.03.08 | 1.600.005,00- |
| KONTOBEZEICHNUNG/ACCOUNT TITLE | |
| | == EUR == |

IBAN DE52 2031 0300 0041 4600 08

Wichtiger Hinweis auf der Rückseite
Important remarks please turn over

Zu buchhalterischen Buchungs- und Abrechnungszwecken sind Ihre Daten in unserem EDV-System gespeichert. Die Anforderungen des Bundesdatenschutzgesetzes sind erfüllt.
Your data has been stored in our EDP-System for clearing and accounting. The requirements of the Federal Data Protection Law are fulfilled.