# Exhibit 2

# EATON & VAN WINKLE LLP

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

MICHAEL O. HARDISON
PARTNER

DIRECT DIAL: (212) 561-3606
E-MAIL: MHARDISON@EVW.COM

April 11, 2008

**VIA TELEFAX 212-221-1432**

Keith Heard, Esq.
Burke & Parsons
100 Park Avenue
New York, New York 10017

    Re: Hawknet v. Overseas Shipping Agency
       07 Civ. 5912 (NRB)
       Our File No. 4233-029

Dear Keith:

  The Euros 1,600,000.00 transferred from TOM Shipping's account at eihbank to TOM Shipping's account at HASPA was originated by document proceeds under Letter of Credit No. FE 86001769 opened by the Central Bank of Iran (Bank Markazi Iran) issued at the order of Agricultural Support Services Co. (ASSC)(see attached letter dated April 11, 2008 received from eihbank). You already have a copy of Letter of Credit No. FE 86001769 (Second Hardison Declaration - Exhibit 1), the Freight Invoice addressed to ASSC (Second Hardison Declaration - Exhibit 2), and the Bill of Lading referencing Letter of Credit No. FE 86001769 (Second Hardison Declaration - Exhibit 3). We submit the eihbank letter and the other documents you possess fully establish from where the Euros 1,600,000.00 originated.

  You also will note eihbank's statement that "Neither above letter of credit nor the above payment is related to Overseas Shipping Agency and/or MOS Overseas."

-2-

We ask that you confirm to us no later than Monday, April 14, 2008, that you will instruct The Bank of New York to release the restraint placed on TOM Shipping's funds.

We also ask counsel for Deiulemar, who is receiving a copy of this letter, to confirm to us no later than Monday, April 14, 2008, that it will instruct The Bank of New York to release the restraint placed on TOM Shipping's funds.

Thank you for your prompt attention to this matter.

Very truly yours,

Michael O. Hardison

cc: Via Telefax

    Honorable Naomi R. Buchwald (212-805-7927)
    George Kontakis, Esq. (516-767-3605



Europäisch-Iranische Handelsbank AG • Postfach 10 13 04 • 20008 Hamburg

Depenau 2 • 20095 Hamburg

Tel.: +49 (40) 32 10 9 - 0
Fax: +49 (40) 32 10 9 - 890

S.W.I.F.T.-Adr.: EIHBDEHH
Bankleitzahl 203 103 00

USt.-IdNr. DE 118513728

email: info@eihbank.de
www.eihbank.com

To whom it may concern

11.04.08
Ju-hh

### Our Payment of Euro 1,600,000.00 dated 17.03.2008
### In favour of TOM Shipping Vermittlung GmbH, Hamburg

We herewith confirm that the above payment for EUR 1,600,00.00 was originated by document proceeds under Letter of Credit No. FE 86001769, our Ref. EAI0836042, issued by order of Agricultural Support Services Co. (ASSC), No. 4, Fourth Alley Gandhi Street, Tehran/Iran, and opened by Central Bank of Iran (Bank Markazi Iran) in favour of TOM Shipping Vermittlung GmbH, Försterweg 22, 22525 Hamburg/Germany for freight charges of shipment of 30,000 MTs +/- 5 percent GTSP ex Lebanon to Iran, loaded aboard of M.V. Joudi.

Furthermore we confirm that we carried out the instruction from TOM Shipping Vermittlung GmbH to pay the above proceeds directly into their account No. 1280287119 with HASPA Hamburger Sparkasse, Hamburg.

Neither above letter of credit nor the above payment is related to Overseas Shipping Agency and/or MOS Overseas.

Yours faithfully

EUROPÄISCH-IRANISCHE HANDELSBANK AG



Vorsitzender des Aufsichtsrates: Dr. Mehdi Razavi
Vorstand: Siavosh Naghshineh (Vorsitzender), Hans Wunderlich
Sitz der Gesellschaft: Hamburg, eingetragen beim Amtsgericht Hamburg unter Nr. HRB 14 601

```
TRANSMISSION VERIFICATION REPORT

                                        TIME    : 04/11/2008 13:12
                                        NAME    : EATON VAN WINKLE LLP
                                        FAX     : 12127799928
                                        TEL     : 12127799910
                                        SER.#   : 000H5J654564


DATE,TIME              04/11  13:11
FAX NO./NAME           12122211432
DURATION               00:00:59
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# EATON & VAN WINKLE

3 Park Avenue
New York, NY 10016
Tel: (212) 779-9910
Fax: (212) 779-9928

## FACSIMILE TRANSMISSION COVER SHEET

DATE:     April 11, 2008

| | | | |
|---|---|---|---|
| To: | Keith Heard, Esq. | Fax Number: | 212-221-1432 |
| cc: | Honorable Naomi R. Buchwald | Fax Number: | 212-805-7927 |
| | George Kontakis, Esq. | Fax Number: | 516-767-3605 |

FROM:     Michael O. Hardison

Client:   4233-029

TOTAL PAGES (including cover): 4

**REMARKS:**

```
TRANSMISSION VERIFICATION REPORT

                                       TIME  : 04/11/2008 13:14
                                       NAME  : EATON VAN WINKLE LLP
                                       FAX   : 12127799928
                                       TEL   : 12127799910
                                       SER.# : 000H5J654564


DATE,TIME              04/11  13:14
FAX NO./NAME           12128057927
DURATION               00:00:58
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# EATON & VAN WINKLE

3 Park Avenue
New York, NY 10016
Tel: (212) 779-9910
Fax: (212) 779-9928

## FACSIMILE TRANSMISSION COVER SHEET

DATE:       April 11, 2008

To:         Keith Heard, Esq.              Fax Number:    212-221-1432

cc:         Honorable Naomi R. Buchwald    Fax Number:    212-805-7927

            George Kontakis, Esq.          Fax Number:    516-767-3605

FROM:       Michael O. Hardison

Client:     4233-029

TOTAL PAGES (including cover):   4

**REMARKS**:

```
TRANSMISSION VERIFICATION REPORT

                                   TIME   : 04/11/2008 13:17
                                   NAME   : EATON VAN WINKLE LLP
                                   FAX    : 12127799928
                                   TEL    : 12127799910
                                   SER.#  : 000H5J654564


DATE,TIME              04/11  13:16
FAX NO./NAME           15167673605
DURATION               00:01:00
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# EATON & VAN WINKLE

3 Park Avenue
New York, NY 10016
Tel: (212) 779-9910
Fax: (212) 779-9928

## FACSIMILE TRANSMISSION COVER SHEET

DATE:     April 11, 2008

To:       Keith Heard, Esq.                Fax Number:   212-221-1432

cc:       Honorable Naomi R. Buchwald      Fax Number:   212-805-7927

          George Kontakis, Esq.            Fax Number:   516-767-3605

FROM:     Michael O. Hardison

Client:   4233-029

TOTAL PAGES (including cover):  4

**REMARKS**: