# Exhibit 3

# EATON & VAN WINKLE LLP

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

MICHAEL O. HARDISON
PARTNER

DIRECT DIAL: (212) 561-3606
E-MAIL: MHARDISON@EVW.COM

April 14, 2008

**VIA TELEFAX 212-221-1432**

Keith Heard, Esq.
Burke & Parsons
100 Park Avenue
New York, New York 10017

      Re:    Hawknet v. Overseas Shipping Agency
             07 Civ. 5912 (NRB)
             Our File No. 4233-029

Dear Keith:

    In a final effort to resolve this matter without requiring a ruling by Judge Buchwald (or Judge Batts) we forward under cover of this letter the eihbank account statements for the period January - March 2008.

    We again request that Hawknet (and Deuilemar) confirm today that the funds will be released or we will renew our application before Judge Buchwald and make another application before Judge Batts.

Very truly yours,

Michael O. Hardison

cc: Via Telefax

    Honorable Naomi R. Buchwald (212-805-7927)
    George Kontakis, Esq. (516-767-3605)

```
===============================================================
     E U R O P Ä I S C H - I R A N I S C H E   H A N D E L S B A N K   A G
*KK0086L*        M O N A T S K O N T O  p   April   2008      9.43.20 14.04.08
===============================================================  Seite  1 ==
Konto.....:   41460 008
              TOM SHIPPING VERMITTLUNG GMBH         FÖRSTERWEG 22
                                                    22525 HAMBURG
----------------------------------------------------------------
 Buchung  PNR  Text                  Referenz    Valuta   Saldo/Umsatz   Ausz.
----------------------------------------------------------------

 0.00.00       SALDO-VORTRAG              OLD B            1.136.903,49-    7
 1.04.08       **   SALDO     *                            1.136.903,49-    7
-----------------------------------------------  ENDE DER LISTE --------
```

```
================================================================================
     E U R O P Ä I S C H - I R A N I S C H E   H A N D E L S B A N K   A G
*KK0086L*        M O N A T S K O N T O   p  Januar   2008       9.43.11 14.04.08
=========================================================================== Seite  1 ==

Konto.....:    41460 008
               TOM SHIPPING VERMITTLUNG GMBH          FÖRSTERWEG 22
                                                     22525 HAMBURG
----------------------------------------------------------------------------------
Buchung  PNR  Text                    Referenz     Valuta    Saldo/Umsatz   Ausz.
----------------------------------------------------------------------------------

 0.00.00           SALDO-VORTRAG                  OLD B

31.01.08  990 34   ABSCHLUß        1004            31.01.08               2,50-
                   12040004146000800
31.01.08           **   SALDO     *                                       2,50-    1

-------------------------------------------------- ENDE DER LISTE --------
```

Europäisch-Iranisch... ...bank AG
Depenau 2
Postfach 10 13 04 · 20... Hamburg

```
==============================================================================
     E U R O P Ä I S C H - I R A N I S C H E   H A N D E L S B A N K   A G
*KK0086L*         M O N A T S K O N T O  p Februar   2008     9.43.13 14.04.08
============================================================================== Seite  1 ==

Konto.....:    41460 008
               TOM SHIPPING VERMITTLUNG GMBH      FÖRSTERWEG 22
                                                  22525 HAMBURG
------------------------------------------------------------------------------
Buchung  PNR  Text                    Referenz    Valuta    Saldo/Umsatz  Ausz.
------------------------------------------------------------------------------

0.00.00            SALDO-VORTRAG                 OLD B                2,50-    1

29.02.08  990 34   ABSCHLUß           1004        29.02.08            2,50-
                   10180004146000800
29.02.08           **    SALDO        *                              5,00-    2

-------------------------------------------------------- ENDE DER LISTE -------
```

