# Exhibit 4



Europäisch-Iranische Handelsbank AG • Postfach 10 13 04 • 20008 Hamburg

To whom it may concern

Depenau 2 • 20095 Hamburg

Tel.: +49 (40) 32 10 9 - 0
Fax: +49 (40) 32 10 9 - 690

S.W.I.F.T.-Adr.: EIHBDEHH
Bankleitzahl 203 103 00

USt.-IdNr. DE 118513728

email: info@eihbank.de
www.eihbank.com

18.04.08
Ju-hh

### Our Payment of Euro 1,600,000.00 dated 17.03.2008
### In favour of TOM Shipping Vermittlung GmbH, Hamburg

Following the request of Messrs. TOM Shipping Vermittlung GmbH and our letter dated 11.04.08 in this respect we would like to explain and clarify by translation the relevant items stated in the attached monthly turnover statement (*Monatskonto*) of TOM Shipping Vermittlung GmbH for the month of March (*März*).

Please note that every balance (*Saldo*) is stated in lines ending with the Nos. 2-7, the other lines refer to incurred turnover (*Umsatz*).

Positive figures show credit entries, debit entries are booked with minus figures.

Evidently the opening balance of the account at the beginning of March is EUR 5.00- (*minus*). The transfer (*Überweisung*) of cited EUR 1,600,000.00- (*minus*) to their account with HASPA Hamburger Sparkasse, Hamburg on March 17th subsequently resulted in a debit balance of EUR 1,600,005.00- (*minus*).

The above debit entry was balanced on March 28th, when proceeds in the amount of EUR 1,997,601.10 under Letter of Credit No. FE 86001769 of Bank Markazi Iran, our Ref. EAI0836042, were credited after l/c negotiation (*L/C Abrechnung*) to the account of TOM Shipping Vermittlung GmbH.

Yours faithfully

EUROPÄISCH-IRANISCHE HANDELSBANK AG



Vorsitzender des Aufsichtsrates: Dr. Mehdi Razavi
Vorstand: Siavosh Naghshineh (Vorsitzender), Hans Wunderlich

```
================================================================================
       E U R O P Ä I S C H - I R A N I S C H E   H A N D E L S B A N K   A G
 *KK0086L*         M O N A T S K O N T O  p    März    2008    12.11.17 18.04.08
================================================================== Seite   1 ==

  Konto.....:      41460 008
                   TOM SHIPPING VERMITTLUNG GMBH        FÖRSTERWEG 22
                                                        22525 HAMBURG
--------------------------------------------------------------------------------
 Buchung   PNR  Text                    Referenz     Valuta    Saldo/Umsatz  Ausz.

--------------------------------------------------------------------------------

  0.00.00          SALDO-VORTRAG                 OLD B                5,00-     2

 17.03.08   751 20 ÜBERWEISUNG         ZV/AZV/000902 17.03.08    1.600.000,00-
 17.03.08         **     SALDO              *                   1.600.005,00-   3
 20.03.08   201 84 UMBUCHG/ÜBERTR      GA3217 COURIE 20.03.08           60,00-
                   IB08003019
 20.03.08   201 84 UMBUCHG/ÜBERTR      GA3217 GUARAN 20.03.08        1.782,22-
                   ON EUR 200.500,00 FROM
                   20.03.08 UNTIL 10.06.08
 20.03.08         **     SALDO              *                   1.601.847,22-   4
 27.03.08   751 20 ÜBERWEISUNG         ZV/AZV/000904 27.03.08    1.525.950,00-
                   FREIGHT CHARGES
 27.03.08         **     SALDO              *                   3.127.797,22-   5
 28.03.08   600 83 L/C ABRECHNUNG      FE 86001769   27.03.08    1.997.601,10
                   EAI0836042
 28.03.08         **     SALDO              *                   1.130.196,12-   6
 31.03.08   990 34 ABSCHLUß             1004         31.03.08           0,50-
                   12100004146000800
 31.03.08   990 34 ABSCHLUß                          31.03.08           2,40-
                   12120004146000800
 31.03.08   990 34 ABSCHLUß             1004         31.03.08           2,50-
                   12140004146000800
 31.03.08   990 34 ABSCHLUß             50006        31.03.08         855,57-
                   12080004146000800
 31.03.08   990 95 ZINSEN               20005        31.03.08       5.846,40-
                   12060004146000800
 31.03.08         **     SALDO              *                   1.136.903,49-   7

-------------------------------------------------------- ENDE DER LISTE --------
```