Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-01-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAWKNET LTD.,

Plaintiff,

-against-

OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC, MOS OVERSEAS SHIPPING VERMITTLUNG GMBH and TOM SHIPPING VERMITTLUNG GMBH,

Defendants.

---

SECOND ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

07 CV 5912 (NRB)

---

An application having been made by counsel for Plaintiff for an Order appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

NOW, on reading and filing the affidavit of Keith W. Heard sworn to on May 1, 2008, and good cause having been shown, it is hereby

O R D E R E D that William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and hereby is appointed, in addition to the United States Marshal, to serve the Amended Process of Maritime Attachment and Garnishment and the Second Amended Verified Complaint, together

with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendants.

Dated: New York NY
      May __/__, 2008

                                          _____
                                                   U.S.D.J.