Keith W. Heard (KH-8578)

Michael J. Walsh (MW-6578)

Burke & Parsons

100 Park Avenue

New York NY 10017-5533

(212) 354-3800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HAWKNET LTD.,** <br><br>                 **Plaintiff,** <br><br>                **-against-** <br><br> **OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC, MOS OVERSEAS SHIPPING VERMITTLUNG GMBH and TOM SHIPPING VERMITTLUNG GMBH,** <br><br>                 **Defendants.** | **AFFIDAVIT OF SERVICE** <br><br> **07 CV 5912 (NRB)** <br><br> **Electronically Filed** |

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

    I, JAYSON COFIELD, having been duly authorized to make service of the Amended Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to this action, am over 18 years of age and reside at 14 E. 16th Street, 1st Floor, Bayonne, New Jersey 07002.

2. On the 5th day of May, 2008, I personally served copies of the following documents on the garnishee banks named in subparagraphs (a) and (b) below:

  i. Amended Process of Maritime Attachment and Garnishment;

  ii. Second Amended Verified Complaint;

  iii. Amended *Ex Parte* Order for Process of Maritime Attachment, and;

  iv. Second Order Appointing Special Process Server.

  (a) Deutsche Bank by leaving copies of the foregoing documents at Deutsche Bank's office and place of business located at 60 Wall Street, New York, New York at 2:41 p.m. with Charles Ro, who is employed as "Litigation Specialist" with garnishee Deutsche Bank;

  (b) Mashreq Bank by leaving copies of the foregoing documents at Mashreq Bank's office and place of business located at 50 Broadway, Suite 1500, New York, New York at 2:53 p.m. with Afeera Jan, who is employed as "Human Resources Manager" with garnishee Mashreq Bank.

_____
Jayson Cofield

Subscribed and sworn to before me this
12TH day of May 2008

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9000_0046.DOC

AFFIDAVIT OF SERVICE                                      Page 2 of 2