Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HAWKNET LTD.,** | |
| **Plaintiff,** | |
| -against- | |
| **OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC, MOS OVERSEAS SHIPPING VERMITTLUNG GMBH and TOM SHIPPING VERMITTLUNG GMBH,** | **AFFIDAVIT OF SERVICE**  07 CV 5912 (NRB)  Electronically Filed |
| **Defendants.** | |

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, KEITH W. HEARD, having been duly authorized to make service of the Amended Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to this action, am over 18 years of age and reside at 42 Maher Avenue, Greenwich, Connecticut 06830.

2.  On the 1st day of May 2008, I personally served copies of the following documents on the garnishee banks named in subparagraphs (a) and (b) below:

   i.  Amended Process of Maritime Attachment and Garnishment;

   ii. Second Amended Verified Complaint;

   iii. Amended *Ex Parte* Order for Process of Maritime Attachment, and;

   iv. Second Order Appointing Special Process Server.

   (a) Bank of New York Mellon by leaving copies of the foregoing documents at Bank of New York's office and place of business located at 19th floor, 120 Broadway, New York, New York at 4:40 p.m. with Voula Muckalli, who is employed as "Legal" with garnishee Bank of New York Mellon;

   (b) JPMorgan Chase by leaving copies of the foregoing documents at JPMorgan Chase's office and place of business located at One Chase Manhattan Plaza, New York, New York at 4:47 p.m. with Doreen Bertone, who is employed as "Legal Specialist-Legal Department" with garnishee JPMorgan Chase.

_____
Keith W. Heard

Subscribed and sworn to before me this
12TH of May 2008

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9000_0047.DOC