Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HAWKNET LTD.,** | |
| **Plaintiff,** | |
| -against- | |
| **OVERSEAS SHIPPING AGENCIES; OVERSEAS WORLDWIDE HOLDING GROUP; HOMAY GENERAL TRADING CO. LLC; MAJDPOUR BROS CUSTOMS CLEARANCE, MAJDPOUR BROS INTERNATIONAL SEA & LAND TRANSPORT S.A.; GULF OVERSEAS LLC; GULF OVERSEAS GENERAL TRADING LLC, MOS OVERSEAS SHIPPING VERMITTLUNG GMBH and TOM SHIPPING VERMITTLUNG GMBH,** | **AFFIDAVIT OF SERVICE**  07 CV 5912 (NRB)  **Electronically Filed** |
| **Defendants.** | |

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

   I, MICHAEL J. WALSH, having been duly authorized to make service of the Amended Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to this action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. On the 2nd day of May, 2008, I personally served copies of the:

   i. Amended Process of Maritime Attachment and Garnishment;

   ii. Second Amended Verified Complaint;

   iii. Amended *Ex Parte* Order for Process of Maritime Attachment, and;

   iv. Second Order Appointing Special Process Server.

on the garnishee banks named in subparagraphs (a) through (g) below:

   (a) Wachovia Bank by leaving copies of the foregoing documents at Wachovia Bank's place of business located at 99 Park Avenue, New York, New York at 10:00 a.m. with Grizelle Garcia, who is employed as "Financial Center Manager" with garnishee Wachovia Bank;

   (b) HSBC Bank USA, N.A. by leaving copies of the foregoing documents at HSBC Bank USA, N.A.'s place of business located at 101 Park Avenue, New York, New York at 10:03 a.m. with Chanté A. Slater, who is employed as "Banking Officer & Operations Manager" with garnishee HSBC Bank USA, N.A.;

   (c) Citibank N.A. by leaving copies of the foregoing documents at Citibank N.A.'s place of business located at One Court Plaza, Long Island City, New York at 10:25 a.m. with Russum Abidally, who is employed as "Assistant Vice President, Legal Service Intake Unit" with garnishee Citibank N.A.;

   (d) ABN Amro Bank by leaving copies of the foregoing documents at ABN Amro Bank's place of business located at 55 East 52nd Street, New York, New York at 10:45 a.m. with Shawn R. Sprecker, who is employed as "Executive Assistant Legal/Compliance Department" with garnishee ABN Amro Bank;

   (e) UBS AG by leaving copies of the foregoing documents at UBS AG's place of business located at 299 Park Avenue, New York, New York at 10:55 a.m. with Nelson De La Cruz, who is employed as "Contract Attorney" with garnishee UBS AG;

   (f) American Express Bank and Bank of America by leaving copies of the foregoing documents at the law offices of Zeichner, Ellman & Krause LLP, attn: Barry J. Glickman, Esq. at their offices located at 575 Lexington Avenue, New York, New York 10022 at 11:05 a.m. with Michael Antonivich who is employed as "Managing Clerk" with Zeichner, Ellman & Krause;

(g) Standard Chartered Bank by leaving copies of the foregoing documents at Standard Chartered Bank's place of business located at One Madison Avenue, New York, New York at 11:23 a.m. with Johanna Terrero, who is employed as "Senior Legal Assistant" with garnishee Standard Chartered Bank.

_____
Michael J. Walsh

Subscribed and sworn to before me this
12TH day of May 2008

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9000_0048.DOC