Europäisch-Iranische Handelsbank AG
Depenau 2 · 20095 Hamburg
Postfach 10 13 04 · 20008 Hamburg

```
==========================================================================
     E U R O P Ä I S C H - I R A N I S C H E   H A N D E L S B A N K   A G
*KK0086L*         M O N A T S K O N T O  p    März    2008    9.43.17 14.04.08
==========================================================================  Seite   1 ==

Konto.....:    41460 008
               TOM SHIPPING VERMITTLUNG GMBH      FÖRSTERWEG 22
                                                  22525 HAMBURG
--------------------------------------------------------------------------

Buchung   PNR   Text                  Referenz      Valuta    Saldo/Umsatz    Ausz.
--------------------------------------------------------------------------

 0.00.00         SALDO-VORTRAG           OLD B                      5,00-       2
17.03.08  751 20 ÜBERWEISUNG           ZV/AZV/000902 17.03.08  1.600.000,00-
17.03.08         **    SALDO               *                    1.600.005,00-   3
20.03.08  201 84 UMBUCHG/ÜBERTR        GA3217 COURIE 20.03.08         60,00-
                 IB08003019
20.03.08  201 84 UMBUCHG/ÜBERTR        GA3217 GUARAN 20.03.08       1.782,22-
                 ON EUR 200.500,00 FROM
                 20.03.08 UNTIL 10.06.08
20.03.08         **    SALDO               *                    1.601.847,22-   4
27.03.08  751 20 ÜBERWEISUNG           ZV/AZV/000904 27.03.08  1.525.950,00-
                 FREIGHT CHARGES
27.03.08         **    SALDO               *                    3.127.797,22-   5
28.03.08  600 83 L/C ABRECHNUNG        FE 86001769   27.03.08  1.997.601,10
                 EAI0836042
28.03.08         **    SALDO               *                    1.130.196,12-   6
31.03.08  990 34 ABSCHLUß               1004         31.03.08         0,50-
                 12100004146000800
31.03.08  990 34 ABSCHLUß                            31.03.08         2,40-
                 12120004146000800
31.03.08  990 34 ABSCHLUß               1004         31.03.08         2,50-
                 12140004146000800
31.03.08  990 34 ABSCHLUß              50006         31.03.08       855,57-
                 12080004146000800
31.03.08  990 95 ZINSEN                20005         31.03.08     5.846,40-
                 12060004146000800
31.03.08         **    SALDO               *                    1.136.903,49-   7

----------------------------------------------------- ENDE DER LISTE --------
```

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME    : 04/14/2008 11:50
                                    NAME    : EATON VAN WINKLE LLP
                                    FAX     : 12127799928
                                    TEL     : 12127799910
                                    SER.#   : 000H5J654564
```

```
DATE,TIME              04/14  11:48
FAX NO./NAME           12122211432
DURATION               00:01:17
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# EATON & VAN WINKLE

3 Park Avenue
New York, NY 10016
Tel: (212) 779-9910
Fax: (212) 779-9928

## FACSIMILE TRANSMISSION COVER SHEET

DATE:      April 14, 2008

| | | | |
|---|---|---|---|
| To: | Keith Heard, Esq. | Fax Number: | 212-221-1432 |
| cc: | Honorable Naomi R. Buchwald | Fax Number: | 212-805-7927 |
| | George Kontakis, Esq. | Fax Number: | 516-767-3605 |

FROM:      Michael O. Hardison

Client:    4233-029

TOTAL PAGES (including cover):  6

**REMARKS:**

```
          TRANSMISSION VERIFICATION REPORT

                                        TIME   : 04/14/2008 11:58
                                        NAME   : EATON VAN WINKLE LLP
                                        FAX    : 12127799928
                                        TEL    : 12127799910
                                        SER.#  : 000H5J654564


  DATE,TIME              04/14  11:56
  FAX NO./NAME           12128057927
  DURATION               00:01:15
  PAGE(S)                06
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# EATON & VAN WINKLE

3 Park Avenue
New York, NY 10016
Tel: (212) 779-9910
Fax: (212) 779-9928

## FACSIMILE TRANSMISSION COVER SHEET

DATE: April 14, 2008

| | | | |
|---|---|---|---|
| To: | Keith Heard, Esq. | Fax Number: | 212-221-1432 |
| cc: | Honorable Naomi R. Buchwald | Fax Number: | 212-805-7927 |
| | George Kontakis, Esq. | Fax Number: | 516-767-3605 |

FROM:   Michael O. Hardison

Client:   4233-029

TOTAL PAGES (including cover):   6

**REMARKS**:

| | |
|---|---|
| TRANSMISSION VERIFICATION REPORT | |

```
TIME    : 04/14/2008 12:10
NAME    : EATON VAN WINKLE LLP
FAX     : 12127799928
TEL     : 12127799910
SER.#   : 000H5J654564
```

```
DATE,TIME           04/14  12:08
FAX NO./NAME        15167673605
DURATION            00:01:18
PAGE(S)             05
RESULT              OK
MODE                STANDARD
                    ECM
```

# EATON & VAN WINKLE

3 Park Avenue
New York, NY 10016
Tel: (212) 779-9910
Fax: (212) 779-9928

## FACSIMILE TRANSMISSION COVER SHEET

DATE:     April 14, 2008

To:       Keith Heard, Esq.              Fax Number:   212-221-1432

cc:       Honorable Naomi R. Buchwald    Fax Number:   212-805-7927

          George Kontakis, Esq.          Fax Number:   516-767-3605

FROM:     Michael O. Hardison

Client:   4233-029

TOTAL PAGES (including cover): 6

**REMARKS:**